# EXHIBIT A
# (Part 2 of 3)

# ABLA/Roosevelt Square – Planning Context

## Current Zoning: PD 896

- Requires 3,100 new mixed-income units, many unbuilt
- Three new planned buildings approved in 2021

## Planning Context

- Roosevelt Square revised Master Plan completed by CHA in 2015 for ABLA site, Related Midwest is developer
- Site identified for later-phase development in plan

## Community Organization

- ABLA Working Group

## Community Amenities

- Taylor Street Library
- Jane Addams Community Center (CHA owned)
- Jewel Grocery Store
- Costco Superstore
- Fosco Park and Fieldhouse (1312 S. Racine)
- Comed Recreation Center (1301 W. 14th)







# ABLA/Roosevelt Square – Scale Comparison

Hanson Park Proposal

- **Stadium & outdoor fields**
- **Headquarters building**
- **Future retail potential**



Roosevelt Square

# Madden Wells/Oakwood Shores – Opportunity Site



## Site Details

- Douglas CCA
- 4th Ward – Ald. King
- ~30 acres:
  - 21 ac CHA
  - 8.5 ac Park District

## Demographics
(Census Tract)

Race & Ethnicity (2020)

- 70.6% Black
- 14.3% Asian
- 7.4% White
- 3.6% Multi-racial

Median HH Income (2019)

- $43,800

Population Trend (2010-20)

- 11.4% growth



# Madden Wells/Oakwood Shores – Planning Context

## Current Zoning: RT-4, PD 1072
- Majority of site is RT-4 and POS-1, residential two-flat district and public open space
- PD 1072 is Oakwood Shores; a CHA redevelopment including 935 planned units of single-family, townhome and multi-family residential

## Planning Context
- Entirely CHA-owned site
- Not prioritized for development in CHA's Oakwood Shores redevelopment plan

## Community Organizations
- Oakwood Shores Working Group
- Quad Communities Development Corporation
- South East Chicago Commission

## Community Amenities
- Mariano's Grocery
- Ellis Park and Rec Center
- Mandrake Park



Zoning Map



# Madden Wells/Oakwood Shores – Scale Comparison

## Oakwood Shores
### Madden Wells



## Hanson Park Proposal

- Stadium & outdoor fields
- Headquarters building
- Future retail potential

# Taylor Homes/Legends South – Opportunity Site



## Site Details
- Grand Boulevard CCA
- 3rd Ward – Ald. Dowell
- 25 acres CHA land

## Demographics
(Census Tract)

Race & Ethnicity (2020)
- 74.8% Black
- 20.4% Hispanic
- 2.1% Multi-racial

Median HH Income (2019)
- $16,400

Population Trend (2010-20)
- 25.1% decline



# Taylor Homes/Legends South – Planning Context



Zoning Map

**Current Zoning: RT-4**
- RT-4 zoning, residential two-flat district

**Planning Context**
- Entirely CHA-owned site
- Not prioritized in CHA's Taylor Home redevelopment plans

**Community Organizations**
- Robert Taylor Working Group

**Community Amenities**
- XS Tennis: indoor tennis facility (CHA Land)
- Charles A. Hayes Family Investment Center
- Taylor Park
- Metcalf Park

Previous Plans for Site | Pros | Cons




# Taylor Homes/Legends South – Scale Comparison

## Hanson Park Proposal

- Stadium & outdoor fields
- Headquarters building
- Future retail potential



## Taylor Homes



# COMPARISON ANALYSIS

CHA

**DPD**
Department of Planning
and Development



TIMELINE



| | |
|---|---|
| **From:** | Noah Szafraniec |
| **To:** | Brian Hacker; Patrick Murphey; Anna Furby |
| **Subject:** | Re: Fire PD App Talking Points |
| **Date:** | Friday, March 11, 2022 4:41:38 PM |

It is as we feared - but it raises some concerns over the last amendment too..... so once we get her proof we should consult Lisa/Michael G.. Thank you.

**Noah Szafraniec**
**Assistant Commissioner - Planned Developments and Plan Commission**
**Department of Planning Development**
**1st Deputy's Office**
**City Hall, Room 1101**
**121 N. LaSalle St.**
**Chicago, IL 60602**
**312-744-5798**

**From:** Brian Hacker <Brian.Hacker@cityofchicago.org>
**Sent:** Friday, March 11, 2022 4:26 PM
**To:** Noah Szafraniec <Noah.Szafraniec@cityofchicago.org>; Patrick Murphey <Patrick.Murphey@cityofchicago.org>; Anna Furby <Anna.Furby@cityofchicago.org>
**Subject:** Re: Fire PD App Talking Points

I talked to Mariah Digrino after our Fire coordination meeting and this is now more complicated. DLA Piper reviewed the MDA between CHA and Related and their interpretation is that it only gives Related the ability to provide consent for CHA-owned properties, not privately owned properties in the PD. Therefore, they believe the only way to approach this without asking for consent from all private property owners in the affected subareas is for the City to be the applicant. I reiterated our concerns about this and asked her to send me the documentation in the MDA backing up her conclusion. When I get that from her I'll share it with you all and we should discuss our approach further. We should then set up something with the Fire, CHA and Related to resolve the issue. They want to file in April so I don't want this issue to hold that timeline up.

Thanks,

Brian Hacker, AICP
Coordinating Planner, West Region
City of Chicago | Department of Planning and Development
312.744.7217

**From:** Noah Szafraniec <Noah.Szafraniec@cityofchicago.org>
**Date:** Thursday, March 10, 2022 at 5:45 PM
**To:** Patrick Murphey <Patrick.Murphey@cityofchicago.org>, Brian Hacker <Brian.Hacker@cityofchicago.org>, Anna Furby <Anna.Furby@cityofchicago.org>

**Subject:** Re: Fire PD App Talking Points

Consent in general would be Related, CHA, and the City - need to check the developer agreement shared previously.

**Noah Szafraniec**
**Assistant Commissioner - Planned Developments and Plan Commission**
**Department of Planning Development**
**1st Deputy's Office**
**City Hall, Room 1101**
**121 N. LaSalle St.**
**Chicago, IL 60602**
**312-744-5798**

---

**From:** Patrick Murphey <Patrick.Murphey@cityofchicago.org>
**Sent:** Thursday, March 10, 2022 5:40 PM
**To:** Noah Szafraniec <Noah.Szafraniec@cityofchicago.org>; Brian Hacker <Brian.Hacker@cityofchicago.org>; Anna Furby <Anna.Furby@cityofchicago.org>
**Subject:** Re: Fire PD App Talking Points

Is no consent or concurrence from Parks or CHA necessary under any strategy?

Patrick Murphey
Zoning Administrator
City of Chicago
Department of Planning and Development
121 North LaSalle Street
Room 905
Chicago, IL 60602
T: (312) 744-5765
F: (312) 742-8548
patrick.murphey@cityofchicago.org

---

**From:** Noah Szafraniec <Noah.Szafraniec@cityofchicago.org>
**Sent:** Thursday, March 10, 2022 17:32
**To:** Brian Hacker; Anna Furby
**Cc:** Patrick Murphey
**Subject:** Re: Fire PD App Talking Points

Adding in Patrick as well for his comments, but I would slightly adjust language as shown below.

- In light of Related Midwest concurrently taking a comprehensive approach to amending PD 896 it would be the recommendation that the Related team coordinate with the Fire on their project for presentation to CPC, DPD recommends that Related be the PD applicant. Related

holds the Master Development Agreement for the PD therefore it's logical for them to lead any effort that will make broad changes to future development rights in the area. ███████ ████████████████████████████████████████████ ): ( true but not necessary)

- If it is determined that a proposed amendment will only focus on the Fire's development site and the future development concerns for Related Midwest and over CHA replacement housing are to be pushed to a separate PD amendment at a future date, then it's more appropriate for the Fire to be the applicant as their development is driving this legislative action ( this scenario might not necessarily be recommended due to the overal impact on the PD the large FIRE site has).

- DPD would open dialogue wuth IGA about a request for the City to be the applicant on an amendmnet at the site, however, the department would not recommend such and action based on preivous conversations and suggestions where the entity was a private for-profit entity. ██████████████████████████████████████████ ████████████████████████████████████████████████████ ████████████████████████████████████

**Noah Szafraniec**
**Assistant Commissioner - Planned Developments and Plan Commission**
**Department of Planning Development**
**1st Deputy's Office**
**City Hall, Room 1101**
**121 N. LaSalle St.**
**Chicago, IL 60602**
**312-744-5798**

---

**From:** Brian Hacker <Brian.Hacker@cityofchicago.org>
**Sent:** Thursday, March 10, 2022 3:54 PM
**To:** Anna Furby <Anna.Furby@cityofchicago.org>; Noah Szafraniec <Noah.Szafraniec@cityofchicago.org>
**Subject:** Fire PD App Talking Points

Anna,

I drafted some talking points below for Samir to reference in conversation with the Fire, Related and CHA. @Noah Szafraniec please take a look and make additions/revisions as needed.

- If we are taking a comprehensive approach to amending PD 896 when we take the Fire project to CPC, DPD recommends that Related be the PD applicant. Related holds the Master Development Agreement for the PD therefore it's logical for them to lead any effort that will make broad changes to future development rights in the area. Essentially they are the "landlord" of PD 896 (as Noah has previously said).

- If the amendment will only focus on the Fire's development site and the future development concerns over CHA replacement housing will be pushed to a separate PD amendment at a

future date, then it's more appropriate for the Fire to be the applicant as their development is driving this legislative action.

- DPD does not recommend that either the City or Alderman be the applicant based on precedent. DPD and IGA's guidance in the past has been that neither City departments or elected officials should file PD applications for private developments that will generate profit. Additionally, the Fire project is mainly a private facility with limited public access, which adds to the argument that it should come from a private entity involved in the project.

Feel free to reach out with any questions and please keep me in the loop as to any conversations that occur on this issue. Thanks!

Brian Hacker, AICP
Coordinating Planner, West Region
City of Chicago | Department of Planning and Development
121 N. LaSalle Street, Suite 1006
312.744.7217



This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail (or the person responsible for delivering this document to the intended recipient), you are hereby notified that any dissemination, distribution, printing or copying of this e-mail, and any attachment thereto, is strictly prohibited. If you have received this e-mail in error, please respond to the individual sending the message, and permanently delete the original and any copy of any e-mail and printout thereof.

| | |
|---|---|
| **From:** | DiGrino, Mariah F. |
| **To:** | Lisa Misher |
| **Cc:** | Brian Hacker; Noah Szafraniec; James Harris |
| **Subject:** | FW: Roosevelt Square - MDA |
| **Date:** | Tuesday, March 15, 2022 10:13:44 AM |

**[Warning: External email]**

Hi Lisa – As we discussed, below is a link to the Master Development Agreement between CHA and LR ABLA. I appreciate your time this morning discussing the "consent" issue. As I mentioned, we have ordered surrounding taxpayer information in anticipation of the PD filing. We should have those results at the end of this week. That will include taxpayer info for property in PD 896, so that would identify private property owners.

As we discussed, PD 896 was established in 2004, with the City of Chicago as the "applicant" (per the PD statements). CHA has confirmed that the City was the applicant at that time because PD 896 included property owned by private parties. Fast forward to now, the training facility would require the reconfiguration of subareas to create a new subarea for the training facility. This would entail modifications to the bulk table and development allocations, and the reallocation of excess development rights away from the training facility site. (We expect there to be excess FAR and dwelling units that could be allocated elsewhere.) The subareas being affected by this include privately owned parcels. The team will own or control its training facility site, but will not own or control the privately owned parcels outside of the training facility site that will be affected by the new subarea configuration.

Given the efforts so far to engage at least one of the owners (they have not responded to multiple outreach attempts), we anticipate obtaining consents from all of the affected private owners would be infeasible or, at the very least, fatally time-consuming. Given that the City was the applicant in 2004 to create the PD, we see no other course than the City being the applicant again for this amendment, at least with respect to the subarea reconfiguration and reallocation of development rights. PD 896 is located in two wards (25th and 28th), and Alderman Ervin (in whose ward the facility would be located) has rebuffed the suggestion that he be the applicant.

I'm happy to discuss further, especially after you've had time to digest this!

**Mariah F. DiGrino** (she, her, hers)
Partner

T +1 312 368 7261
F +1 312 251 5833
M +1 773 343 5675
mariah.digrino@us.dlapiper.com

DLA Piper LLP (US)
dlapiper.com

**From:** Brian Hacker <Brian.Hacker@cityofchicago.org>
**Sent:** Friday, March 4, 2022 2:01 PM

**To:** DiGrino, Mariah F. <Mariah.DiGrino@us.dlapiper.com>
**Cc:** Anna Furby <Anna.Furby@cityofchicago.org>
**Subject:** FW: Roosevelt Square - MDA

⚠ EXTERNAL MESSAGE

Hi Mariah,

Please see the link below to access the MDA, but let me know if it's expired. If it has I can reach out to Will Tippens to send another. I can't confirm which section addresses the consent question but please let me know what you find.

Thanks!

Brian Hacker, AICP
Coordinating Planner, West Region
City of Chicago | Department of Planning and Development

**From:** Noah Szafraniec <Noah.Szafraniec@cityofchicago.org>
**Sent:** Friday, February 25, 2022 12:00 PM
**To:** Nelson Chueng <Nelson.Chueng@cityofchicago.org>; Anna Furby
<Anna.Furby@cityofchicago.org>; Brian Hacker <Brian.Hacker@cityofchicago.org>
**Subject:** Fw: Roosevelt Square - MDA

**Noah Szafraniec**
**Assistant Commissioner - Planned Developments and Plan Commission**
**Department of Planning Development**
**1st Deputy's Office**
**City Hall, Room 1101**
**121 N. LaSalle St.**
**Chicago, IL 60602**
**312-744-5798**

**From:** Tippens, Will <wtippens@relatedmidwest.com>
**Sent:** Friday, February 25, 2022 11:59 AM
**To:** Noah Szafraniec <Noah.Szafraniec@cityofchicago.org>
**Subject:** Roosevelt Square - MDA

[Warning: External email]

Here is a link to the document. As you'll see all the exhibits are separate files.

https://related.box.com/s/h88lee1f5dw8g0rd9leb53a9yjud7o1g

 **RELATED**

**William Tippens**
Vice President

**RELATED MIDWEST**
350 W Hubbard, Suite 300
Chicago, IL 60654
(312) 595-7400 Office
wtippens@relatedmidwest.com

 Please consider the environment before printing this e-mail.

The information contained in this message and any attachment(s) may be privileged, confidential, proprietary or otherwise protected from disclosure and is intended solely for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this message and any attachment is strictly prohibited and may be unlawful. If you have received this message in error, please notify us immediately by replying to this email and permanently delete the message from your computer. Nothing contained in this message and/or any attachment(s) constitutes a solicitation or an offer to buy or sell any securities.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

**Exhibit E**

| | |
|---|---|
| **From:** | Julie O"Brochta |
| **To:** | Kaplan, Michael; DiGrino, Mariah F.; Noah Szafraniec; Tippens, Will; Brian Hacker; Parlato, Mike; Cacciato, Anthony; Ari Glass; Anna Furby |
| **Cc:** | James Harris; McKenzie, Ann; Amber McConnachie; Stubblefield, Carol; Sublett, Jeanette; Laura Warren; Paul Cadwell; Pryor, David; Andre Brumfield; Aaron May |
| **Subject:** | RE: Addams-Medill / PD 896: PD Application Process |
| **Date:** | Monday, May 23, 2022 10:28:03 AM |

<div style="background:#e8556f">[Warning: External email]</div>

Adding Andre Brumfield and Aaron May from Gensler to this email conversation.

**Julie O'Brochta, AIA**
+1 312.468.2010 Mobile

**Gensler**

**From:** Kaplan, Michael <mkaplan@relatedmidwest.com>
**Sent:** Saturday, May 21, 2022 12:33 PM
**To:** DiGrino, Mariah F. <Mariah.DiGrino@us.dlapiper.com>; Noah Szafraniec <noah.szafraniec@cityofchicago.org>; Tippens, Will <wtippens@relatedmidwest.com>; Brian Hacker <Brian.Hacker@cityofchicago.org>; Parlato, Mike <Mike.Parlato@am.jll.com>; Cacciato, Anthony <Anthony.Cacciato@am.jll.com>; Ari Glass <Ari.Glass@mansuetoffice.com>; Anna Furby <Anna.Furby@cityofchicago.org>
**Cc:** James Harris <James.Harris@cityofchicago.org>; McKenzie, Ann <amckenzie@thecha.org>; Amber McConnachie <lneal@nealandleroy.com>; Stubblefield, Carol <cstubblefield@nealandleroy.com>; Sublett, Jeanette <jsublett@nealandleroy.com>; Laura Warren <lwarren@chicagofirefc.com>; Paul Cadwell <pcadwell@chicagofirefc.com>; Pryor, David <David.Pryor@us.dlapiper.com>; Julie O'Brochta <Julie_O'Brochta@gensler.com>
**Subject:** RE: Addams-Medill / PD 896: PD Application Process

Noah – I apologize for the delay as both Will and I were out yesterday. The reason we didn't initially provide a comparison table is because most of the affected subareas also had boundary changes. Overall, though, you can see that the net impact is reduced density.

Attached is a spreadsheet that you may find helpful. I too am available to discuss all weekend or Monday.

**RELATED**

**Michael Kaplan**

**RELATED MIDWEST**
350 W Hubbard, Suite 300
Chicago, IL 60654
(612) 720-6200 Mobile
(312) 274-3902 Office
mkaplan@relatedmidwest.com

 Please consider the environment before printing this e-mail.

**From:** DiGrino, Mariah F. <Mariah.DiGrino@us.dlapiper.com>
**Sent:** Friday, May 20, 2022 5:39 PM
**To:** Noah Szafraniec <Noah.Szafraniec@cityofchicago.org>; Tippens, Will
<wtippens@relatedmidwest.com>; Brian Hacker <Brian.Hacker@cityofchicago.org>; Kaplan, Michael
<mkaplan@relatedmidwest.com>; Parlato, Mike <Mike.Parlato@am.jll.com>; Cacciato, Anthony
<Anthony.Cacciato@am.jll.com>; Ari Glass <Ari.Glass@mansuetoffice.com>; Anna Furby
<Anna.Furby@cityofchicago.org>
**Cc:** James Harris <James.Harris@cityofchicago.org>; McKenzie, Ann <amckenzie@thecha.org>;
Amber McConnachie <lneal@nealandleroy.com>; Stubblefield, Carol
<cstubblefield@nealandleroy.com>; Sublett, Jeanette <jsublett@nealandleroy.com>; Laura Warren
<lwarren@chicagofirefc.com>; Paul Cadwell <pcadwell@chicagofirefc.com>; Pryor, David
<David.Pryor@us.dlapiper.com>
**Subject:** Re: Addams-Medill / PD 896: PD Application Process

Noah - I am available tonight at/after 6:30, anytime this weekend, or we can find a time
Monday. If you have questions about the bulk data table related to subareas other than the
Fire's, I would like to loop in Related and possibly Gensler, as they are better suited to speak
to those.

Get Outlook for Android [aka.ms]



**From:** Noah Szafraniec <Noah.Szafraniec@cityofchicago.org>
**Sent:** Friday, May 20, 2022 4:16:21 PM
**To:** DiGrino, Mariah F. <Mariah.DiGrino@us.dlapiper.com>; Tippens, Will
<wtippens@relatedmidwest.com>; Brian Hacker <Brian.Hacker@cityofchicago.org>; Kaplan, Michael
<mkaplan@relatedmidwest.com>; Parlato, Mike <Mike.Parlato@am.jll.com>; Cacciato, Anthony
<Anthony.Cacciato@am.jll.com>; Ari Glass <Ari.Glass@mansuetoffice.com>; Anna Furby
<Anna.Furby@cityofchicago.org>
**Cc:** James Harris <James.Harris@cityofchicago.org>; McKenzie, Ann <amckenzie@thecha.org>;
Amber McConnachie <lneal@nealandleroy.com>; Stubblefield, Carol
<cstubblefield@nealandleroy.com>; Sublett, Jeanette <jsublett@nealandleroy.com>; Laura Warren
<lwarren@chicagofirefc.com>; Amber McConnachie <lneal@nealandleroy.com>; Paul Cadwell
<pcadwell@chicagofirefc.com>; Pryor, David <David.Pryor@us.dlapiper.com>
**Subject:** Re: Addams-Medill / PD 896: PD Application Process

⚠ EXTERNAL MESSAGE

Good afternoon,

I was able to set aside some time this afternoon and conduct some of the analysis that was
left undone - I sent a seperate e-mail to your attorney Ms. Digrino asking for her to contact me.
I would like to go over some data point questions with her and have a few questions realted to
property ownership details for the non-cha owned pins that were submitted.

I feel better about the effect that the proposed changes would have on the remaining private

lots at the end of the exercise but would simply like to close a few concerns up with the legal team.

Thank you.

**Noah Szafraniec**
**Assistant Commissioner - Planned Developments and Plan Commission**
**Department of Planning Development**
**1st Deputy's Office**
**City Hall, Room 1101**
**121 N. LaSalle St.**
**Chicago, IL 60602**
**312-744-5798**

---

**From:** Noah Szafraniec <Noah.Szafraniec@cityofchicago.org>
**Sent:** Friday, May 20, 2022 11:50 AM
**To:** DiGrino, Mariah F. <Mariah.DiGrino@us.dlapiper.com>; Tippens, Will <wtippens@relatedmidwest.com>; Brian Hacker <Brian.Hacker@cityofchicago.org>; Kaplan, Michael <mkaplan@relatedmidwest.com>; Parlato, Mike <Mike.Parlato@am.jll.com>; Cacciato, Anthony <Anthony.Cacciato@am.jll.com>; Ari Glass <Ari.Glass@mansuetoffice.com>; Anna Furby <Anna.Furby@cityofchicago.org>
**Cc:** James Harris <James.Harris@cityofchicago.org>; McKenzie, Ann <amckenzie@thecha.org>; Amber McConnachie <lneal@nealandleroy.com>; Stubblefield, Carol <cstubblefield@nealandleroy.com>; Sublett, Jeanette <jsublett@nealandleroy.com>; Laura Warren <lwarren@chicagofirefc.com>; Amber McConnachie <lneal@nealandleroy.com>; Paul Cadwell <pcadwell@chicagofirefc.com>; Pryor, David <David.Pryor@us.dlapiper.com>
**Subject:** Re: Addams-Medill / PD 896: PD Application Process

Hi Mariah,

We will be going over the information and providing comment - our Law Department was made aware of the new submitted information. As soon as we are able to offer some commentary we will do so - unfortunately the information provided did not provide any comparative analaysis between the data for the PD as it exists today and to the new proposed information and data as proposed - so we will have to look into that data and do the analysis which could take some time.

Thank you.

**Noah Szafraniec**
**Assistant Commissioner - Planned Developments and Plan Commission**
**Department of Planning Development**

**1st Deputy's Office**
**City Hall, Room 1101**
**121 N. LaSalle St.**
**Chicago, IL 60602**
**312-744-5798**

**From:** DiGrino, Mariah F. <Mariah.DiGrino@us.dlapiper.com>
**Sent:** Friday, May 20, 2022 11:24 AM
**To:** Tippens, Will <wtippens@relatedmidwest.com>; Brian Hacker
<Brian.Hacker@cityofchicago.org>; Kaplan, Michael <mkaplan@relatedmidwest.com>; Noah
Szafraniec <Noah.Szafraniec@cityofchicago.org>; Parlato, Mike <Mike.Parlato@am.jll.com>;
Cacciato, Anthony <Anthony.Cacciato@am.jll.com>; Ari Glass <Ari.Glass@mansuetoffice.com>; Anna
Furby <Anna.Furby@cityofchicago.org>
**Cc:** James Harris <James.Harris@cityofchicago.org>; McKenzie, Ann <amckenzie@thecha.org>;
Amber McConnachie <lneal@nealandleroy.com>; Stubblefield, Carol
<cstubblefield@nealandleroy.com>; Sublett, Jeanette <jsublett@nealandleroy.com>; Laura Warren
<lwarren@chicagofirefc.com>; Amber McConnachie <lneal@nealandleroy.com>; Paul Cadwell
<pcadwell@chicagofirefc.com>; Pryor, David <David.Pryor@us.dlapiper.com>
**Subject:** RE: Addams-Medill / PD 896: PD Application Process

[Warning: External email]

Hi all – Following up on the materials delivered earlier this week. Please let us know the status of
the City's review and decision regarding moving forward as we have proposed.

**Mariah F. DiGrino** (she, her, hers)
Partner

T  +1 312 368 7261
F  +1 312 251 5833
M  +1 773 343 5675
mariah.digrino@us.dlapiper.com

DLA Piper LLP (US)
dlapiper.com

**From:** Tippens, Will <wtippens@relatedmidwest.com>
**Sent:** Wednesday, May 18, 2022 5:11 PM
**To:** Brian Hacker <Brian.Hacker@cityofchicago.org>; DiGrino, Mariah F.
<Mariah.DiGrino@us.dlapiper.com>; Kaplan, Michael <mkaplan@relatedmidwest.com>; Noah
Szafraniec <Noah.Szafraniec@cityofchicago.org>; Parlato, Mike <Mike.Parlato@am.jll.com>;
Cacciato, Anthony <Anthony.Cacciato@am.jll.com>; Ari Glass <Ari.Glass@mansuetoffice.com>; Anna
Furby <Anna.Furby@cityofchicago.org>
**Cc:** James Harris <James.Harris@cityofchicago.org>; McKenzie, Ann <amckenzie@thecha.org>;
Amber McConnachie <lneal@nealandleroy.com>; Stubblefield, Carol
<cstubblefield@nealandleroy.com>; Sublett, Jeanette <jsublett@nealandleroy.com>; Laura Warren

<lwarren@chicagofirefc.com>; Amber McConnachie <lneal@nealandleroy.com>; Paul Cadwell
<pcadwell@chicagofirefc.com>; Pryor, David <David.Pryor@us.dlapiper.com>
**Subject:** RE: Addams-Medill / PD 896: PD Application Process

⚠ EXTERNAL MESSAGE

Hi Brian and Noah,

One quick note. You'll notice the net site area has gone up. This is because all of the proposed
streets and alleys that were to be dedicated in the Fires parcel are obviously not happening.
However, even with the increase in Net-Site-Area, as Mariah notes below the total development
rights drops by approximately 460,000 SF.

Thanks,

Will

**From:** Brian Hacker <Brian.Hacker@cityofchicago.org>
**Sent:** Wednesday, May 18, 2022 4:54 PM
**To:** DiGrino, Mariah F. <Mariah.DiGrino@us.dlapiper.com>; Kaplan, Michael
<mkaplan@relatedmidwest.com>; Noah Szafraniec <Noah.Szafraniec@cityofchicago.org>; Parlato,
Mike <Mike.Parlato@am.jll.com>; Cacciato, Anthony <Anthony.Cacciato@am.jll.com>; Ari Glass
<Ari.Glass@mansuetoffice.com>; Anna Furby <Anna.Furby@cityofchicago.org>
**Cc:** James Harris <James.Harris@cityofchicago.org>; McKenzie, Ann <amckenzie@thecha.org>;
Amber McConnachie <lneal@nealandleroy.com>; Stubblefield, Carol
<cstubblefield@nealandleroy.com>; Sublett, Jeanette <jsublett@nealandleroy.com>; Tippens, Will
<wtippens@relatedmidwest.com>; Laura Warren <lwarren@chicagofirefc.com>; Amber
McConnachie <lneal@nealandleroy.com>; Paul Cadwell <pcadwell@chicagofirefc.com>; Pryor, David
<David.Pryor@us.dlapiper.com>
**Subject:** RE: Addams-Medill / PD 896: PD Application Process

Thanks, Mariah. Noah and I will begin reviewing right away.

Brian Hacker, AICP
Coordinating Planner, West Region
City of Chicago | Department of Planning and Development

**From:** DiGrino, Mariah F. <Mariah.DiGrino@us.dlapiper.com>
**Sent:** Wednesday, May 18, 2022 4:44 PM
**To:** Brian Hacker <Brian.Hacker@cityofchicago.org>; Kaplan, Michael
<mkaplan@relatedmidwest.com>; Noah Szafraniec <Noah.Szafraniec@cityofchicago.org>; Parlato,
Mike <Mike.Parlato@am.jll.com>; Cacciato, Anthony <Anthony.Cacciato@am.jll.com>; Ari Glass
<Ari.Glass@mansuetoffice.com>; Anna Furby <Anna.Furby@cityofchicago.org>
**Cc:** James Harris <James.Harris@cityofchicago.org>; McKenzie, Ann <amckenzie@thecha.org>;

Amber McConnachie <lneal@nealandleroy.com>; Stubblefield, Carol
<cstubblefield@nealandleroy.com>; Sublett, Jeanette <jsublett@nealandleroy.com>; Tippens, Will
<wtippens@relatedmidwest.com>; Laura Warren <lwarren@chicagofirefc.com>; Amber
McConnachie <lneal@nealandleroy.com>; Paul Cadwell <pcadwell@chicagofirefc.com>; Pryor, David
<David.Pryor@us.dlapiper.com>
**Subject:** RE: Addams-Medill / PD 896: PD Application Process

[Warning: External email]

Hi all -- Attached are the proposed bulk table and corresponding subarea map.  A couple of notes:

- The overall development rights are being reduced, which should help the City overcome any concern about the amendment providing a windfall of development rights.
- The Fire team is working to modify the training facility layout to address the MWRD facility that runs down the middle of the site.  This may require shifting Subarea G slightly to the south, but it is not anticipated to affect overall numbers.
- The properties along Ashland are being removed from the PD boundaries.  These are privately owned properties, so the working assumption is that those owners would prefer to be carved out of the PD.  Our initial thought is that they could be rezoned to B3-2.

Let us know if you would like to discuss, and we can set something up.

Thanks!
Mariah

**Mariah F. DiGrino** (she, her, hers)
Partner

T  +1 312 368 7261
F  +1 312 251 5833
M  +1 773 343 5675
mariah.digrino@us.dlapiper.com

DLA Piper LLP (US)
dlapiper.com

**From:** Brian Hacker <Brian.Hacker@cityofchicago.org>
**Sent:** Wednesday, May 11, 2022 11:09 AM
**To:** Kaplan, Michael <mkaplan@relatedmidwest.com>; Noah Szafraniec
<Noah.Szafraniec@cityofchicago.org>; DiGrino, Mariah F. <Mariah.DiGrino@us.dlapiper.com>;
Parlato, Mike <Mike.Parlato@am.jll.com>; Cacciato, Anthony <Anthony.Cacciato@am.jll.com>; Ari
Glass <Ari.Glass@mansuetoffice.com>; Anna Furby <Anna.Furby@cityofchicago.org>
**Cc:** James Harris <James.Harris@cityofchicago.org>; McKenzie, Ann <amckenzie@thecha.org>;
Amber McConnachie <lneal@nealandleroy.com>; Stubblefield, Carol
<cstubblefield@nealandleroy.com>; Sublett, Jeanette <jsublett@nealandleroy.com>; Tippens, Will
<wtippens@relatedmidwest.com>; Laura Warren <lwarren@chicagofirefc.com>

**Subject:** RE: Addams-Medill / PD 896: PD Application Process

⚠ EXTERNAL MESSAGE

Hi Michael,

Thanks for sending this over. When you're ready, it'd be nice to have a meeting with your team and Gensler to walk through this work.

Regards,

Brian Hacker, AICP
Coordinating Planner, West Region
City of Chicago | Department of Planning and Development

---

**From:** Kaplan, Michael <mkaplan@relatedmidwest.com>
**Sent:** Saturday, May 7, 2022 5:32 PM
**To:** Noah Szafraniec <Noah.Szafraniec@cityofchicago.org>; DiGrino, Mariah F.
<Mariah.DiGrino@us.dlapiper.com>; Brian Hacker <Brian.Hacker@cityofchicago.org>; Parlato, Mike
<Mike.Parlato@am.jll.com>; Cacciato, Anthony <Anthony.Cacciato@am.jll.com>; Ari Glass
<Ari.Glass@mansuetoffice.com>; Anna Furby <Anna.Furby@cityofchicago.org>
**Cc:** James Harris <James.Harris@cityofchicago.org>; McKenzie, Ann <amckenzie@thecha.org>;
Amber McConnachie <lneal@nealandleroy.com>; Stubblefield, Carol
<cstubblefield@nealandleroy.com>; Sublett, Jeanette <jsublett@nealandleroy.com>; Tippens, Will
<wtippens@relatedmidwest.com>; Laura Warren <lwarren@chicagofirefc.com>
**Subject:** RE: Addams-Medill / PD 896: PD Application Process

[Warning: External email]

Noah – see attached for preliminary concepts from Gensler. This, of course, remains subject to stakeholder feedback and public comment. We will follow-up this week with proposed bulk tables.

Thanks,



**Michael Kaplan**

**RELATED MIDWEST**
350 W Hubbard, Suite 300
Chicago, IL 60654
(612) 720-6200 Mobile
(312) 274-3902 Office
mkaplan@relatedmidwest.com

🌿 Please consider the environment before printing this e-mail.

**From:** Noah Szafraniec <Noah.Szafraniec@cityofchicago.org>
**Sent:** Tuesday, May 3, 2022 5:37 PM
**To:** DiGrino, Mariah F. <Mariah.DiGrino@us.dlapiper.com>; Brian Hacker
<Brian.Hacker@cityofchicago.org>; Parlato, Mike <Mike.Parlato@am.jll.com>; Cacciato, Anthony
<Anthony.Cacciato@am.jll.com>; Ari Glass <Ari.Glass@mansuetoffice.com>; Anna Furby
<Anna.Furby@cityofchicago.org>
**Cc:** James Harris <James.Harris@cityofchicago.org>; McKenzie, Ann <amckenzie@thecha.org>;
Amber McConnachie <lneal@nealandleroy.com>; Stubblefield, Carol
<cstubblefield@nealandleroy.com>; Sublett, Jeanette <jsublett@nealandleroy.com>; Tippens, Will
<wtippens@relatedmidwest.com>; Kaplan, Michael <mkaplan@relatedmidwest.com>; Laura
Warren <lwarren@chicagofirefc.com>
**Subject:** Re: Addams-Medill / PD 896: PD Application Process

Mariah,

Thank you I will pass this along and continue the discussion with our Law Department in the
meantime do we have the massing for the proposed sub-area breakdowns and any impact it
might have on the resulting sub-areas or any of the existing land owners?   Ive had a
preliminary discussion with Will, but we do not have the data yet.  Thank you.

**Noah Szafraniec**
**Assistant Commissioner - Planned Developments and Plan Commission**
**Department of Planning Development**
**1st Deputy's Office**
**City Hall, Room 1101**
**121 N. LaSalle St.**
**Chicago, IL 60602**
**312-744-5798**

---

**From:** DiGrino, Mariah F. <Mariah.DiGrino@us.dlapiper.com>
**Sent:** Tuesday, May 3, 2022 4:22 PM
**To:** Brian Hacker <Brian.Hacker@cityofchicago.org>; Noah Szafraniec
<Noah.Szafraniec@cityofchicago.org>; Parlato, Mike <Mike.Parlato@am.jll.com>; Cacciato, Anthony
<Anthony.Cacciato@am.jll.com>; Ari Glass <Ari.Glass@mansuetoffice.com>; Anna Furby
<Anna.Furby@cityofchicago.org>
**Cc:** James Harris <James.Harris@cityofchicago.org>; McKenzie, Ann <amckenzie@thecha.org>;
Amber McConnachie <lneal@nealandleroy.com>; Stubblefield, Carol
<cstubblefield@nealandleroy.com>; Sublett, Jeanette <jsublett@nealandleroy.com>; Tippens, Will
<wtippens@relatedmidwest.com>; Kaplan, Michael <mkaplan@relatedmidwest.com>; Laura
Warren <lwarren@chicagofirefc.com>
**Subject:** RE: Addams-Medill / PD 896: PD Application Process

[Warning: External email]

Noah – Attached are a map and spreadsheet identifying private owners within PD 896. As noted in the documents, there are over 300 privately owned PINs, with over 260 unique private owners. We have removed PINs owned by public agencies and PINs owned by Roosevelt Square entities.

As we have discussed, there is no question that the City has the legal authority to be the applicant for the PD amendment. PD 896 itself is an example of that, as the City was the applicant when the PD was established in 2004. The reason for the City being the applicant in 2004 is the same reason the City needs to be the applicant again – PD 896 contains privately owned parcels, and only the City has the legal authority to initiate an application to amend privately owned parcels, in the absence of letters of authorization from each private owner. Given the number of private PINs and private owners noted above, I would hope all could agree that getting consent from over 260 owners would be burdensome.

With respect to PD 896 and the anticipated changes, we understood the group to be aligned regarding the need to adjust the existing subarea boundaries and modify the bulk table accordingly to create a new subarea with related uses and development rights to accommodate the training facility, and that it would require an amendment to PD 896. This is the action/application for which the City would be the applicant. There would be a separate, but concurrent, application for approval of the Fire's specific development plans. This could be accomplished through site plan approval, which is currently contemplated by PD 896. The Fire would be the applicant for site plan approval. The City would review the request for site plan approval concurrently with the PD amendment, the expectation being that the City would grant the site plan approval request immediately upon approval of the PD amendment. Related – at the City's and CHA's direction – is working with Gensler to create the new subareas and recalibrated bulk table, which would result in the delivery of the items requested in your item 2 below.

We are all working on all fronts to deliver the items that would be required for the PD amendment and the site plan approval request for introduction at the June City Council meeting. This is a critical path date in order to stay on track to receive the approvals (PD amendment and site plan approval) in time for construction. Please confirm the City is aligned in the process outlined above. Please also confirm that the community engagement plan that the parties have been undertaking, including last night's resident meeting and tonight's community meeting, will satisfy the City's requirements regarding community meetings for the PD amendment and site plan approval.

**Mariah F. DiGrino** (she, her, hers)
Partner

T  +1 312 368 7261
F  +1 312 251 5833
M  +1 773 343 5675
mariah.digrino@us.dlapiper.com

DLA Piper LLP (US)
dlapiper.com

**From:** Brian Hacker <Brian.Hacker@cityofchicago.org>

**Sent:** Wednesday, April 20, 2022 9:14 AM
**To:** Noah Szafraniec <Noah.Szafraniec@cityofchicago.org>; Parlato, Mike
<Mike.Parlato@am.jll.com>; Cacciato, Anthony <Anthony.Cacciato@am.jll.com>; DiGrino, Mariah F.
<Mariah.DiGrino@us.dlapiper.com>; Ari Glass <Ari.Glass@mansuetoffice.com>; Anna Furby
<Anna.Furby@cityofchicago.org>
**Cc:** James Harris <James.Harris@cityofchicago.org>
**Subject:** Re: Addams-Medill / PD 896: PD Application Process

⚠ EXTERNAL MESSAGE

+ James Harris

Thanks for laying out the ask and potential paths forward, Noah. I can be available at all those times
next week.

Brian Hacker, AICP
Coordinating Planner, West Region
City of Chicago | Department of Planning and Development
312.744.7217

**From:** Noah Szafraniec <Noah.Szafraniec@cityofchicago.org>
**Date:** Wednesday, April 20, 2022 at 7:40 AM
**To:** "Parlato, Mike" <Mike.Parlato@am.jll.com>, "Cacciato, Anthony"
<Anthony.Cacciato@am.jll.com>, Brian Hacker <Brian.Hacker@cityofchicago.org>,
"mariah.digrino@dlapiper.com" <mariah.digrino@dlapiper.com>, Ari Glass
<Ari.Glass@mansuetoffice.com>, Anna Furby <Anna.Furby@cityofchicago.org>
**Subject:** Re: Addams-Medill / PD 896: PD Application Process

Mike,

After losing a lot of sleep last night thinking about your team's request and concerns - I
decided to send this follow-up request (a meeting to discuss this is really not as important as
seeing the information).

Please provide the following so we can discuss internally with our Lawyers and the Inter-
Governmental Affairs members:

1. A written request from the FIRE asking the City of Chicago to be the applicant for an
   amendment to PD #896. The request should inlcude the reasoning for the need for the
   CIty to be the applicant and should inlcude any supporting documentation as necessary
   ( for example if one of your reasons is that the ability to gain consent is too onerous a
   list of all property holders in the planned development bounday should be provided - as
   requested some time ago).

2. A bullet point and annotated list of any and all changes you are asking the city to make to the approved ordinance, including but not limited to the following:
    a. any changes to any of the approved PD statements
    b. any changes to any of the approved PD exhibits
    c. the inlcusion of any new PD exhibits.
    d. the change of any items listed on the bulk table
    e. the change to any of the exhibit sub-areas as defined in the current PD
    f. any data necessary for the creation of new sub-areas via exhibit and or bulk table.
3. Any other pertinent information that the development team and or your legal team feels is necessary for the Department to have an internal discussion about your request.

Once we receive the complete packet listed about we will discuss the legal authority of the City to be the applicant in this scenario and respond to the team accordingly, we would also discuss with our Commissioner and Zoning Administrator whether we agree with the planning/zoning reasoning behind any of the requests that derive from the above information.

I also wanted to add to this note that I recall at one of the last discussions when we spoke about whether this would happen as one application versus two applications some of the above information drove the discussion back to the need for this to be done at one time in a very complete and concises manner - the reason for this was that your request is going to inlcude FAR and boundary changes that have an impact on the remainder of the PD as a whole with some rights being moved from the land you wish to use back into other land controlled in other sub-areas.

I am sorry that I am too busy to meet with your team this week - as an alternative I went back to my calendar to try to find some time slots - I can meet Monday at 9:00 (25th) am for an hour, Tuesday (26th) at 8:00am for an hour, Wednesday (27th) between 3pm-5pm.

**Noah Szafraniec**
**Assistant Commissioner - Planned Developments and Plan Commission**
**Department of Planning Development**
**1st Deputy's Office**
**City Hall, Room 1101**
**121 N. LaSalle St.**
**Chicago, IL 60602**
**312-744-5798**

---

**From:** Noah Szafraniec <Noah.Szafraniec@cityofchicago.org>
**Sent:** Tuesday, April 19, 2022 8:07 PM
**To:** Parlato, Mike <Mike.Parlato@am.jll.com>; Cacciato, Anthony <Anthony.Cacciato@am.jll.com>; Brian Hacker <Brian.Hacker@cityofchicago.org>; mariah.digrino@dlapiper.com <mariah.digrino@dlapiper.com>; Ari Glass <Ari.Glass@mansuetoffice.com>; Anna Furby

<Anna.Furby@cityofchicago.org>
**Subject:** Re: Addams-Medill / PD 896: PD Application Process

If the team is seeking process or zoning guidance I would suggest trying a Tuesday or Wednesday time on the 26th or 27th.

---

**From:** Parlato, Mike <Mike.Parlato@am.jll.com>
**Sent:** Tuesday, April 19, 2022 8:04:33 PM
**To:** Noah Szafraniec <Noah.Szafraniec@cityofchicago.org>; Cacciato, Anthony <Anthony.Cacciato@am.jll.com>; Brian Hacker <Brian.Hacker@cityofchicago.org>; mariah.digrino@dlapiper.com <mariah.digrino@dlapiper.com>; Ari Glass <Ari.Glass@mansuetoffice.com>; Anna Furby <Anna.Furby@cityofchicago.org>
**Subject:** RE: Addams-Medill / PD 896: PD Application Process

[Warning: External email]

Thanks.

Brian, what's your availability tomorrow?

Michael D. Parlato
Managing Director
Jones Lang LaSalle
Project and Development Services
200 East Randolph Drive, 45th Floor
Chicago, IL 60601
Tel +1 312 228 2487  Fax +1 312 416 8076
Mike.parlato@am.jll.com
www.us.jll.com [nam12.safelinks.protection.outlook.com]

---

**From:** Noah Szafraniec <Noah.Szafraniec@cityofchicago.org>
**Sent:** Tuesday, April 19, 2022 8:02 PM
**To:** Parlato, Mike <Mike.Parlato@am.jll.com>; Cacciato, Anthony <Anthony.Cacciato@am.jll.com>; Brian Hacker <Brian.Hacker@cityofchicago.org>; mariah.digrino@dlapiper.com; Ari Glass <Ari.Glass@mansuetoffice.com>; Anna Furby <Anna.Furby@cityofchicago.org>
**Subject:** [EXTERNAL] Re: Addams-Medill / PD 896: PD Application Process

I am unavailable until next week.

---

**From:** Parlato, Mike <Mike.Parlato@am.jll.com>
**Sent:** Tuesday, April 19, 2022 8:01:27 PM
**To:** Noah Szafraniec <Noah.Szafraniec@cityofchicago.org>; Cacciato, Anthony <Anthony.Cacciato@am.jll.com>; Brian Hacker <Brian.Hacker@cityofchicago.org>; mariah.digrino@dlapiper.com <mariah.digrino@dlapiper.com>; Ari Glass <Ari.Glass@mansuetoffice.com>; Anna Furby <Anna.Furby@cityofchicago.org>
**Subject:** RE: Addams-Medill / PD 896: PD Application Process

[Warning: External email]

Noah, is there a better time that works for you and Brian tomorrow? We need to get everyone on the same page with this information.

Michael D. Parlato
Managing Director
Jones Lang LaSalle
Project and Development Services

200 East Randolph Drive, 45th Floor
Chicago, IL 60601
Tel +1 312 228 2487  Fax +1 312 416 8076
Mike.parlato@am.jll.com
www.us.jll.com [nam12.safelinks.protection.outlook.com]

**From:** Noah Szafraniec <Noah.Szafraniec@cityofchicago.org>
**Sent:** Tuesday, April 19, 2022 6:04 PM
**To:** Parlato, Mike <Mike.Parlato@am.jll.com>; Cacciato, Anthony <Anthony.Cacciato@am.jll.com>;
Brian Hacker <Brian.Hacker@cityofchicago.org>; mariah.digrino@dlapiper.com; Ari Glass
<Ari.Glass@mansuetoffice.com>; Anna Furby <Anna.Furby@cityofchicago.org>
**Subject:** [EXTERNAL] Re: Addams-Medill / PD 896: PD Application Process

Do you have the information I just referenced in the previous email?

**From:** Parlato, Mike <Mike.Parlato@am.jll.com>
**Sent:** Tuesday, April 19, 2022 6:02:17 PM
**To:** Noah Szafraniec <Noah.Szafraniec@cityofchicago.org>; Cacciato, Anthony
<Anthony.Cacciato@am.jll.com>; Brian Hacker <Brian.Hacker@cityofchicago.org>;
mariah.digrino@dlapiper.com <mariah.digrino@dlapiper.com>; Ari Glass
<Ari.Glass@mansuetoffice.com>; Anna Furby <Anna.Furby@cityofchicago.org>
**Subject:** RE: Addams-Medill / PD 896: PD Application Process

[Warning: External email]

We need this group to be on the same page as there is a lot of information being prepared for this submission and at a minimum we should all be clear on the number of applications being submitted and who the applicants are. As Anthony stated in his email that was made clear to everyone on the Friday meeting several weeks back so if that is still under discussion, we need to make sure it doesn't impact our May filing date and everyone is aligned on who is responsible for what between Gensler and Crawford in terms of the package.

Noah, what packages and what attorneys are you referring to? I am confident that our legal team was operating under the plan that I just laid out above so it would be good to understand what other conversations we need to get aligned with.

Can this group jump on a call tomorrow at 11:45am to confirm this plan? Feel free to forward to anyone else you feel should be part of this. We will send out a calendar invite if that time works.

Michael D. Parlato
Managing Director
Jones Lang LaSalle
Project and Development Services
200 East Randolph Drive, 45th Floor
Chicago, IL 60601
Tel +1 312 228 2487  Fax +1 312 416 8076
Mike.parlato@am.jll.com
www.us.jll.com [nam12.safelinks.protection.outlook.com]

**From:** Noah Szafraniec <Noah.Szafraniec@cityofchicago.org>
**Sent:** Tuesday, April 19, 2022 5:37 PM
**To:** Cacciato, Anthony <Anthony.Cacciato@am.jll.com>; Brian Hacker
<Brian.Hacker@cityofchicago.org>; mariah.digrino@dlapiper.com; Parlato, Mike
<Mike.Parlato@am.jll.com>; Ari Glass <Ari.Glass@mansuetoffice.com>
**Subject:** [EXTERNAL] Re: Addams-Medill / PD 896: PD Application Process

Not entirely true.   We agreed to revisit this request after various documents  were presented by the
attorneys and the teams but we have yet to receive the documentation for further internal
discussion to occur.

We have not received ownership information for all parcels within the PD boundaries, nor have we
received the proposed massing models and associated data for the proposed sub-areas plans.

**From:** Cacciato, Anthony <Anthony.Cacciato@am.jll.com>
**Sent:** Tuesday, April 19, 2022 5:33:27 PM
**To:** Brian Hacker <Brian.Hacker@cityofchicago.org>; Noah Szafraniec
<Noah.Szafraniec@cityofchicago.org>; mariah.digrino@dlapiper.com
<mariah.digrino@dlapiper.com>; Parlato, Mike <Mike.Parlato@am.jll.com>; Ari Glass
<Ari.Glass@mansuetoffice.com>
**Subject:** Addams-Medill / PD 896: PD Application Process

[Warning: External email]

Good Evening Brian ,

I want to make sure that we are all clear on the strategy that we are taking to file our PD applications in
May. In our conversation today the topic came up and it was contrary to what I thought we were working
towards. We had been planning on submitting 2 separate applications. The first is the amendment for PD
896 that Gensler and Related are working on, where the city will be the applicant. The second is the new
CF Performance Center that Crawford and JLL are working on, where the Fire will be the applicant. This
is the direction that we have been working towards and want to make sure we are aligned.

Thank you

**Anthony M. Cacciato**
Project Manager, Project and Development Services

200 E. Randolph, 45th Floor, Chicago, IL 60601
M 708 738 9178
anthony.cacciato@am.jll.com | www.us.jll.com [nam12.safelinks.protection.outlook.com]

One of the 2021 World's Most Ethical Companies® [nam12.safelinks.protection.outlook.com]

Jones Lang LaSalle

For more information about how JLL processes your personal data, please click **here** [nam12.safelinks.protection.outlook.com]

This email is for the use of the intended recipient(s) only. If you have received this email in error, please notify the sender immediately and then delete it. If you are not the intended recipient, you must not keep, use, disclose, copy or distribute this email without the author's prior permission. We have taken precautions to minimize the risk of transmitting software viruses, but we advise you to carry out your own virus checks on any attachment to this message. We cannot accept liability for any loss or damage caused by software viruses. The information contained in this communication may be confidential and may be subject to the attorney-client privilege. If you are the intended recipient and you do not wish to receive similar electronic messages from us in the future then please respond to the sender to this effect.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to **postmaster@dlapiper.com**. Thank you.

The information contained in this message and any attachment(s) may be privileged, confidential, proprietary or otherwise protected from disclosure and is intended solely for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this message and any attachment is strictly prohibited and may be unlawful. If you have received this message in error, please notify us immediately by replying to this email and permanently delete the message from your computer. Nothing contained in this message and/or any attachment(s) constitutes a solicitation or an offer to buy or sell any securities.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to **postmaster@dlapiper.com**. Thank you.

The information contained in this message and any attachment(s) may be privileged, confidential, proprietary or otherwise protected from disclosure and is intended solely for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this message and any attachment is strictly prohibited and may be unlawful. If you have received this message in error, please notify us immediately by replying to this email and permanently delete the message from your computer.

Nothing contained in this message and/or any attachment(s) constitutes a solicitation or an offer to buy or sell any securities.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

The information contained in this message and any attachment(s) may be privileged, confidential, proprietary or otherwise protected from disclosure and is intended solely for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this message and any attachment is strictly prohibited and may be unlawful. If you have received this message in error, please notify us immediately by replying to this email and permanently delete the message from your computer. Nothing contained in this message and/or any attachment(s) constitutes a solicitation or an offer to buy or sell any securities.

# Exhibit F

| | |
|---|---|
| **From:** | Noah Szafraniec |
| **To:** | Anna Furby; Samir Mayekar |
| **Cc:** | Lisa Misher; Patrick Murphey; Brian Hacker |
| **Subject:** | PD #896 - Fire |
| **Date:** | Monday, May 23, 2022 4:22:28 PM |

Anna,

I just wanted to confirm that we strongly believe we the City can be the applicant for the Planned Development application.

I had the chance to speak with Mariah (zoning attorney for both FIRE and Related Midwest) and Mike Kaplan ( Related Midwest) - I was then able to loop in both Patrick and then also Lisa Misher from Department of Law.

Everyone feels comfortable with the City being the applicant.

The PD as a whole will end up with roughly 500,000 less development rights and the only areas that show are sub-areas E, G and H.   Sub-Area G is the FIRE, Sub-Area H is the Chicago Park District and Sub-Area E has two development parcels one the is owned we think by UIC and one other - we have asked Mike Kaplan and Mariah to get us the exact ownership of that sub-area before we make the 100% final call.

Mariah indicated that they would be willing to provide the written notice and prepare the applcation documents.

Thank you.

**Noah Szafraniec**
**Assistant Commissioner - Planned Developments and Plan Commission**
**Department of Planning Development**
**1st Deputy's Office**
**City Hall, Room 1101**
**121 N. LaSalle St.**
**Chicago, IL 60602**
**312-744-5798**

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail (or the person responsible for delivering this document to the intended recipient), you are hereby notified that any dissemination, distribution, printing or

copying of this e-mail, and any attachment thereto, is strictly prohibited. If you have received this e-mail in error, please respond to the individual sending the message, and permanently delete the original and any copy of any e-mail and printout thereof.

# Exhibit G

| | |
|---|---|
| **From:** | Peter Strazzabosco |
| **To:** | Lisa Misher; Anna Furby; Patrick Murphey; Noah Szafraniec |
| **Cc:** | Asha Binbek; Brian Hacker |
| **Subject:** | Re: Fire on agenda |
| **Date:** | Friday, September 16, 2022 5:45:25 PM |

Thanks all. I'll refine and circle back Monday.

Get Outlook for iOS

---

**From:** Lisa Misher <Lisa.Misher@cityofchicago.org>
**Sent:** Friday, September 16, 2022 5:18:39 PM
**To:** Anna Furby <Anna.Furby@cityofchicago.org>; Patrick Murphey
<Patrick.Murphey@cityofchicago.org>; Noah Szafraniec <Noah.Szafraniec@cityofchicago.org>; Peter
Strazzabosco <Peter.Strazzabosco@cityofchicago.org>
**Cc:** Asha Binbek <Asha.Binbek@cityofchicago.org>; Brian Hacker <Brian.Hacker@cityofchicago.org>
**Subject:** Re: Fire on agenda

I like the direction this is going. Maybe it's also important to say (it's implied) that the project
is of city-wide importance, making it appropriate for the city to facilitate.

Get Outlook for iOS

---

**From:** Anna Furby <Anna.Furby@cityofchicago.org>
**Sent:** Friday, September 16, 2022 5:14:59 PM
**To:** Patrick Murphey <Patrick.Murphey@cityofchicago.org>; Noah Szafraniec
<Noah.Szafraniec@cityofchicago.org>; Lisa Misher <Lisa.Misher@cityofchicago.org>; Peter
Strazzabosco <Peter.Strazzabosco@cityofchicago.org>
**Cc:** Asha Binbek <Asha.Binbek@cityofchicago.org>; Brian Hacker <Brian.Hacker@cityofchicago.org>
**Subject:** RE: Fire on agenda

Proposed answer to Q2: [please edit] PD896 needed to be amended for numerous reasons
including: the ComEd Rec Center was straddling two subareas, CHA needed subareas that aligned
with its development plan for ABLA / Roosevelt Square, and the complicated nature of the PD. The
City collaborated with sister agencies CHA and Parks to accomplish this and Fire is working in parallel
on its newly delineated subarea. The number of owners in PD 896 made it impractical for a private
entity to undertake such an effort and none of the private owners' development rights were
impinged through this process.

Anna Furby
O: 312-744-7599
C: 773-720-8413

---

**From:** Patrick Murphey <Patrick.Murphey@cityofchicago.org>
**Sent:** Friday, September 16, 2022 5:12 PM
**To:** Noah Szafraniec <Noah.Szafraniec@cityofchicago.org>; Anna Furby

<Anna.Furby@cityofchicago.org>; Lisa Misher <Lisa.Misher@cityofchicago.org>; Peter Strazzabosco
<Peter.Strazzabosco@cityofchicago.org>
**Cc:** Asha Binbek <Asha.Binbek@cityofchicago.org>; Brian Hacker <Brian.Hacker@cityofchicago.org>
**Subject:** Re: Fire on agenda

@ Anna; I do not know that we could make any definitive statement about where this ranks in the
realm of plan developments and their respective quantity of private owners contained.

I think instead we should highlight, as Noah noted, the benefits to the two public agencies involved;
and, to Lisa's point, both the impracticality of coordinating all of the other private owners and that
to which, more importantly, none of their development rights were, in any way, shape, or form,
impinged through this process. Do we know if there are any homeowners associations in this PD?

Patrick Murphey
Zoning Administrator
City of Chicago
Department of Planning and Development
121 North LaSalle Street
Room 905
Chicago, IL 60602
T: (312) 744-5765
F: (312) 742-8548
patrick.murphey@cityofchicago.org

**From:** Noah Szafraniec <Noah.Szafraniec@cityofchicago.org>
**Sent:** Friday, September 16, 2022 5:07:58 PM
**To:** Anna Furby <Anna.Furby@cityofchicago.org>; Lisa Misher <Lisa.Misher@cityofchicago.org>;
Peter Strazzabosco <Peter.Strazzabosco@cityofchicago.org>; Patrick Murphey
<Patrick.Murphey@cityofchicago.org>
**Cc:** Asha Binbek <Asha.Binbek@cityofchicago.org>; Brian Hacker <Brian.Hacker@cityofchicago.org>
**Subject:** Re: Fire on agenda

I think we should make sure we highlight the needs of Park District and CHA as sister agencies
receiving the benefits of this thus the cooperative planning effort.

**Noah Szafraniec**
**Assistant Commissioner - Planned Developments and Plan Commission**
**Department of Planning Development**
**1st Deputy's Office**
**City Hall, Room 1101**
**121 N. LaSalle St.**
**Chicago, IL 60602**
**312-744-5798**

**From:** Anna Furby <Anna.Furby@cityofchicago.org>
**Sent:** Friday, September 16, 2022 5:06 PM
**To:** Lisa Misher <Lisa.Misher@cityofchicago.org>; Noah Szafraniec

<Noah.Szafraniec@cityofchicago.org>; Peter Strazzabosco <Peter.Strazzabosco@cityofchicago.org>;
Patrick Murphey <Patrick.Murphey@cityofchicago.org>
**Cc:** Asha Binbek <Asha.Binbek@cityofchicago.org>; Brian Hacker <Brian.Hacker@cityofchicago.org>
**Subject:** RE: Fire on agenda

Agreed re: Lisa's point about consent due to number of owners. Should we include language around
the scale of amending PD 896 not being reasonable for a private entity? Are we able to definitively
say it has the most private owners of any PD in the City? It must be in the top few at least. Thoughts
on the below?

Proposed answer to Q2: [please edit] This is a unique situation. A need had been identified for a
master PD amendment for PD 896 due to its complicated nature, the number of parcels and
property owners, and the need for subarea redefinition. The City worked with Related, CHA, and
Parks to accomplish this and Fire is working in parallel on its newly delineated subarea. The number
of owners in PD 896 made it impractical for a private entity to undertake such an effort.

Anna Furby
O: 312-744-7599
C: 773-720-8413

**From:** Lisa Misher <Lisa.Misher@cityofchicago.org>
**Sent:** Friday, September 16, 2022 5:03 PM
**To:** Noah Szafraniec <Noah.Szafraniec@cityofchicago.org>; Peter Strazzabosco
<Peter.Strazzabosco@cityofchicago.org>; Patrick Murphey <Patrick.Murphey@cityofchicago.org>
**Cc:** Anna Furby <Anna.Furby@cityofchicago.org>; Asha Binbek <Asha.Binbek@cityofchicago.org>;
Brian Hacker <Brian.Hacker@cityofchicago.org>
**Subject:** Re: Fire on agenda

It was impractical for the Fire to get consent from all the property owners given the size of the PD
and the number of owners. Noah: We have the number, right. I can't remember what it is. Isn't it
also important to say that no one's property rights changed?

Get Outlook for iOS

**From:** Noah Szafraniec <Noah.Szafraniec@cityofchicago.org>
**Sent:** Friday, September 16, 2022 4:54:37 PM
**To:** Peter Strazzabosco <Peter.Strazzabosco@cityofchicago.org>; Patrick Murphey
<Patrick.Murphey@cityofchicago.org>
**Cc:** Anna Furby <Anna.Furby@cityofchicago.org>; Lisa Misher <Lisa.Misher@cityofchicago.org>;
Asha Binbek <Asha.Binbek@cityofchicago.org>; Brian Hacker <Brian.Hacker@cityofchicago.org>
**Subject:** Re: Fire on agenda

First question is accurate..... second question probably needs a legal scrub because he is
certainly working an angle there, we are rarely the applicant.

**Noah Szafraniec**
**Assistant Commissioner – Planned Developments and Plan Commission**
**Department of Planning Development**
**1st Deputy's Office**
**City Hall, Room 1101**
**121 N. LaSalle St.**
**Chicago, IL 60602**
**312-744-5798**

---

**From:** Peter Strazzabosco <Peter.Strazzabosco@cityofchicago.org>
**Sent:** Friday, September 16, 2022 4:53 PM
**To:** Noah Szafraniec <Noah.Szafraniec@cityofchicago.org>; Patrick Murphey
<Patrick.Murphey@cityofchicago.org>
**Cc:** Anna Furby <Anna.Furby@cityofchicago.org>; Lisa Misher <Lisa.Misher@cityofchicago.org>;
Asha Binbek <Asha.Binbek@cityofchicago.org>; Brian Hacker <Brian.Hacker@cityofchicago.org>
**Subject:** Re: Fire on agenda

Mick Dumke/ProPublica's post-Fire meeting questions and a potential response are
below:

Q: Who made the decision for the City to be the zoning applicant?
A: It was a collective decision involving CHA, CPD, the City and the soccer club.

Q: How often is the City the applicant for PD amendments involving private
development projects?
A: (TBD)

---

**From:** Peter Strazzabosco <Peter.Strazzabosco@cityofchicago.org>
**Sent:** Tuesday, September 13, 2022 5:44 PM
**To:** Noah Szafraniec <Noah.Szafraniec@cityofchicago.org>; Patrick Murphey
<Patrick.Murphey@cityofchicago.org>
**Cc:** Anna Furby <Anna.Furby@cityofchicago.org>; Lisa Misher <Lisa.Misher@cityofchicago.org>;
Asha Binbek <Asha.Binbek@cityofchicago.org>; Brian Hacker <Brian.Hacker@cityofchicago.org>
**Subject:** Re: Fire on agenda

See below for a proposed response to why the City is the zoning applicant.

- Given the scope of the proposed project involving City and CHA land exclusively, the City is
  serving as the applicant for the PD amendment. As a government entity, the city is exempt
  per the municipal code from filing an EDS.

The above does not address how a would-be private applicant would be onerously
burdened by gaining consent of every property owner in the PD's impacted subareas.
Do we have any TPs to address that issue if it comes up?

---

**From:** Noah Szafraniec <Noah.Szafraniec@cityofchicago.org>

**Sent:** Tuesday, September 13, 2022 4:45 PM
**To:** Patrick Murphey <Patrick.Murphey@cityofchicago.org>; Peter Strazzabosco
<Peter.Strazzabosco@cityofchicago.org>
**Cc:** Anna Furby <Anna.Furby@cityofchicago.org>; Lisa Misher <Lisa.Misher@cityofchicago.org>
**Subject:** Re: Fire on agenda

Well, where should I start:

We had many discussions on why the city should be the applicant - this is a huge PD and thus
has a very heavy obligation on searching for indivdual owners who have bought condo units
within the over 100 acre PD - so to do a title search and consent agreements with all parties
was going to be overburdensome - so the legal opinion was we could be the applicant to
facilitate what is in some form a city sponsored / supported project as well as having the
support of CHA and the Park District.

As for the EDS questions - here are the
instructions: https://www.chicago.gov/city/en/depts/dps/provdrs/comp/svcs/economic_discl
osurestatementseds.html

With the city as the applicant there is not EDS obligation the specific exemption is snipped
below:

*1. The following entities listed in (a) through (i) shall not be required to file an EDS:*
*(a) any unit of government in the United States or any agency or instrumentality thereof;*
*(b) any unit of government of a foreign government recognized by the United States*
*government, or any agency or instrumentality of such unit of government;*
*etc...*


**Noah Szafraniec**
**Assistant Commissioner - Planned Developments and Plan Commission**
**Department of Planning Development**
**1st Deputy's Office**
**City Hall, Room 1101**
**121 N. LaSalle St.**
**Chicago, IL 60602**
**312-744-5798**

**From:** Patrick Murphey <Patrick.Murphey@cityofchicago.org>
**Sent:** Tuesday, September 13, 2022 4:30 PM
**To:** Peter Strazzabosco <Peter.Strazzabosco@cityofchicago.org>; Noah Szafraniec
<Noah.Szafraniec@cityofchicago.org>
**Cc:** Anna Furby <Anna.Furby@cityofchicago.org>; Lisa Misher <Lisa.Misher@cityofchicago.org>

**Subject:** Re: Fire on agenda

+ Anna and Lisa for consistent messages and collective awareness

Patrick Murphey
Zoning Administrator
City of Chicago
Department of Planning and Development
121 North LaSalle Street
Room 905
Chicago, IL 60602
T: (312) 744-5765
F: (312) 742-8548
patrick.murphey@cityofchicago.org

**From:** Peter Strazzabosco <Peter.Strazzabosco@cityofchicago.org>
**Sent:** Tuesday, September 13, 2022 4:28 PM
**To:** Noah Szafraniec <Noah.Szafraniec@cityofchicago.org>
**Cc:** Patrick Murphey <Patrick.Murphey@cityofchicago.org>
**Subject:** Fire on agenda

Getting questions from press:

Why is the city down as the applicant? Why doesn't the Fire have to submit economic disclosure paperwork?

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail (or the person responsible for delivering this document to the intended recipient), you are hereby notified that any dissemination, distribution, printing or copying of this e-mail, and any attachment thereto, is strictly prohibited. If you have received this e-mail in error, please respond to the individual sending the message, and permanently delete the original and any copy of any e-mail and printout thereof.

# Exhibit H

| | |
|---|---|
| **From:** | DiGrino, Mariah F. |
| **To:** | Brian Hacker; Cacciato, Anthony; Parlato, Mike; Kaplan, Michael; Tippens, Will; Jahnke Dale, Katie; Ari Glass; Doug Osborn; Julie O"Brochta; Paul Cadwell; Amber McConnachie; Stubblefield, Carol; Sublett, Jeanette; McKenzie, Ann; Harrington, Michelle |
| **Cc:** | Pryor, David |
| **Subject:** | RE: Fire Coordination Call |
| **Date:** | Monday, September 12, 2022 6:29:40 PM |
| **Attachments:** | Roosevelt Square PD 896 PD Statements (Fire Amendment)-195842700-v1.docx<br>Redline - Roosevelt Square PD Ordinance (Fire PD Amendment)-190650992-v7 and Roosevelt Square PD 896 PD Statements (Fire Amendment)-195842700-v1.pdf<br>Roosevelt Square PD 896 (Fire Amendment) - Compiled PD Documents.pdf |

**[Warning: External email]**

Hi Brian – We have resolved Statement 12. Attached is the revised set of PD statements (without the application form and list of taxpayers) – clean and redline showing changes. I updated the list of plans in Statement 4.

Also attached is the compiled set of PD statements, bulk table, and exhibits (Gensler + CFFC). Per your third bullet below, the statements may need to be updated, but we can make that substitution.

**From:** Brian Hacker <Brian.Hacker@cityofchicago.org>
**Sent:** Monday, September 12, 2022 1:14 PM
**To:** DiGrino, Mariah F. <Mariah.DiGrino@us.dlapiper.com>; Cacciato, Anthony <Anthony.Cacciato@jll.com>; Parlato, Mike <Mike.Parlato@am.jll.com>; Kaplan, Michael <mkaplan@relatedmidwest.com>; Tippens, Will <wtippens@relatedmidwest.com>; Jahnke Dale, Katie <katie.dale@us.dlapiper.com>; Ari Glass <Ari.Glass@mansuetoffice.com>; Doug Osborn <dosborn@Crawford-USA.com>; Julie O'Brochta <Julie_O'Brochta@gensler.com>; Paul Cadwell <pcadwell@chicagofirefc.com>; Amber McConnachie <lneal@nealandleroy.com>; Stubblefield, Carol <cstubblefield@nealandleroy.com>; Sublett, Jeanette <jsublett@nealandleroy.com>; McKenzie, Ann <amckenzie@thecha.org>; Harrington, Michelle <MHarrington@thecha.org>
**Cc:** Pryor, David <David.Pryor@us.dlapiper.com>
**Subject:** RE: Fire Coordination Call

⚠ EXTERNAL MESSAGE

Thanks, Mariah. I have some minor follow-up requests for you and the rest of the group in my notes below. I'm also adding the CHA folks to the thread so they stay in the loop ahead of Thursday.

- **Mariah:** please include the CFFC floor plans in the exhibits and, as you referenced, update Statement 4 accordingly. Additionally, when you send the revised statement document it only needs to include the ordinance before it. The PD application form and Taxpayer list can be deleted.

- **Anthony/Doug:** the slide deck needs to be shortened so I made some revisions to reduce the number of slides (see attached); the project summary should be one slide so I hid all of those except the first one. It provides a good overview of the project, but if you want to capture any other information on the slides I removed I suggest you create a new text box with a bulleted list that truncates the info in the multiple slides you had previously added. The project

summary would also be a good location for the primary rendering showing the building from the front.

- **Related/Mariah:** we'll be meeting tomorrow morning to discuss the open space portion of the statements and will need to resolve it as soon as possible. It's our preference that the "public" requirements remain consistent with the current PD as these were the result of coordination between the City, Related, CHA and the Park District. Based on these differing preferences it's possible there will be further revisions to the relevant PD statement, but it should be a relatively quick fix once we talk this through further.

For the first two items on the list, please send them over to me by COB tomorrow. Feel free to reach out with any questions, I'm working at home today and forgot to forward my calls so you can reach me on my cell at 773-934-9798.

Brian Hacker, AICP (he/him)
Coordinating Planner, West Region
City of Chicago | Department of Planning and Development

**From:** DiGrino, Mariah F. <Mariah.DiGrino@us.dlapiper.com>
**Sent:** Friday, September 9, 2022 2:37 PM
**To:** Brian Hacker <Brian.Hacker@cityofchicago.org>; Cacciato, Anthony <Anthony.Cacciato@jll.com>; Parlato, Mike <Mike.Parlato@am.jll.com>; Kaplan, Michael <mkaplan@relatedmidwest.com>; Tippens, Will <wtippens@relatedmidwest.com>; Jahnke Dale, Katie <katie.dale@us.dlapiper.com>; Ari Glass <Ari.Glass@mansuetoffice.com>; Doug Osborn <dosborn@Crawford-USA.com>; Julie O'Brochta <Julie_O'Brochta@gensler.com>; Paul Cadwell <pcadwell@chicagofirefc.com>; Amber McConnachie <lneal@nealandleroy.com>; Stubblefield, Carol <cstubblefield@nealandleroy.com>; Sublett, Jeanette <jsublett@nealandleroy.com>
**Cc:** Pryor, David <David.Pryor@us.dlapiper.com>
**Subject:** RE: Fire Coordination Call

[Warning: External email]

Brian – Attached are the CFFC PD exhibits. These should be combined with the Gensler PD exhibits I sent earlier this week, to complete the set of PD exhibits for the PD ordinance. I also noticed that the list of plans in Statement 4 should be updated to read as set forth below – not sure if you were planning to take the reins on final revisions to the PD statements. I'm happy to keep the "pen" and provide the revisions. Also let me know if you are going to create a master set of PD documents to submit to Plan Commission (statements, bulk table, exhibits), or if you would like us to create a single set. Either way, might be good for the group to review the final set to make sure nothing slipped through the cracks.

"…(vii) the following plans prepared by Crawford Architects and dated September 15, 2022: Subarea G Site Plan; Subarea G Landscape Site Plan; Subarea G Landscape Plan LS100; Subarea G Landscape Plan LS101; Subarea G Landscape Plan LS102; Subarea G Landscape Plan LS103; Subarea G Landscape Fence Detail; Subarea G Landscape Planting Details; Subarea G Landscape Plant Palette;

Subarea G Landscape Streetscape Section; Subarea G Performance Centre Façade Material Systems (South, North, East, and West Elevations); Subarea G Field Crew Building Elevations (West, East, South and North); Subarea G Seasonal Inflatable Dome Diagram – Illustrative Specifications; Subarea G Site Signage; Subarea G Site Fencing."

**From:** DiGrino, Mariah F.
**Sent:** Friday, September 9, 2022 1:02 PM
**To:** Brian Hacker <Brian.Hacker@cityofchicago.org>; Cacciato, Anthony <Anthony.Cacciato@jll.com>; Parlato, Mike <Mike.Parlato@am.jll.com>; Kaplan, Michael <mkaplan@relatedmidwest.com>; Tippens, Will <wtippens@relatedmidwest.com>; Jahnke Dale, Katie <katie.dale@us.dlapiper.com>; Ari Glass <Ari.Glass@mansuetoffice.com>; Doug Osborn <dosborn@Crawford-USA.com>; Julie O'Brochta <Julie_O'Brochta@gensler.com>; Paul Cadwell <pcadwell@chicagofirefc.com>; Amber McConnachie <lneal@nealandleroy.com>; Stubblefield, Carol <cstubblefield@nealandleroy.com>; Sublett, Jeanette <jsublett@nealandleroy.com>
**Cc:** Pryor, David <David.Pryor@us.dlapiper.com>
**Subject:** RE: Fire Coordination Call

Brian – I should have the CFFC PD Exhibits shortly.  Crawford is adding the September 15th Plan Commission date to the footer.

**From:** Brian Hacker <Brian.Hacker@cityofchicago.org>
**Sent:** Thursday, September 8, 2022 3:22 PM
**To:** Cacciato, Anthony <Anthony.Cacciato@jll.com>; DiGrino, Mariah F. <Mariah.DiGrino@us.dlapiper.com>; Parlato, Mike <Mike.Parlato@am.jll.com>; Kaplan, Michael <mkaplan@relatedmidwest.com>; Tippens, Will <wtippens@relatedmidwest.com>; Jahnke Dale, Katie <katie.dale@us.dlapiper.com>; Ari Glass <Ari.Glass@mansuetoffice.com>; Doug Osborn <dosborn@Crawford-USA.com>; Julie O'Brochta <Julie_O'Brochta@gensler.com>; Paul Cadwell <pcadwell@chicagofirefc.com>; Amber McConnachie <lneal@nealandleroy.com>; Stubblefield, Carol <cstubblefield@nealandleroy.com>; Sublett, Jeanette <jsublett@nealandleroy.com>
**Cc:** Pryor, David <David.Pryor@us.dlapiper.com>
**Subject:** Re: Fire Coordination Call

⚠ EXTERNAL MESSAGE

Sounds good and just to confirm, these will also have the Roosevelt Square Master Plan exhibits?

I will also need the exhibits of the CFFC plans to go along with the exhibits Mariah previously sent.

Brian Hacker, AICP
Planner V, West Region
City of Chicago | Department of Planning and Development
312.744.7217

**From:** "Cacciato, Anthony" <Anthony.Cacciato@jll.com>
**Date:** Thursday, September 8, 2022 at 2:59 PM
**To:** Brian Hacker <Brian.Hacker@cityofchicago.org>, "DiGrino, Mariah F."
<Mariah.DiGrino@us.dlapiper.com>, "Parlato, Mike" <Mike.Parlato@am.jll.com>, "Kaplan,
Michael" <mkaplan@relatedmidwest.com>, "Tippens, Will"
<wtippens@relatedmidwest.com>, "Jahnke Dale, Katie" <katie.dale@us.dlapiper.com>, Ari
Glass <Ari.Glass@mansuetoffice.com>, Doug Osborn <dosborn@Crawford-USA.com>, Julie
O'Brochta <Julie_O'Brochta@gensler.com>, Paul Cadwell <pcadwell@chicagofirefc.com>,
Amber McConnachie <lneal@nealandleroy.com>, "Stubblefield, Carol"
<cstubblefield@nealandleroy.com>, "Sublett, Jeanette" <jsublett@nealandleroy.com>
**Cc:** "Pryor, David" <David.Pryor@us.dlapiper.com>
**Subject:** Re: Fire Coordination Call

[Warning: External email]

Hey Brian. We should be able to turn over the CPC slides in about an hour

**From:** Brian Hacker <Brian.Hacker@cityofchicago.org>
**Sent:** Thursday, September 8, 2022 2:28:07 PM
**To:** DiGrino, Mariah F. <Mariah.DiGrino@us.dlapiper.com>; Cacciato, Anthony
<Anthony.Cacciato@jll.com>; Parlato, Mike <Mike.Parlato@am.jll.com>; Kaplan, Michael
<mkaplan@relatedmidwest.com>; Tippens, Will <wtippens@relatedmidwest.com>; Jahnke Dale,
Katie <katie.dale@us.dlapiper.com>; Ari Glass <Ari.Glass@mansuetoffice.com>; Doug Osborn
<dosborn@Crawford-USA.com>; Julie O'Brochta <Julie_O'Brochta@gensler.com>; Paul Cadwell
<pcadwell@chicagofirefc.com>; Amber McConnachie <lneal@nealandleroy.com>; Stubblefield,
Carol <cstubblefield@nealandleroy.com>; Sublett, Jeanette <jsublett@nealandleroy.com>
**Cc:** Pryor, David <David.Pryor@us.dlapiper.com>
**Subject:** [EXTERNAL] Re: Fire Coordination Call

**Caution: Message from external sender**

Hi Mariah & team,

Thanks for sending these over. Some follow-ups:
- For Anthony: please send the CPC slide deck as soon as possible so I can upload for the
  Commissioners' review.
- To the first response in red below, I have not received the updated set of plans from Doug,
  just the sustainability matrix materials. No comments on those fyi.
- This is more relevant to the Related team, but I will be deleting the second paragraph of
  Statement 12 on the request of the Zoning Administrator. The guidelines for administrative
  relief are clearly established by the Zoning Ordinance and this additional language is not
  preferred.

- We're still discussing the approach to how we're handling publicly accessible open space in the PD statements but I will reply tomorrow with further feedback.

Regards,

Brian Hacker, AICP
Planner V, West Region
City of Chicago | Department of Planning and Development
312.744.7217

---

**From:** "DiGrino, Mariah F." <Mariah.DiGrino@us.dlapiper.com>
**Date:** Wednesday, September 7, 2022 at 6:15 PM
**To:** Brian Hacker <Brian.Hacker@cityofchicago.org>, "Cacciato, Anthony" <Anthony.Cacciato@am.jll.com>, "Mike Parlato (mike.parlato@am.jll.com)" <mike.parlato@am.jll.com>, "Kaplan, Michael" <mkaplan@relatedmidwest.com>, "Tippens, Will" <wtippens@relatedmidwest.com>, "Jahnke Dale, Katie" <katie.dale@us.dlapiper.com>, Ari Glass <Ari.Glass@mansuetoffice.com>, Doug Osborn <dosborn@Crawford-USA.com>, Julie O'Brochta <Julie_O'Brochta@gensler.com>, Paul Cadwell <pcadwell@chicagofirefc.com>, Amber McConnachie <lneal@nealandleroy.com>, "Stubblefield, Carol" <cstubblefield@nealandleroy.com>, "Sublett, Jeanette" <jsublett@nealandleroy.com>
**Cc:** "Pryor, David" <David.Pryor@us.dlapiper.com>
**Subject:** RE: Fire Coordination Call

[Warning: External email]

Hi Brian – Attached are (i) revised PD statements, adding "community centers" in Subarea A (clean and redline); (ii) revised bulk table, adding a bike parking requirement; and (iii) updated PD exhibits (not including the CFFC plans – those will be provided separately). The boundary of Subarea G has been confirmed, and no changes to the bulk table were required (the updated boundary was incorporated in a prior iteration). I have annotated your list below to indicate status.

---

**From:** Brian Hacker <Brian.Hacker@cityofchicago.org>
**Sent:** Friday, September 2, 2022 11:16 AM
**To:** DiGrino, Mariah F. <Mariah.DiGrino@us.dlapiper.com>; Cacciato, Anthony <Anthony.Cacciato@am.jll.com>; Mike Parlato (mike.parlato@am.jll.com) <mike.parlato@am.jll.com>; Kaplan, Michael <mkaplan@relatedmidwest.com>; Tippens, Will <wtippens@relatedmidwest.com>; Jahnke Dale, Katie <katie.dale@us.dlapiper.com>; Ari Glass <Ari.Glass@mansuetoffice.com>; Doug Osborn <dosborn@Crawford-USA.com>; Julie O'Brochta <Julie_O'Brochta@gensler.com>; Paul Cadwell <pcadwell@chicagofirefc.com>; Amber McConnachie <lneal@nealandleroy.com>; Stubblefield, Carol <cstubblefield@nealandleroy.com>; Sublett, Jeanette <jsublett@nealandleroy.com>
**Subject:** RE: Fire Coordination Call

⚠ EXTERNAL MESSAGE

Hi all,

Glad we could all get together today to prep for CPC, thanks to Mariah for organizing the meeting. As we discussed, the remaining action items are outlined in the points below with the respective partner(s) in bold:

- Submit current set of plans and sustainability matrix to DPD **CFFC – due 9/6 by 9 am**
Done – See email from Doug Osborn 9/6 at 9:01 am.
- Revise PD statements to update uses in Subarea A and include bike parking requirements in bulk table **CFFC, Related – due by 9/8**; DPD will provide guidance on statement 12 and open space requirements.
Attached.
- Submit draft slide deck to DPD **CFFC, Related – due by 9/8 COB**
In progress.
- Revise PD exhibits with current CFFC plans, revise open space plan to specify planned *public* open spaces, and confirm boundary of Subarea G and update bulk table data, if necessary. **CFFC, Related – due by 9/12**
Subarea G boundaries confirmed, and revised open space plan attached as part of the attached PD exhibits. This set of PD exhibits does not include the CFFC plans. Those will be provided separately.
- Submit MBE/WBE documentation to DPD **CFFC – due by 9/12**
In progress.
- Submit letter of support from Alderman Ervin to DPD (he should also attend the meeting) **CFFC – due by 9/12**
In progress.

Please feel free to chime in if there's anything I missed or got wrong. Hope you all have a nice holiday weekend.

Brian Hacker, AICP (he/him)
Coordinating Planner, West Region
City of Chicago | Department of Planning and Development

-----Original Appointment-----
**From:** DiGrino, Mariah F. <Mariah.DiGrino@us.dlapiper.com>
**Sent:** Thursday, September 1, 2022 2:52 PM
**To:** DiGrino, Mariah F.; Brian Hacker; Cacciato, Anthony; Mike Parlato (mike.parlato@am.jll.com); Kaplan, Michael; Tippens, Will; Jahnke Dale, Katie; Ari Glass; Doug Osborn; Julie O'Brochta; Paul Cadwell; Amber McConnachie; Stubblefield, Carol; Sublett, Jeanette
**Subject:** Fire Coordination Call
**When:** Friday, September 2, 2022 9:30 AM-10:30 AM (UTC-06:00) Central Time (US & Canada).
**Where:** Microsoft Teams Meeting

[Warning: External email]

A meeting to discuss and wrap up open items related to the PD exhibits, statements, and bulk table, and to discuss Plan Commission hearing logistics.

# Microsoft Teams meeting

**Join on your computer or mobile app**
**Click here to join the meeting**

Meeting ID: 261 891 924 512
Passcode: 3Vayzz
Download Teams | Join on the web

**Join with a video conferencing device**
teams@cvc.dlapiper.com
Video Conference ID: 114 501 311 4
Alternate VTC instructions

**Or call in (audio only)**
+1 872-703-5059,,457601959#   United States, Chicago

Phone Conference ID: 457 601 959#
Find a local number | Reset PIN

Learn More | Meeting options

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

One of the 2022 World's Most Ethical Companies®

Jones Lang LaSalle

For more information about how JLL processes your personal data, please click **here**

This email is for the use of the intended recipient(s) only. If you have received this email in error, please notify the sender immediately and then delete it. If you are not the intended recipient, you must not keep, use, disclose, copy or distribute this email without the author's prior permission. We have taken precautions to minimize the risk of transmitting software viruses, but we advise you to carry out your own virus checks on any attachment to this message. We cannot accept liability for any loss or damage caused by software viruses. The information contained in this communication may be confidential and may be subject to the attorney-client privilege. If you are the intended recipient and you do not wish to receive similar electronic messages from us in the future then please respond to the sender to this effect.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to **postmaster@dlapiper.com**. Thank you.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

# Exhibit I

| | |
|---|---|
| **From:** | Noah Szafraniec |
| **To:** | Brian Hacker |
| **Cc:** | Harrington, Michelle |
| **Subject:** | Re: September CPC |
| **Date:** | Tuesday, September 13, 2022 8:57:21 PM |

Its fine as long as the presentation is well oiled and things move fast - this will be a complicated one to present.

**Noah Szafraniec**
**Assistant Commissioner - Planned Developments and Plan Commission**
**Department of Planning Development**
**1st Deputy's Office**
**City Hall, Room 1101**
**121 N. LaSalle St.**
**Chicago, IL 60602**
**312-744-5798**

---

**From:** Brian Hacker <Brian.Hacker@cityofchicago.org>
**Sent:** Tuesday, September 13, 2022 5:37 PM
**To:** Noah Szafraniec <Noah.Szafraniec@cityofchicago.org>
**Cc:** Harrington, Michelle <MHarrington@thecha.org>
**Subject:** Re: September CPC

Hey Noah,

Here's the list of speakers/attendees for PD 896
Paul Cadwell - pcadwell@chicagofirefc.com
Ari Glass - ari.glass@mansuetoffice.com
Mariah DiGrino - mariah.digrino@dlapiper.com
Doug Osborn - dosborn@crawford-usa.com
Anthony Cacciato - anthony.cacciato@am.jll.com
Will Tippens - wtippens@relatedmidwest.com
Michael Kaplan - mkaplan@relatedmidwest.com
Ann McKenzie - amckenzie@thecha.org
Michelle Harrington - mharrington@thecha.org

I know it's a lot but there are a lot of partners, let me know if you need me to trim it down. Thanks.

Get Outlook for iOS

---

**From:** Noah Szafraniec <Noah.Szafraniec@cityofchicago.org>
**Sent:** Tuesday, September 13, 2022 4:13:50 PM

**To:** Brian Hacker <Brian.Hacker@cityofchicago.org>; Lisa Washington
<Lisa.Washington@cityofchicago.org>; Emily Thrun <Emily.Thrun@cityofchicago.org>; Joshua Son
<Joshua.Son@cityofchicago.org>; Justin Petersen <Justin.Petersen@cityofchicago.org>; Max Lyon
<Max.Lyon@cityofchicago.org>
**Cc:** Cynthia Roubik <Cynthia.Roubik@cityofchicago.org>; Gerardo Garcia
<Gerardo.Garcia@cityofchicago.org>
**Subject:** Re: September CPC

If you have not already done so - please make sure you send me your transfer memo and your
resolutions ASAP (revisions to ones preiovus sent if needed), as well as your list of speakers for
the CPC hearing.

I am trying to get the zoom meeting out this evening or tonight once I have the last few lists.

Thanks eveyrone.


**Noah Szafraniec**
**Assistant Commissioner - Planned Developments and Plan Commission**
**Department of Planning Development**
**1st Deputy's Office**
**City Hall, Room 1101**
**121 N. LaSalle St.**
**Chicago, IL 60602**
**312-744-5798**

---

**From:** Noah Szafraniec <Noah.Szafraniec@cityofchicago.org>
**Sent:** Thursday, September 8, 2022 11:31 AM
**To:** Brian Hacker <Brian.Hacker@cityofchicago.org>; Lisa Washington
<Lisa.Washington@cityofchicago.org>; Emily Thrun <Emily.Thrun@cityofchicago.org>; Joshua Son
<Joshua.Son@cityofchicago.org>; Justin Petersen <Justin.Petersen@cityofchicago.org>; Max Lyon
<Max.Lyon@cityofchicago.org>
**Cc:** Cynthia Roubik <Cynthia.Roubik@cityofchicago.org>; Gerardo Garcia
<Gerardo.Garcia@cityofchicago.org>
**Subject:** Re: September CPC

Just re-sending the previously sent reminder - drafts of all the documents are due to share
point for Plan Commissioner review today.  Thank you everyone.


**Noah Szafraniec**
**Assistant Commissioner - Planned Developments and Plan Commission**
**Department of Planning Development**
**1st Deputy's Office**
**City Hall, Room 1101**

**121 N. LaSalle St.**
**Chicago, IL 60602**
**312-744-5798**

**From:** Noah Szafraniec
**Sent:** Tuesday, August 30, 2022 2:24 PM
**To:** Brian Hacker <Brian.Hacker@cityofchicago.org>; Lisa Washington
<Lisa.Washington@cityofchicago.org>; Emily Thrun <Emily.Thrun@cityofchicago.org>; Joshua Son
<Joshua.Son@cityofchicago.org>; Justin Petersen <Justin.Petersen@cityofchicago.org>; Max Lyon
<Max.Lyon@cityofchicago.org>
**Cc:** Cynthia Roubik <Cynthia.Roubik@cityofchicago.org>; Gerardo Garcia
<Gerardo.Garcia@cityofchicago.org>
**Subject:** September CPC

Good Afternoon,

For those of you who have items on this month's agenda here are the next steps as we head
to home for the hearing!

1. Please make sure your as-filed applications are added here so Susan can
   post these ASAP.  S:\DHDATA\COMMUNICATIONS & OUTREACH\CPC for
   Posting\2022\09-2022\Applications
2. Final reviews of all documentation should be ocurring; by close of
   buisness 09-08-2022 in the sharepoint files for the plan commissioners
   you will need to have your draft documents uploaded [ DRAFTS of - Staff
   Report, One Page Fact Sheet, PD Statements, Bulk Table, Exhibits and CPC
   Power point]; also if you did not already add it there you should have the
   as-filed application for a point of reference. The items you are adding here
   and finalizing are going to be used for your final packets. Thank you.
3. Make sure you CALL and speak to your aldermen - make sure they are
   aware they have an item up on the agenda this month - do not leave a
   message or send an e-mail and hope they get it - we need to
   communicate and give them the courtesy to know something in their
   ward is on the agenda.  All the aldermen will get an emailed zoom invite
   as well.
4. Finalize your power point and script for CPC, talk to your teams to ensure
   who is going to present what so you can run the presentations smoothly.
   For those who have yet to present - yes you will be sharing your screen

and moving the presentation - NO the client/applicant cannot do it.

5. Make sure your final draft power points are added here by 09-12-2022 - Susan will be posting these Monday - this is the most important piece as this allows the public to see what is going on the agenda this week and to make decisions to speak or write comments about the items: **S:\DHDATA\COMMUNICATIONS & OUTREACH\CPC for Posting\2021\11-2021\Presentations**

6. Make sure you get a list of the intended speakers for your items by 09-12-2022 and then forward on to me so that they can be added to the zoom invite list.

7. Make sure you are ready to share your screen and go over your items QUICKLY for the chair woman briefing Wednesday (09-14-2022) and then also for Plan Commission on Thursday.

8. ***** *Ill need these by the end of next week.* Send to Noah by e-mail - your final draft resolutions and transfer memos via email preferably today - but no later than noon tomorrow - I will get them signed and back to you on Friday if possible.

9. ***** *This will need to be done by the end of next week, I've added everyones entries to the sheet you just need to fill in the info.* Make sure to update the project spreadsheet - I have already added all the items and filled in the first few columns for everyone.  The file is located here for reference:  S:\PLDATA\Zon\Plan Commission\aro cnn cps d district ic jobs ndb nob tpc & tsl


Please feel free to contact me  with questions and/or concerns.  Thank you.


**Noah Szafraniec**
**Assistant Commissioner - Planned Developments and Plan Commission**
**Department of Planning Development**
**1st Deputy's Office**
**City Hall, Room 1101**
**121 N. LaSalle St.**
**Chicago, IL 60602**
**312-744-5798**

# Exhibit J

| | |
|---|---|
| **From:** | James Harris |
| **To:** | Brian Hacker; Anna Furby; Noah Szafraniec |
| **Subject:** | RE: PD 896 Amendment |
| **Date:** | Friday, March 25, 2022 1:57:06 PM |

Brian,

Thank you for this summary of the issues. I agree with you that we should brief the Commissioner to make sure he is aware that this has been flagged and may present potential challenges in terms of public engagement and Plan Commission.

Best,

**JAMES M. HARRIS, AICP**
**West Planning Region - Lead Coordinating Planner**

City of Chicago - Department of Planning and Development (DPD)
121 North LaSalle Street, Suite 1000
Chicago, Illinois 60602

Phone: 1.312.744.9775
Email: james.harris@cityofchicago.org

---

**From:** Brian Hacker <Brian.Hacker@cityofchicago.org>
**Sent:** Friday, March 25, 2022 1:25 PM
**To:** James Harris <James.Harris@cityofchicago.org>; Anna Furby <Anna.Furby@cityofchicago.org>; Noah Szafraniec <Noah.Szafraniec@cityofchicago.org>
**Subject:** PD 896 Amendment

Hi all,

I'm starting this thread so we're in coordination on the outstanding issues for the Fire project and any next steps we may need to take. As you called out in today's meeting, Noah, and as I've voiced in past meetings, it's DPD's priority that we identify the implications the Fire facility will have on the rest of the PD – particularly as they relate to the subarea boundaries and changes to development rights. Obviously this is a large PD that will probably need to be amended periodically, but the larger question of which subareas will see an increase in development rights/FAR has to be addressed when we bring this project to CPC. Although I got mixed messages from CHA's comments in today's meeting, I'm not sure they're in agreement with us on this issue. Ann's desire to separate the "east of Loomis" issues from the "west of Loomis" issues sounds like they are looking to push the development rights issue to a later PD amendment. If that's the case then I foresee some vulnerability for this project in the public engagement process and in the Plan Commission hearing. We're proposing a major change in the planned land use for a large development site that was slated for hundreds of residential units. Someone needs to be able to address where/if those units will be replaced when we go before the public and legislative bodies.

For our approach going forward I think the first step is to confirm CHA's approach: are they going to

work with Related and Gensler to complete this planning exercise in time to address the "east of Loomis" issues in coordination with CPC hearing for the Fire project, or are we saving that for a future amendment? If it turns out that they want to push those issues to the future then I suggest we brief leadership (Samir, Commissioner Cox, IGA) on that approach and the potential downsides to it – just to be safe. Given the high-profile nature of this project and the broad desire to avoid the types of challenges that came up in Hansen Park, I want to stay ahead of any potential conflicts that have the potential to undermine this project.

I'm interested in hearing your thoughts, as well. Thanks…

Brian Hacker, AICP
Coordinating Planner, West Region
City of Chicago | Department of Planning and Development
121 N. LaSalle Street, Suite 1006
312.744.7217



This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail (or the person responsible for delivering this document to the intended recipient), you are hereby notified that any dissemination, distribution, printing or copying of this e-mail, and any attachment thereto, is strictly prohibited. If you have received this e-mail in error, please respond to the individual sending the message, and permanently delete the original and any copy of any e-mail and printout thereof.



**U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**

Special Applications Center
77 W. Jackson Blvd., Room 2401
Chicago, Illinois 60604-3507
Phone: (312) 353-6236  Fax: (312) 913-8892

OFFICE OF PUBLIC AND INDIAN HOUSING

March 6, 2023

Ms. Tracey Scott
Executive Director
Chicago Housing Authority
60 East Van Buren St.
Chicago, IL 60605

Dear Ms. Scott:

The Special Applications Center (SAC) of the U.S. Department of Housing and Urban Development (HUD) has reviewed the Chicago Housing Authority's (CHA) application for the disposition of 23.23 acres of vacant land (the property). This property was developed, acquired, or assisted by CHA with funds under the U.S. Housing Act of 1937 (the Act) and is under ABLA IL002001000 in HUD's Inventory Management System/Public and Indian Housing Information Center (IMS/PIC) system. HUD received this application as DDA0012060 on September 21, 2022, via the IMS/PIC system. In accordance with 24 CFR 970.7(a)(17), supplemental information was received through March 3, 2023. The Special Application Center has determined that the application meets the requirements under 24 CFR 970 and is hereby approved.

### Environmental Review

The Environmental Review (ER) was performed by the local Responsible Entity (RE) City of Chicago in accordance with 24 CFR part 58 on July 13, 2022. A Request for Release of Funds/Environmental Certification (RROF/C), form HUD-7015.15 was submitted to the HUD Chicago Field Office of Public Housing (Field Office) on September 19, 2022. The HUD Field Office accepted the RROF/C and approved an Authority to Use Grant Funds, form HUD-7015.16, on September 29, 2022.

### PHA Plan

Public Housing Authorities (PHAs) must include proposed dispositions in a PHA Annual Plan, Significant Amendment or MTW Annual Plan. Qualified PHAs, as defined by the Housing and Economic Recovery Act of 2008 (HERA), must discuss the disposition at a public hearing, as required by 24 CFR 903.7. CHA submitted an Annual Moving to Work (MTW) Plan to HUD's MTW Office on October 16, 2020 (revisions submitted on April 30 and June 3, 2021), which includes a description of the proposed disposition action at the property. HUD approved the MTW Plan on June 3, 2021. CHA (through a completed and signed HUD 52860 form) and the Field Office (through the Field Office Certification), both certify that the proposed removal action is included the PHA MTW Annual Plan.

## Previous Removals at the Development

CHA has received the following previous HUD approvals for removing property from the development:

| PIC Application | Removal Type | Units Approved | Acres Approved | Date of Approval |
|---|---|---|---|---|
| IBSIL00215 | Mandatory Conversion | 209 | - | 01/18/2001 |
| DDA0003737 | Disposition | - | 2.31 | 10/23/2009 |
| DDA0008507 | Disposition | 1* | 0.78 | 01/31/2018 |
| DDA0009412 | Disposition | - | 0.90 | 08/06/2019 |

* Non-dwelling unit

## Description of Proposed Disposition

CHA proposed the disposition of 23.23 acres of underlying land at the property. Details of the proposed disposition are as follows:

| ABLA IL002001000 | |
|---|---|
| Total Existing Land in AMP | 67 Acres |
| Land Proposed for Disposition | 23.23 Acres |

## Disposition Justification

In the case of disposition of property other than dwelling units (community facilities or vacant land), a PHA may certify that 1) the non-dwelling facilities or land exceeds the needs of the development (after DOFA); or 2) the disposition of the property is incidental to, or does not interfere with, continued operation of the remaining portion of the development. CHA indicated in the application that the 23.23 acres of vacant land meets the criteria for disposition of vacant land because the City of Chicago approved increased housing density in Planned Development 896 (which incorporates the CHA land surrounding the subject property proposed for disposition). CHA believes increased density development on the remaining land will be sufficient for CHA to accomplish its affordable housing commitment for the ABLA development. CHA's justification is consistent with its approved Annual MTW Plan and 1937 Housing Act and has justified the disposition of the property in accordance with the specific criteria of 24 CFR 970.17(d) and PIH Notice 2021-07. Exhibit B illustrates the areas of increased density.

## Property Valuation

In accordance with 24 CFR 970.19(c), CHA procured an appraisal of the property. CBRE Inc, an independent appraiser, estimated the Fair Market Value (FMV) of the property to be $23,330,000, as of April 17, 2022. The appraisal was included in the application. The property was appraised for 25.50 acres; however, the scope of the disposition has been revised to 23.23 acres. The SAC has calculated the prorated value to be $21,250,000. The Chicago Fire Football Club (CFFC) procured JLL Valuation and Advisory Services, LLC to also determine

2

the value of the subject as a 23.83-acre property. The appraisal determined the value to be $20,800,000 as of May 9, 2022, which reflects CHA land use restrictions in the transaction.

## Method of Disposition

CHA proposed the disposition 23.23 acres of vacant via a negotiated ground lease at FMV to Chicago Fire Training Facility, LLC for a 41-year term with two 10-year extensions available. Terms of the lease are as follows: the starting annual lease payment will be $1,000,000 per year. This payment will be tied to the Consumer Price Index (CPI) and will adjust annually. The lease payment is renegotiable after 20 years. The lease payment will be discounted by $250,000 for the first 30 years of the lease term as a discount for environmental remediation required on the site, yielding a net least payment of at least $750,000 tied to inflation. Environmental remediation is estimated as costing at least $3,800,000. CFFC proposes to develop a performance center and related facilities for its professional sport team.

In addition to the annual lease payments, CFFC is providing $8,000,000 to the CHA. CFFC will provide the $8 million in the following manner: a $250,000 good faith cash payment; approximately $2,750,000 in improvements to CHA properties; and $5 million in three cash payments.

## Use of Proceeds[1]

CHA expects to realize proceeds from this transaction. CHA will receive at least $23,000,000 within the first 20 years of its lease term, not including adjustments based on CPI. In the application, CHA proposed to use proceeds in accordance with HUD Notice 2020-23 in furtherance of affordable housing, including to rehabilitate Robert H. Brooks Homes and Loomis Courts and provide parking improvements for William Jones Senior Apartments. CHA presentation materials included in the application cited various economic benefits to be realized including but not limited to goals for Section 3 and MWDBE participation during construction. Long term employment opportunities are also expected from the project. HUD determined that CHA's proposed use of proceeds meets the applicable requirements.

## Resident Consultation

1. Project Specific Resident Organization: ABLA Brooks Local Advisory Council

2. Resident Advisory Board (RAB) in accordance with 24 CFR 903.13: Central Advisory Committee

24 CFR 970.9(a) requires that an application for disposition be developed in consultation with residents who will be affected by the proposed action, any resident organizations for the

---

[1] Unless waived by HUD, PHAs must use net proceeds to pay off outstanding obligations, if any, issued to finance original development or modernization of the project. According to HUD records, generally all bond obligations and debt issued to originally finance, develop, and modernize any public housing projects matured and were liquidated as of 2015; therefore, there is no need for HUD to waive the repayment of this bond debt. However, if CHA is award of any such debt, it must first use net proceeds to repay such debt.

3

development, PHA-wide resident organizations that will be affected by the disposition, and the Resident Advisory Board (RAB). The PHA must also submit copies of any written comments submitted to the PHA and any evaluation that the PHA has made of the comments.

CHA met with the ABLA Brooks Local Advisory Council and the Central Advisory Council on March 29, 2022, April 5, 2022, and April 12, 2022. CHA provided presentation materials, agendas, and sign-in sheets from each of these meetings. The presentation included a discussion of the long-term market rate lease that CHA will sign. Comments and questions from these meetings were largely related to community benefits.

CHA held a meeting for all public housing residents on May 2, 2022, as well as an open public meeting on May 3, 2022. CHA provided presentation materials, agendas, written comments and sign-in sheets from each of these meetings. The presentation included a discussion of the development of the facility, community benefits, timing related to the lease, and design concerns and terms of the disposition.

### Offer for Sale to the Resident Organization

24 CFR 970.9(b)(1) of the regulation requires that a public housing agency offer the opportunity to purchase the property proposed for disposition to any eligible resident organization, eligible resident management corporation as defined in 24 CFR part 964, or to a nonprofit organization acting on behalf of the residents, if the resident entity has expressed an interest in purchasing the property for continued use as low-income housing. CHA has chosen not to provide an opportunity based on the exception found in 24 CFR 970.9(b)(3)(v): Disposition of non-dwelling properties, including administration, community buildings, maintenance facilities and vacant land.

### Mayor/Local Government Consultation and Board Resolution

As part of the consultation process, CHA met with representatives from the Mayor's office, the Department of Planning and Development, and the Chicago Park District on March 4, 2022, and April 13, 2022, and discussed the disposition along with its zoning and community outreach efforts. As required by 24 CFR 970.7(a)(14), the application package includes a letter of support from the Honorable Lori Lightfoot, Mayor of the City of Chicago, dated May 10, 2022. The last resident consultation was on May 3, 2022. As required by 24 CFR 970.7(a)(13), CHA's Board of Commissioners approved the submission of the disposition application for the proposed property on May 17, 2022, via Resolution Number 2022-CHA-23.

### Approval

HUD's review of the application has determined that the proposed disposition is consistent with Section 18 of the 1937 Act the implementing regulations at 24 CFR part 970, and PIH Notice 2021-07. HUD hereby approves the application as summarized below:

| ABLA, IL002001000 Approved for Disposition: Acres: 23.23 | |
|---|---|
| Acquiring Entity | Chicago Fire Training Facility, LLC |

| Acquiring Method | Negotiated Ground Lease at FMV |
|---|---|
| Terms | Annual lease payment of $1,000,000 (payment is tied to CPI, less $250,000 over 30 years to offset cost of environmental remediation).<br><br>*See Method of Disposition section for more details* |
| Use of Proceeds | Modernization of Section 9 and Section 8 housing (rehab of Brooks Homes and Loomis Courts), and development of affordable housing pursuant to HUD Notice 2020-23 |
| **Lot Information:** *See Legal Description, Exhibit A* | |

## Conditions

CHA will realize proceeds and may only expend the funds on authorized uses under Section 18 of the U.S. Housing Act of 1937. CHA proposed to use proceeds for other public (Section 9) and affordable housing initiatives. Such use of proceeds meets the requirements of Section 18 of the 1937 Act and is acceptable subject to the conditions outlined below:

- Prior to obligation and/or use of disposition proceeds (gross or net), CHA must comply with applicable Departmental guidance (e.g., PIH Notices).
- The disposition proceeds, until expended for an approved use, must be deposited into an account subject to a HUD-51999 (General Depository Agreement).
- If CHA would like to use proceeds for other uses, it must follow the requirements of HUD Notice 2020-23 (or successor Proceed Notices) and comply with applicable Departmental guidance (e.g. PIH Notices).
- Pursuant to 24 CFR 970.35, on a case-by-case basis, HUD may require PHAs to submit additional reporting on their use of proceeds.
- PHAs record the receipt of proceeds on their financial data schedules (FDS) submitted to HUD. PHAs record proceeds as a "restricted" asset on the associated project's FDS.[2] For projects terminated in IMS/PIC, the PHA records proceeds in the "Other Project Column" of the Low Rent Program.
- PHAs record the use of proceeds in accordance with 24 CFR 990.280 and 990.285. Such recordation may include transferring proceeds from the original project to another permitted project or program. Such recordation may include expensing proceeds in the original project and reporting the proceeds as revenue in another entity (blended component unit, discretely presented component unit or independent third party).
- PHAs retain records related to the receipt and use of proceeds for HUD review and monitoring to determine compliance with applicable laws and other guidance including this notice. PHA records are retained for not less than three years.
- PHAs are responsible for assuring their proceeds are used in accordance with all public housing requirements. HUD may monitor a PHA's use of proceeds. If HUD determines a PHA failed to use, treat, and report on proceeds as permitted by this notice and/or other applicable federal requirements regarding proceeds, HUD may require the repayment from non-public housing funds of any proceeds spent in violation of this notice, seek civil

---

[2] Proceeds are a "restricted asset" because they may only be used for the specific purposes approved by HUD in accordance with this notice.

and administrative remedies, pursue debarment/suspensions of principals and PHAs, and take any enforcement actions available including, but not limited to, injunctive relief and other equitable remedies, and exercise account locking remedies under the GDA. HUD prosecutes false certifications, claims, and statements. Conviction may result in criminal and/or civil penalties.

## IMS/PIC and Monitoring - CHA

In accordance with 24 CFR 970.7(a)(4), CHA provided the following general timetable based on the number of days major actions will occur following approval of the application:

| | Milestone | Number of Days after Approval |
|---|---|---|
| A | Begin relocation of residents | - |
| B | Complete relocation of residents | - |
| C | Execution of contract for removal (e.g. sales contract) | 60 |
| D | Actual Removal Action (e.g. sale closing) | 90 |

➢ In accordance with 24 CFR 970.35 of the regulation, CHA is required to inform the Field Office of the status of the project (i.e., delays, actual disposition, modification requests or other problems). Within seven days of disposition completion, CHA must enter the "actual" dates of disposition, directly into the IMS/PIC data system, Inventory Removals sub-module under "Removed from Inventory" tab for the Field Office approval, using the following procedure:

- On the screen, select the appropriate "Development Number", then select "Add Transaction". On the next screen, select the appropriate "Application Number" from the drop-down menu. In the "Action/Closing Date" box, enter the removal date. If the properties in an application were removed on multiple dates, a separate transaction is needed for each action date. The remaining steps are as applicable.
- For removal of land and non-dwelling buildings without PIC building numbers, use "Remove Non-Residential Inventory" section. Fill in the number of acres and non-dwelling buildings without PIC building numbers.
- Save the information using the "Save" button. The status of this information is then displayed as "Draft."
  - CHA supervisory staff submits the information to CHA Executive Director, or the designated final reviewer at CHA, using the Submission sub tab. The status becomes "Submitted for Review".
  - CHA Executive Director or designee uses the Review sub tab to reject the transaction, which places it in a "Rejected" status, or approves, which places it in a "Submitted for Approval" status.
- If the submission is rejected by HUD, CHA may modify the information by repeating the previous procedure. If the transaction is rejected, the status becomes "Rejected." If the Field Office approves the transaction, the status in IMS/PIC permanently changes to "Removed from Inventory (RMI)".

6

➤ When the disposition is completed in its entirety, please submit a report to the Field Office confirming the action and certifying compliance with all applicable requirements. Auditable financial statements, expenditures and files for each transaction relative to the action must be maintained, available upon request and forwarded with the final report.

➤ CHA must retain records of the SAC application and its implementing actions of HUD's approval of this SAC application for a period of not less than three years following the last required action of HUD's approval.

➤ CHA is responsible for monitoring and enforcing use restrictions identified under "**Conditions**" section during the period they are in effect.

### IMS/PIC and Monitoring – Field Office

In accordance with 24 CFR 970.35 of the regulation, CHA is required to inform the Field Office of the status of the project (i.e., delays, actual disposition, modification requests or other problems). It is the Field Office's responsibility to monitor this activity based on its latest risk assessment.

➤ The Field Office must verify that the actual removal data is entered in IMS/PIC by CHA within seven days of disposition to ensure the Department is not overpaying operating subsidy and the Capital Fund formula data is correct.

    ➤ When CHA submits an Inventory Removal action in IMS/PIC, the Field Office will be notified seeking inventory removal approval via a PIC system generated email to the Field Office designated PIC coach or another person. Below is a sample notification email: *"Subject: Inventory Removal Submittal Notification (HA code) Inventory removals have been submitted for approval by your office on [submission date] by [HA Code]."*

    ➤ When the above email is received, the Field Office is responsible for the review and approval or rejection of CHA's Inventory Removal submission within seven days.

➤ The Field Office, with concurrence from the HUD Office of the General Counsel (OGC) must approve the evidentiary documents, terms and conditions in the conveyance of real property, whether in whole or in part, described in this approval. If there are previous land and/or use agreements or encumbrances, other than the Declaration of Trust (DOT), disposition approval and release of the DOT does not circumvent or supersede those obligations.

➤ This action will generate proceeds in the form of a capitalized ground lease payments received at time of transfer as well as on an ongoing, annual basis. The proceeds, until expended, need to be deposited into an interest-bearing account subject to form HUD 51999 (GDA).

➤ The Field Office is responsible to verify the funds were used as approved, and CHA's records are adequately documented to support this assertion. Refer to use of proceeds condition in Approval section

7

The Field Office has been informed of this approval.  Its staff is available to provide any technical assistance necessary for your agency to proceed with the disposition.  As CHA starts the process of implementation, I urge you to continue to maintain an open dialogue with your residents and local officials.  If you have to modify your plans, please contact the SAC at SACTA@hud.gov.  As always, my staff and I are available to assist you in any way possible.

Sincerely,

JAMES ISAACS

Digitally signed by: JAMES ISAACS
DN: CN = JAMES ISAACS C = US O
= U.S. Government OU = Department
of Housing and Urban Development,
Office of Public and Indian Housing
Date: 2023.03.07 14:48:49 -06'00'

Jane B. Hornstein
Director
Special Applications Center

cc: HUD Chicago Field Office

*Exhibit A – Legal Description*
*Exhibit B – Site Plan*

8

# EXHIBIT A: LEGAL DESCRIPTION

PARCEL 1:

A TRACT OF LAND LOCATED IN THE CITY OF CHICAGO, COUNTY OF COOK AND STATE OF ILLINOIS, AND LYING IN THE NORTH WEST QUARTER OF SECTION 20, TOWNSHIP 39 NORTH, RANGE 14, EAST OF THE THIRD PRINCIPAL MERIDIAN, AND BOUNDED BY A LINE DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT ON THE SOUTH LINE OF WEST WASHBURNE AVENUE, BEING 16 – FEET EAST OF THE WEST LINE OF LOT 68, IN BLOCK 4, IN SAMPSON AND GREENES SUBDIVISION OF BLOCKS 2 TO 6, INCLUSIVE AND 11 TO 14, INCLUSIVE IN SAMPSON AND GREENES ADDITION TO CHICAGO, BEING IN THE NORTH WEST QUARTER OF SECTION 20, AFORESAID: THENCE SOUTH ALONG A LINE 16-FEET EAST OF AND PARALLEL TO THE WEST LINE OF LOT 68, IN BLOCK 4, AFORESAID, TO ITS INTERSECTION WITH THE SOUTH LINE OF SAID LOT 68; THENCE SOUTH TO A POINT ON THE NORTH LINE OF LOT 4, BEING 6.455-FEET EAST OF THE NORTH WEST CORNER OF LOT 4, IN THE SUBDIVISION OF LOTS 81 TO 84, INCLUSIVE, IN BLOCK 4, IN SAMPSON AND GREENES ADDITION TO CHICAGO AFORESAID; THENCE SOUTH ALONG A LINE 6.455-FEET EAST AND PARALLEL TO THE WEST LINE OF SAID LOT 4, TO ITS INTERSECTION WITH THE NORTH LINE OF WEST 13TH STREET: THENCE SOUTH WESTERLY TO THE NORTH WEST CORNER OF LOT 18, IN BLOCK 5, IN SAMPSON AND GREENES SUBDIVISION AFORESAID; THENCE SOUTH ALONG THE WEST LINE OF SAID LOT 18, TO THE SOUTH WEST CORNER OF SAID LOT 18; THENCE SOUTH TO THE NORTH WEST CORNER OF LOT 33, IN BLOCK 5, IN SAMPSON AND GREENES SUBDIVISION AFORESAID; THENCE SOUTH ALONG THE WEST LINE OF SAID LOT 33, TO ITS INTERSECTION WITH THE NORTH LINE OF WEST HASTINGS STREET; THENCE EAST ALONG THE NORTH LINE OF WEST HASTINGS STREET, TO ITS INTERSECTION WITH THE NORTHERLY EXTENSION OF THE WEST LINE OF LOT 67 IN BLOCK 5 IN SAMPSON AND GREENES SUBDIVISION AFORESAID; THENCE SOUTH ALONG SAID NORTHERLY EXTENSION TO THE CENTERLINE OF SAID WEST HASTINGS STREET; THENCE EAST ALONG SAID CENTERLINE TO THE NORTHERLY EXTENSION OF THE CENTERLINE OF THE PUBLIC ALLEY AS DEDICATED BY DOCUMENT 15801452; THENCE SOUTH ALONG SAID NORTHERLY EXTENSION AND ALONG SAID CENTERLINE AND ALONG THE SOUTHERLY EXTENSION OF SAID CENTERLINE TO THE CENTERLINE OF THE PUBLIC ALLEY LYING NORTH OF LOTS 84 THROUGH 95, INCLUSIVE, IN SAID BLOCK 5; THENCE WEST ALONG SAID CENTERLINE TO ITS INTERSECTION WITH A NORTH-AND-SOUTH 16-FOOT PUBLIC ALLEY LYING IMMEDIATELY EAST OF AND PARALLEL TO SOUTH ASHLAND AVENUE: THENCE SOUTH ALONG THE EAST LINE OF SAID LAST DESCRIBED PUBLIC ALLEY, AND SAID LINE EXTENDED SOUTHERLY, TO ITS INTERSECTION WITH THE NORTH LINE OF WEST 14TH STREET: THENCE SOUTH WESTERLY TO A POINT ON THE EAST LINE OF A NORTH-AND-SOUTH 16-FOOT PUBLIC ALLEY, BEING THE NORTHWEST CORNER OF LOT 17, IN GAGE AND OTHERS RESUBDIVISION OF BLOCK 12, IN SAMPSON AND GREENES ADDITION AFORESAID; THENCE SOUTH ALONG THE EAST LINE OF SAID LAST DESCRIBED

PUBLIC ALLEY TO A POINT THAT IS 104.11 FEET SOUTH OF THE NORTHWEST CORNER OF LOT 62 IN SAID GAGE AND OTHERS SUBDIVISION OF BLOCK 12; THENCE EAST TO A POINT ON THE EAST LINE OF LOT 49, IN GAGE AND OTHERS SUBDIVISION OF BLOCK 12, AFORESAID SAID POINT BEING 104.57 FEET SOUTH OF THE NORTHEAST CORNER OF SAID LOT 49; THENCE NORTH ALONG THE EAST LINE OF LOT 49, TO ITS INTERSECTION WITH THE SOUTH LINE OF WEST 14TH PLACE (NOW VACATED); THENCE EAST ALONG THE SOUTH LINE OF VACATED 14TH PLACE, TO ITS INTERSECTION WITH THE WEST LINE OF SOUTH LAFLIN STREET; THENCE NORTH WESTERLY, NORTH AND NORTH EASTERLY; FOLLOWING THE CURVE OF A CUL DE SAC AS CREATED BY PLAT OF DEDICATION DATED DECEMBER 15, 1954, AND RECORDED IN THE OFFICE OF THE RECORDER OF DEEDS OF COOK COUNTY, ILLINOIS, ON JANUARY 10, 1955, AS DOCUMENT NO. 16118576, TO THE INTERSECTION OF SAID CURVE WITH THE CENTER LINE OF SOUTH LAFLIN STREET; THENCE NORTH ALONG THE CENTER LINE OF SOUTH LAFLIN STREET, NOW VACATED, TO ITS INTERSECTION WITH THE CENTER LINE OF WEST 14TH STREET, NOW VACATED; THENCE EAST ALONG THE CENTER LINE OF VACATED WEST 14TH STREET TO ITS INTERSECTION WITH THE WEST LINE OF SOUTH LOOMIS. STREET; THENCE NORTH ALONG THE WEST LINE OF SOUTH LOOMIS STREET, TO ITS INTERSECTION WITH THE SOUTH LINE OF WEST HASTINGS STREET; THENCE WEST ALONG THE SOUTH LINE OF WEST HASTINGS STREET, NOW VACATED TO THE NORTHWEST CORNER OF LOT 61 IN BLOCK 6, IN SAMPSON AND GREENES SUBDIVISION AFORESAID: THENCE NORTH TO THE SOUTHWEST CORNER OF LOT 40 IN BLOCK 6 IN SAMPSON AND GREENS SUBDIVISION AFORESAID; THENCE NORTH ALONG THE WEST LINE OF LOTS 40 AND 11, IN BLOCK 6 IN SAMPSON AND GREENES SUBDIVISION AFORESAID TO THE NORTHWEST CORNER OF SAID LOT 11; THENCE NORTHWEST TO THE SOUTHWEST CORNER OF THE EAST 15 FEET OF LOT 89, IN BLOCK 3 IN SAMPSON & GREENES SUBDIVISION AFORESAID: THENCE NORTH ALONG THE WEST LINE OF SAID EAST 15 FEET TO THE NORTHWEST CORNER THEREOF; THENCE NORTH TO A POINT ON THE SOUTH LINE OF W. WASHBURN AVENUE, NOW VACATED, SAID POINT BEING 15 FEET WEST OF THE NORTHWEST CORNER OF LOT 61 IN BLOCK 3 1N SAMPSON AND GREENES SUBDIVISION AFORESAID AS MONUMENTED; THENCE WEST ON THE SOUTH LINE OF SAID W. WASHBURN AVENUE TO THE POINT OF BEGINNING; IN COOK COUNTY, ILLINOIS.

# EXHIBIT B: SITE PLAN



**2021 Approved Unit Count: 3,086**
**2021 Approved FAR: 1.23**

**2022 Proposed Unit Count: 3,070**
**2022 Proposed FAR: 1.1**

Completed Sub-Areas
Sub-Areas with No Change (Future Infill)
New Sub-Areas with Increased Density

SUBAREA BOUNDARY
EXISTING BUILDINGS TO REMAIN WITHIN PD BOUNDARY

**ROOSEVELT SQUARE MASTER PLAN – BULK TABLE REVISIONS**

6

**ISAACS, JAMES A**

| | |
|---|---|
| **From:** | McKenzie, Ann <amckenzie@thecha.org> |
| **Sent:** | Friday, March 03, 2023 2:20 PM |
| **To:** | ISAACS, JAMES A; Acosta, Andres |
| **Subject:** | RE: <External Message> CHA - Loomis Land Disposition |

James-
Thanks for the clarifying question.  Yes, this means <u>CHA's </u>affordable housing plan.


**Ann C. McKenzie**| Chief Development Officer
Phone 312.913.7656 | Cell 312.523.8818
Chicago Housing Authority | 60 E. Van Buren | Chicago, IL 60605
amckenzie@thecha.org | www.thecha.org


---

**From:** ISAACS, JAMES A <JAMES.A.ISAACS@hud.gov>
**Sent:** Friday, March 3, 2023 2:17 PM
**To:** McKenzie, Ann <amckenzie@thecha.org>; Acosta, Andres <Andres.Acosta@hud.gov>
**Subject:** RE: <External Message> CHA - Loomis Land Disposition

Thanks Ann!  Just a clarification question, I presume the statement is meant to make clear that the increased density now allowed by the City, will be sufficient for the CHA to accomplish the CHA's affordable housing commitment?

James Isaacs
Division Director
Special Application Center
(312)913-8306

**Problems with PIC?** Email your 52860 form(s) and attachments to SACTA@hud.gov

---

**From:** McKenzie, Ann <amckenzie@thecha.org>
**Sent:** Friday, March 03, 2023 2:10 PM
**To:** Acosta, Andres <Andres.Acosta@hud.gov>
**Cc:** ISAACS, JAMES A <JAMES.A.ISAACS@hud.gov>
**Subject:** <External Message> CHA - Loomis Land Disposition

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. If you have concerns about the content of the email, please send it to phishing@hud.gov or click the Report Phishing Button on the Outlook ribbon or Phishing option within OWA.

Andres-

Please allow this email to serve as a supplement to the CHA disposition application.

CHA does not need the land described in the disposition application because changes in zoning allow density in the surrounding areas to satisfy the affordable housing planned for this community.

See attached exhibit from the approved planned development (zoning) update.



**Ann C. McKenzie**| Chief Development Officer
Phone 312.913.7656 | Cell 312.523.8818
Chicago Housing Authority | 60 E. Van Buren | Chicago, IL 60605
amckenzie@thecha.org | www.thecha.org

Like us on Facebook | Follow us on Twitter

**NOTICE:** This email message, including any attachments, may contain information that is confidential and/or proprietary. If you are not an intended recipient, please be advised that any review, use, reproduction or distribution of this message is prohibited.

## ISAACS, JAMES A

| | |
|---|---|
| **From:** | McKenzie, Ann <amckenzie@thecha.org> |
| **Sent:** | Tuesday, February 21, 2023 1:55 PM |
| **To:** | Acosta, Andres |
| **Cc:** | Harrington, Michelle; ISAACS, JAMES A |
| **Subject:** | RE: <External Message>  CHA - Loomis Land Dispo |

Did any time open up today?

Ann

---

**From:** Acosta, Andres <Andres.Acosta@hud.gov>
**Sent:** Tuesday, February 21, 2023 1:23 PM
**To:** McKenzie, Ann <amckenzie@thecha.org>
**Cc:** Harrington, Michelle <MHarrington@thecha.org>; ISAACS, JAMES A <JAMES.A.ISAACS@hud.gov>
**Subject:** RE: <External Message> CHA - Loomis Land Dispo

Hi Ann and Michelle,

Do you have any availability on Thursday at all (before 4pm)? Unfortunately FHEO can't do tomorrow and next week is also out since they'll be in DC. Unfortunately Friday is no good either.

**Andres Acosta** (he/him/his)
Neighborhood & Community Investment Specialist
U.S. Department of Housing and Urban Development
Special Applications Center
andres.acosta@hud.gov

---

**From:** McKenzie, Ann <amckenzie@thecha.org>
**Sent:** Tuesday, February 21, 2023 12:29 PM
**To:** Acosta, Andres <Andres.Acosta@hud.gov>
**Cc:** Harrington, Michelle <MHarrington@thecha.org>; ISAACS, JAMES A <JAMES.A.ISAACS@hud.gov>
**Subject:** RE: <External Message> CHA - Loomis Land Dispo

Andres-
Can we talk at 4:30pm tomorrow?  Or Friday afternoon?

Ann



**Ann C. McKenzie**| Chief Development Officer
Phone 312.913.7656 | Cell 312.523.8818
Chicago Housing Authority | 60 E. Van Buren | Chicago, IL 60605
amckenzie@thecha.org | www.thecha.org

Like us on Facebook | Follow us on Twitter

NOTICE: This email message, including any attachments, may contain information that is confidential and/or proprietary. If you are not an intended recipient, please be advised that any review, use, reproduction or distribution of this message is prohibited.

**From:** Acosta, Andres <Andres.Acosta@hud.gov>
**Sent:** Tuesday, February 14, 2023 11:09 AM
**To:** McKenzie, Ann <amckenzie@thecha.org>
**Cc:** Harrington, Michelle <MHarrington@thecha.org>; ISAACS, JAMES A <JAMES.A.ISAACS@hud.gov>
**Subject:** RE: <External Message> CHA - Loomis Land Dispo

Hi Ann,

Thanks so much for sending the response. FHEO and the SAC would like to have a call to discuss. This week is no good unfortunately, but would you happen to have any availability next week at the following times?

11:30am Tuesday
2pm or later on Wednesday
1pm – 3:30pm on Thursday

Thanks,

**Andres Acosta** (he/him/his)
Neighborhood & Community Investment Specialist
U.S. Department of Housing and Urban Development
Special Applications Center
andres.acosta@hud.gov

**From:** McKenzie, Ann <amckenzie@thecha.org>
**Sent:** Friday, February 10, 2023 5:26 PM
**To:** Acosta, Andres <Andres.Acosta@hud.gov>
**Cc:** Harrington, Michelle <MHarrington@thecha.org>; ISAACS, JAMES A <JAMES.A.ISAACS@hud.gov>
**Subject:** <External Message> CHA - Loomis Land Dispo

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. If you have concerns about the content of the email, please send it to phishing@hud.gov or click the Report Phishing Button on the Outlook ribbon or Phishing option within OWA.

Andres –
Find attached CHA's response to the questions that you provided. Also attached are a few supplemental documents.

We appreciate your continuing diligence as you work through the CHA's disposition application.

Best,
Ann



**Ann C. McKenzie** | Chief Development Officer
Phone 312.913.7656 | Cell 312.523.8818
Chicago Housing Authority | 60 E. Van Buren | Chicago, IL 60605
amckenzie@thecha.org | www.thecha.org

Like us on Facebook | Follow us on Twitter

NOTICE: This email message, including any attachments, may contain information that is confidential and/or proprietary. If you are not an intended recipient, please be advised that any review, use, reproduction or distribution of this message is prohibited.

**From:** Acosta, Andres <Andres.Acosta@hud.gov>
**Sent:** Thursday, February 2, 2023 4:37 PM
**To:** McKenzie, Ann <amckenzie@thecha.org>
**Cc:** Harrington, Michelle <MHarrington@thecha.org>; ISAACS, JAMES A <JAMES.A.ISAACS@hud.gov>
**Subject:** RE: <External Message> CHA - Loomis Land Dispo

Hi Ann,

We've received the questions below that our FHEO team would like the CHA to respond to. In addition, after some discussion on the justification narrative you had provided (attached), we're going to need some added explanation as to how this dispo fits with the justification noted in the 52860-A form (24 CFR 970.17(d)(1): *the non-dwelling facilities or land exceeds the needs of the development (after DOFA)*). For example, if the subject property exceeds the needs of the ABLA development because the development's needs (or requirements) are being met in another way, please expand on that.

I know the information below is quite a bit so I'd like to add that the staff in FHEO have also made themselves available for a call if that would be helpful. Please note that I'll be out of the office until 2/13, but I'm hoping James can set up a meeting for then or later in my absence if you would like to have a call.

FHEO's questions:

1.  Describe any obligations CHA has under an existing agreement with HUD to develop additional public housing and affordable housing units under a revitalization plan, including the breakdown of units by size and type if available, as well as the location for any proposed additional units. Include in this description any remaining HOPE VI obligations associated with the ABLA development or its component buildings, including any unit obligations or unobligated funds, or any obligations relating to former ABLA displaced residents.

2.  Describe any factors that led the City of Chicago and the Chicago Fire Football Club (CFFC) to choose the ABLA site over the two other sites identified as options for the practice facility, including any estimated market rate leases for either site: (1) Madden Wells/Oakwood Shores (Madden), and (2) Taylor Homes/Legends South (Taylor).

3.  Describe the process the City and CHA used to identify the three properties presented to CFFC and whether any other CHA properties were considered.

4.  Describe how CHA plans to utilize the Madden or Taylor sites that were not selected by CFFC.

5.  Explain how the CHA arrived at the decision for how it would use the proceeds of the CFFC lease, including why units at Brooks Homes and Loomis Courts would be rehabilitated when those units were recently updated through HOPE VI grants, as opposed to other potential eligible activities, such as the creation of new units.

6.  As a result of the proposed disposition, CHA may be required to develop new units at the ABLA site at a higher density than previously planned. Describe the planned density and location of the anticipated units at the ABLA sites, including the breakdown of the 3,070 proposed units on the site by unit type.

7.  Describe how CHA evaluates the feasibility of constructing new units on a site, including the evaluation of both current and future conditions, density of units, accessibility of units and of the site, and the size of units to be included in the development. If available, provide any documentation of this analysis at ABLA and other HOPE VI grant sites in the City of Chicago.

8.  Provide the following information about the displacement of former ABLA residents:

   a.  Describe CHA's efforts to track displaced ABLA residents, including residents that want to move back to the ABLA development.

   b.  Provide all information relating to ABLA residents who have been able to return to ABLA units, including family size and demographics.

   c.  Describe where ABLA residents were moved during the initial demolition using HOPE VI funding and where former ABLA residents currently reside who have not returned to the former ABLA site.

9.  Provide the following information about CHA's FY1998 HOPE VI Revitalization grant of $35,000,000 to revitalize components of the ABLA public housing development:

   a.  How many of the initially planned 1,052 units of public housing, 580 affordable rental and for-sale units, and 966 market rate rental and for-sale units included within CHA's FY1998 HOPE VI Revitalization grant were completed?

   b.  Describe any amendments, if any, to this grant that were approved by HUD, including the current unit breakdown approved by HUD for the ABLA development.

   c.  How much of the grant funds remain unobligated?

   d.  Are there existing plans to shift replacement units under the grant to a different development or site, and if yes, where?

   e.  Provide all documentation relating to the existing obligations under the FY1998 HOPE VI Revitalization grant.

Thanks,

**Andres Acosta** (he/him/his)
Neighborhood & Community Investment Specialist
U.S. Department of Housing and Urban Development
Special Applications Center
andres.acosta@hud.gov

**Acosta, Andres**

| | |
|---|---|
| **From:** | ISAACS, JAMES A |
| **Sent:** | Monday, March 20, 2023 4:20 PM |
| **To:** | Acosta, Andres |
| **Subject:** | FW: <External Message> FW: IL002-Ickes-IL002016-DISPO-DDA0011784 - Legal Description Correction |
| **Attachments:** | Corrected Legal Description for CHA land.pdf |

James Isaacs
Division Director
Special Application Center
(312)913-8306

**Problems with PIC?** Email your 52860 form(s) and attachments to <u>SACTA@hud.gov</u>

---

**From:** SACTA <SACTA@hud.gov>
**Sent:** Friday, March 17, 2023 10:17 AM
**To:** Khouri, Ahlm <AKhouri@thecha.org>; Hornstein, Jane B <Jane.B.Hornstein@hud.gov>; ISAACS, JAMES A <JAMES.A.ISAACS@hud.gov>; Stuckemeyer, Katherine L <Katherine.L.Stuckemeyer@hud.gov>
**Cc:** Dawson III, William O <William.O.DawsonIII@hud.gov>
**Subject:** RE: <External Message> FW: IL002-Ickes-IL002016-DISPO-DDA0011784 - Legal Description Correction

Good morning:

Though I see the SAC director was initially copied, forwarding it to all SAC management staff…

Respectfully,

---

**From:** Khouri, Ahlam <<u>AKhouri@thecha.org</u>>
**Sent:** Friday, March 17, 2023 10:05 AM
**To:** SACTA <<u>SACTA@hud.gov</u>>
**Subject:** <External Message> FW: IL002-Ickes-IL002016-DISPO-DDA0011784 - Legal Description Correction

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. If you have concerns about the content of the email, please send it to <u>phishing@hud.gov</u> or click the Report Phishing Button on the Outlook ribbon or Phishing option within OWA.

---

**From:** Khouri, Ahlam
**Sent:** Friday, March 17, 2023 10:01 AM
**To:** <u>sacta@hud.go</u>
**Cc:** <u>Jane.B.Hornstein@hud.gov</u>; McKenzie, Ann (<u>amckenzie@thecha.org</u>) <<u>amckenzie@thecha.org</u>>
**Subject:** IL002-Ickes-IL002016-DISPO-DDA0011784 - Legal Description Correction

Good morning,

It has come to CHA's attention there's a typo in the Legal Description which needs to be corrected on the Ickes disposition approval letter. The error is in the lot numbers, the correct lots are 13 to 36, not 11 to 38. Attached is the full legal description.

The closing date for the transfer of the property is set for April 3rd , this date cannot change. CPS will lose it's option to purchase the Wabash property on that date.

Please let me know if there is anything else you need from me to help with this request.

Thank you so much for your patience and assistance.
Ahlam

**From:** "Hornstein, Jane B" <Jane.B.Hornstein@hud.gov>
**Date:** March 14, 2023 at 3:04:47 PM PDT
**To:** "Scott, Tracey" <TScott@thecha.org>
**Cc:** "Dawson III, William O" <William.O.DawsonIII@hud.gov>, SACTA <SACTA@hud.gov>, "ISAACS, JAMES A" <JAMES.A.ISAACS@hud.gov>, "Sanders, Marcus D" <Marcus.D.Sanders@hud.gov>, "McKenzie, Ann" <amckenzie@thecha.org>
**Subject: IL002-Ickes-IL002016-DISPO-DDA0011784 clar ji**

**\*\*EXTERNAL EMAIL\*\*** This email originated outside of CHA. **\*\*NEVER CLICK or OPEN\*\*** unexpected links or attachments. **\*\*NEVER\*\*** provide User ID or Password. If this email seems suspicious, contact CHA Tech Support at 312-786-4000.

Ms. Scott,

Attached please find a revised letter for the disposition of approximately 1.70 acres of vacant land (the "State St. property") at Ickes Homes IL002016. The letter clarifies that CHA will ground lease the 1.70 acres to CPS and in exchange CHA will receive 1.97 acres of land from CPS. If you have any further questions, please contact the Chicago Office of Public Housing or write to SACTA@HUD.gov.

Sincerely,

**Jane B. Hornstein (she/her)** | Director
Phone 312.913.8766 | Fax 312.913.8892
U.S. Department of Housing and Urban Development
Special Applications Center
Ralph H. Metcalfe Federal Building
77 West Jackson Boulevard, Suite 2401
Chicago, Illinois 60604
Jane.B.Hornstein@HUD.gov

**IL 002-Ickes-IL002016 Dispo DDA A0011784**

<div align="center">

**LEGAL DESCRIPTION OF CHA LAND**
**TO BE LEASED TO THE BOARD OF EDUCATION**
**(Subject to Final Title and Survey)**

</div>

LOTS 13 TO 36, INCLUSIVE, AND ALSO THE NORTH – SOUTH 15.00 FOOT WIDE VACATED ALLEY LYING BETWEEN SAID LOTS 13 TO 36 INCLUSIVE, ALL IN BLOCK 11 OF UHLICH AND MUHLKE'S ADDITION TO CHICAGO BEING A SUBDIVISION IN THE EAST HALF OF THE NORTHEAST QUARTER OF SECTION 28, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

PINS:
17-28-227-004-0000
17-28-227-008-0000
17-28-227-003 0000 (Part)
17-28-227-009-0000 (Part)

**COMMON ADDRESS:**
2450 S. STATE STREET, CHICAGO, IL
Totaling approximately 73,805 SF (1.7 Acres)

# PROPOSED SITE PLAN



## CHICAGO FIRE NEW PERFORMANCE CENTRE

2022 Copyright Crawford Architects, LLC

# ALTA/NSPS LAND TITLE
## AND TOPOGRAPHIC SURVEY

**GRAPHIC SCALE**

( IN FEET )
1 inch = 100 ft.

### VICINITY MAP
NOT TO SCALE

PROJECT LOCATION

## LEGAL DESCRIPTION

PARCEL 1:

A TRACT OF LAND LOCATED IN THE CITY OF CHICAGO, COUNTY OF COOK, AND STATE OF ILLINOIS, AND LYING IN THE NORTH WEST QUARTER OF SECTION 20, TOWNSHIP 39 NORTH, RANGE 14, EAST OF THE THIRD PRINCIPAL MERIDIAN, AND BOUNDED BY A LINE DESCRIBED AS FOLLOWS:

*(dense legal description text continues)*

## SCHEDULE B EXCEPTIONS
SHOWN OR NOTED HEREON

*(numbered schedule B exception items continue in dense text)*

## LEGEND

*(symbol legend listing)*

## LINE LEGEND

*(line type legend)*

## ABBREVIATIONS

*(abbreviation list)*

## NOTES REGUARDING SCHEDULE B EXCEPTIONS

## GENERAL NOTES

### AREA SUMMARY
(TO HEAVY LINES)

PARCEL 1: 1,011,741 SQUARE FEET OR 23.226 ACRES
PARCEL 2: 45,955 SQUARE FEET OR 1.057 ACRES
TOTAL: 1,056,906 SQUARE FEET OR 24.263 ACRES
(BASED ON MEASURED VALUES)

### SURVEYOR'S CERTIFICATION

## Street labels (map):
- WEST ROOSEVELT ROAD
- S. LAFLIN ST
- SOUTH ASHLAND AVENUE
- SOUTH LOOMIS STREET
- W. WASHBURNE AVE
- W. 13TH ST.
- W. HASTINGS ST.
- W. 14TH ST.
- W. 14TH PL.
- WEST 15TH STREET

**COMPASS SURVEYING LTD**
ALTA SURVEYS • TOPOGRAPHY • CONSTRUCTION STAKING

2631 GINGER WOODS PARKWAY, STE. 100
AURORA, IL 60502
PHONE: (630) 820-9100  FAX: (630) 820-7030  EMAIL: ADMIN@CSURVEYING.COM

**PROJECT:** Addams Medill Survey - Chicago

**CLIENT:** Jones Lang LaSalle
200 E. Randolph, 45th Floor
Chicago, IL 60601

| DATE: 03-17-22 | PE: TK | DRAWN BY: RHM | CHECKED BY: DW | BOOK: 625 PG: 17 |

### REVISIONS

| NO. | REVISIONS | DATE | BY |
|---|---|---|---|
| 1. | ADDITIONAL TOPOGRAPHY & REVISED BOUNDARY | 04-28-22 | RHM |
| 2. | LEGAL DESCRIPTION AND TITLE REVIEW | 05-06-22 | RHM |
| 3. | PER EXISTING TREE DOCUMENTATION | 07-13-22 | RHM |
| 4. | PER EMAIL DATED 07-19-2022 | 07-26-22 | RHM |
| 5. | PER EMAIL DATED 07-27-2022 | 08-01-22 | RHM |

### UTILITY STATEMENT

**SHEET**
1 OF 10

SCALE: 1" = 100'


Know what's below.
Call before you dig.

Case: 1:23-cv-03476 Document #: 1-2 Filed: 06/01/23 Page 81 of 161 PageID #:459

# ALTA/NSPS LAND TITLE
## AND TOPOGRAPHIC SURVEY



GRAPHIC SCALE

( IN FEET )
1 inch = 60 ft.

LEGEND

LINE LEGEND

ABBREVIATIONS

BENCHMARKS

| PROJECT | | | | | | |
|---|---|---|---|---|---|---|
| Addams Medill Survey - Chicago | DATE: 03-17-22 | PC TK | DRAWN BY RHM | CHECKED BY DW | BOOK 625 PG 17 | |

| NO. | REVISIONS | DATE | BY |
|---|---|---|---|
| 1. | ADDITIONAL TOPOGRAPHY & REVISED BOUNDARY | 04-28-22 | RHM |
| 2. | LEGAL DESCRIPTION AND TITLE REVIEW | 06-14-22 | RHM |
| 3. | ADD EXISTING TREE DOCUMENTATION | 06-23-22 | RHM |
| 4. | PER EMAIL DATED 07-19-2022 | 07-26-22 | RHM |
| 5. | PER EMAIL DATED 07-27-2022 | 07-27-22 | RHM |

COMPASS
SURVEYING LTD

ALTA SURVEYS ● TOPOGRAPHY ● CONSTRUCTION STAKING

2631 GINGER WOODS PARKWAY, STE. 100
AURORA, IL 60502

PHONE: (630) 820-9100 FAX: (630) 820-7030 EMAIL: ADMIN@CLSURVEYING.COM

Jones Lang LaSalle

CLIENT
200 E. Randolph, 45th Floor
Chicago IL 60601

SCALE 1" = 60'
2 OF 10

UTILITY STATEMENT

J:\PSDATA\2022_PROJECTS\22.0017\22.0013-L-TS-TOPO.DWG



Know what's below.
Call before you dig.
811

Case: 1:23-cv-03476 Document #: 1-2 Filed: 06/01/23 Page 82 of 161 PageID #:460

# ALTA/NSPS LAND TITLE
## AND TOPOGRAPHIC SURVEY

GRAPHIC SCALE

( IN FEET )
1 inch = 60 ft



W. 13TH ST.

W. HASTINGS ST.

W. 14TH ST.

W. 14TH PL.

WEST 15TH STREET

SOUTH LOOMIS STREET

S. LAFLIN ST.

## LEGEND

## LINE LEGEND

## ABBREVIATIONS

## BENCHMARKS

## COMPASS
## SURVEYING LTD
ALTA SURVEYS • TOPOGRAPHY • CONSTRUCTION STAKING

2631 GINGER WOODS PARKWAY, STE. 100
AURORA, IL 60502
PHONE: (630) 820-9100  FAX: (630) 820-7030  EMAIL: ADMIN@CLSURVEYING.COM

SCALE 1" = 60'

3 OF 10

PROJECT
Addams Medill Survey - Chicago

CLIENT
Jones Lang LaSalle
200 E. Randolph, 65th Floor
Chicago IL 60601

DATE: 03-17-22   PC  TK   DRAWN BY  RHM   CHECKED BY  DW   BOOK 825 PG 17

| NO. | REVISIONS | DATE | BY |
|---|---|---|---|
| 1. | ADDITIONAL TOPOGRAPHY & REVISED BOUNDARY | 04-28-22 | RHM |
| 2. | LEGAL DESCRIPTION AND TITLE REVIEW | 06-14-22 | RHM |
| 3. | PER EMAIL DATED 07-19-2022 | 07-20-22 | RHM |
| 4. | PER EMAIL DATED 07-26-2022 | 07-26-22 | RHM |
| 5. | PER EMAIL DATED 07-27-2022 | 07-27-22 | RHM |

UTILITY STATEMENT

Know what's below.
Call before you dig.
811

# TOPOGRAPHIC SURVEY

PART OF THE WEST HALF OF THE NORTHWEST QUARTER OF
SECTION 20, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE
THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

GRAPHIC SCALE

( IN FEET )
1 inch = 30 ft.



## LEGEND

## LINE LEGEND

## ABBREVIATIONS

PROJECT

Addams Medill Survey - Chicago

CLIENT

Jones Lang LaSalle
200 E. Randolph, 45th Floor
Chicago, IL 60601

| DATE: 03-17-22 | PC: TK | DRAWN BY: RHM | CHECKED BY: DW | BOOK 625 PG 17 |
|---|---|---|---|---|

| NO. | REVISIONS | DATE | BY |
|---|---|---|---|
| 1. | ADDITIONAL TOPOGRAPHY & REVISED BOUNDARY | 04-26-22 | RHM |
| 2. | LEGAL DESCRIPTION AND TITLE REVIEW | 06-14-22 | RHM |
| 3. | ADD EXISTING TREE DOCUMENTATION | 06-23-22 | RHM |
| 4. | PER EMAIL DATED 07-19-2022 | 07-26-22 | RHM |
| 5. | PER EMAIL DATED 07-27-2022 | 07-27-22 | RHM |

## COMPASS
### SURVEYING LTD

ALTA SURVEYS ● TOPOGRAPHY ● CONSTRUCTION STAKING

2631 GINGER WOODS PARKWAY, STE. 100
AURORA, IL 60502

PHONE: (630) 820-9100 FAX: (630) 820-7830 EMAIL: ADMIN@CLSURVEYING.COM

SCALE: 1" = 30'

4 OF 10

22.0013

J:\PSD-ATK\2022 PROJECTS\22.0013-JLL\22.0013-LTS-TOPO.DWG

## UTILITY STATEMENT

THE UNDERGROUND UTILITIES SHOWN HAVE BEEN LOCATED FROM
FIELD SURVEY INFORMATION AND EXISTING DRAWINGS. THE SURVEYOR
MAKES NO GUARANTEE THAT THE UNDERGROUND UTILITIES SHOWN
COMPRISE ALL SUCH UTILITIES IN THE AREA, EITHER IN SERVICE OR
ABANDONED. THE SURVEYOR FURTHER DOES NOT WARRANT THAT
THE UNDERGROUND UTILITIES SHOWN ARE IN THE EXACT LOCATION
INDICATED, ALTHOUGH HE DOES CERTIFY THAT THEY ARE LOCATED AS
ACCURATELY AS POSSIBLE FROM INFORMATION AVAILABLE. THE
SURVEYOR HAS NOT PHYSICALLY LOCATED VISIBLE STRUCTURES, HOWEVER, HE HAS NOT
PHYSICALLY LOCATED THE UNDERGROUND LINES.

Know what's below.
Call before you dig.



# TOPOGRAPHIC SURVEY

PART OF THE WEST HALF OF THE NORTHWEST QUARTER OF
SECTION 20, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE
THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

# TOPOGRAPHIC SURVEY

PART OF THE WEST HALF OF THE NORTHWEST QUARTER OF
SECTION 20, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE
THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

GRAPHIC SCALE

( IN FEET )
1 inch = 30  ft.



## LEGEND

- FOUND 7/8" O.D.I.P. (UNLESS OTHERWISE NOTED (FIELD LOCATION)
- CONCRETE MONUMENT
- CROSS IN CONCRETE
- MANHOLE
- STORM STRUCTURE
- SANITARY MANHOLE
- CLEANOUT
- FLARED END SECTION
- TRANSFORMER PAD
- ELECTRIC MANHOLE
- ELECTRIC BOX
- ELECTRIC PEDESTAL
- ELECTRIC MARKER
- ELECTRIC METER
- UTILITY POLE
- UTILITY POLE W/LIGHT
- UTILITY POLE W/TRF
- GUY POLE
- OVERHEAD TRAFFIC SIGNAL
- TRAFFIC SIGNAL MANHOLE
- LIGHT
- LIGHT POLE
- HAND HOLE
- VALVE VAULT
- FIRE HYDRANT
- IRRIGATION CONTROL VALVE
- POST INDICATOR VALVE
- SIAMESE WATER CONNECTION
- WATER MANHOLE
- WATER METER
- B-BOX
- SPRINKLER CONTROL VALVE
- TELEPHONE MANHOLE
- TELEPHONE NETWORK INTERFACE
- TELEPHONE MARKER
- TELEPHONE PEDESTAL
- CABLE TELEVISION PEDESTAL
- CONTROL BOX
- WETLAND FLAG
- GAS METER
- GAS VALVE
- GAS MARKER
- DOWN SPOUT
- BORING HOLE
- MONITORING WELL
- GATE POST
- BOLLARD POLE
- SIGN
- MAILBOX
- SANITARY SEWER
- STORM SEWER
- WATER MAIN
- GAS MAIN
- ELECTRIC LINE
- OVERHEAD WIRES
- TELEPHONE LINE
- CONIFEROUS TREE W/APPROX. DIAMETER
- DECIDUOUS TREE W/VARIOUS DIAMETER (DRIP LINE SHOWN IS APPROXIMATE)
- TREE LINE
- ELEVATION
- BITUMINOUS PAVEMENT
- CONCRETE SURFACE
- DEPRESSED CURB
- GRAVEL SURFACE
- LANDSCAPE AREA
- STONE SURFACE
- DETECTABLE TACTILE WARNING SURFACE
- BRICK PAVERS
- WOOD FENCE
- CHAIN LINK FENCE
- METAL FENCE
- METAL GUARDRAIL
- OVERHEAD TRAFFIC

## LINE LEGEND

- LIMITS OF LAND PER LEGAL DESCRIPTION
- ADJACENT LAND
- PARCEL LINE
- EASEMENT LINE
- SECTION LINE
- BUILDING SETBACK LINE
- SECTION LINE

## ABBREVIATIONS

O.D.I.P. = OUTSIDE DIAMETER IRON PIPE
T.F. = TOP OF FOUNDATION
F.F. = FINISHED FLOOR
FES = FLARED END SECTION
VCP = VITRIFIED CLAY PIPE
DIP = DUCTILE IRON PIPE
PVC = POLYVINYL CHLORIDE
RCP = REINFORCED CONCRETE PIPE
CMP = CORRUGATED METAL PIPE
(M) = RECORD BEARING OR DISTANCE
(M) = MEASURED BEARING OR DISTANCE
(C) = CALCULATE BEARING OR DISTANCE
(D) = DEED BEARING OF DISTANCE
N = NORTH
S = SOUTH
E = EAST
W = WEST
NE = NORTHEAST
NW = NORTHWEST
SE = SOUTHEAST
SW = SOUTHWEST
Ch = CHORD
Ch.B. = CHORD BEARING
B.S.L. = BUILDING SETBACK LINE
U.E. = UTILITY EASEMENT
D.E. = DRAINAGE EASEMENT
P.U.E. = PUBLIC UTILITY EASEMENT
P.O.B. = POINT OF BEGINNING
P.O.C. = POINT OF COMMENCEMENT
P.D.E. = PUBLIC DRAINAGE EASEMENT
D.U. & DRAINAGE EASEMENT
BC = BACK OF CURB
BDC = BACK OF DEPRESSED
FL = FLOW LINE
C = CONCRETE
B = BITUMINOUS
G = GRAVEL
EW = EDGE OF WALK
TW = TOP OF WALL
BW = BOTTOM OF WALL
EL = INVERT ELEVATION
PR = PROPERTY LINE
R.O.W. = RIGHT OF WAY
T = TRANSFORMER
P = PAVERS

---

UTILITY STATEMENT

THE UNDERGROUND UTILITIES SHOWN HAVE BEEN LOCATED FROM
FIELD SURVEY INFORMATION AND EXISTING DRAWINGS. THE
SURVEYOR MAKES NO GUARANTEE THAT THE UNDERGROUND UTILITIES
SHOWN COMPRISE ALL SUCH UTILITIES IN THE AREA, EITHER IN
SERVICE OR ABANDONED. THE SURVEYOR FURTHER DOES NOT WARRANT THAT
THE UNDERGROUND UTILITIES SHOWN ARE IN THE EXACT LOCATION
INDICATED ALTHOUGH HE DOES CERTIFY THAT THEY ARE LOCATED AS
ACCURATELY AS POSSIBLE FROM INFORMATION AVAILABLE. THE SURVEYOR HAS NOT
PHYSICALLY LOCATED THE UNDERGROUND UTILITIES.

---

**COMPASS SURVEYING LTD**

ALTA SURVEYS ● TOPOGRAPHY ● CONSTRUCTION STAKING

2631 GINGER WOODS PARKWAY, STE. 100
AURORA, IL 60502

PHONE: (630) 820-9100  FAX: (630) 820-7830  EMAIL: ADMIN@CLSURVEYING.COM

| PROJECT | DATE: 03-17-22 | PC TK | DRAWN BY RHM | CHECKED BY DW | BOOK 625 PG 17 |
|---|---|---|---|---|---|
| Addams Medill Survey - Chicago | | | | | |

| | REVISIONS | | |
|---|---|---|---|
| NO. | | DATE | BY |
| 1. | ADDITIONAL TOPOGRAPHY & REVISED BOUNDARY | 04-25-22 | RHM |
| 2. | LEGAL DESCRIPTION AND TITLE REVIEW | 06-14-22 | RHM |
| 3. | ADD EXISTING TREE DOCUMENTATION | 06-23-22 | RHM |
| 4. | PER EMAIL DATED 07-19-2022 | 07-19-22 | RHM |
| 5. | PER EMAIL DATED 07-26-2022 | 07-26-22 | RHM |
| 6. | PER EMAIL DATED 07-27-2022 | 07-27-22 | RHM |

CLIENT

Jones Lang LaSalle
200 E. Randolph, 45th Floor
Chicago IL 60601

SCALE 1" = 30'     6 OF 10

811
Know what's below.
Call before you dig.

Case: 1:23-cv-03476 Document #: 1-2 Filed: 06/01/23 Page 86 of 161 PageID #:464

# TOPOGRAPHIC SURVEY

PART OF THE WEST HALF OF THE NORTHWEST QUARTER OF
SECTION 20, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE
THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

GRAPHIC SCALE

( IN FEET )
1 inch = 30 ft.



## LEGEND

- FOUND 7/8" O.D.I.P.
  UNLESS OTHERWISE NOTED
  (HELD LOCATION)
- CONCRETE MONUMENT
- CROSS IN CONCRETE
- MANHOLE
- STORM STRUCTURE
- SANITARY MANHOLE
- CLEANOUT
- FLARED END SECTION
- TRANSFORMER PAD
- ELECTRIC MANHOLE
- ELECTRIC BOX
- ELECTRIC PEDESTAL
- ELECTRIC MARKER
- ELECTRIC METER
- UTILITY POLE
- UTILITY POLE W/LIGHT
- UTILITY POLE W/TRF
- GUY POLE
- OVERHEAD TRAFFIC SIGNAL
- TRAFFIC SIGNAL MANHOLE
- LIGHT
- LIGHT POLE
- HAND HOLE
- VALVE VAULT
- FIRE HYDRANT
- IRRIGATION CONTROL VALVE
- POST INDICATOR VALVE
- SIAMESE WATER CONNECTION
- WATER MANHOLE
- WATER METER
- VALVE BOX
- B/BOX
- SPRINKLER CONTROL VALVE
- TELEPHONE MANHOLE
- TELEPHONE NETWORK INTERFACE
- TELEPHONE MARKER
- TELEPHONE PEDESTAL
- CONTROL BOX
- CABLE TELEVISION PEDESTAL
- HAND FLAG
- GAS METER
- GAS VALVE
- GAS MARKER
- BORING HOLE
- MONITORING WELL
- GATE POST
- BOLLARD POLE
- SIGN
- FLAG POLE
- MAILBOX
- SANITARY SEWER
- STORM SEWER
- WATER MAIN
- GAS MAIN
- ELECTRIC LINE
- OVERHEAD WIRES
- TELEPHONE LINE
- DECIDUOUS TREE
  W/APPROX. DIAMETER
- DECIDUOUS TREE
  W/APPROX. DIAMETER
  (DRIP LINE SHOWN IS APPROXIMATE)
- TREE LINE
- ELEVATION
- BITUMINOUS PAVEMENT
- CONCRETE SURFACE
- DEPRESSED CURB
- GRAVEL SURFACE
- LANDSCAPE AREA
- DETECTABLE TACTILE
  WARNING SURFACE
- BRICK PAVERS
- WOOD FENCE
- CHAIN LINK FENCE
- METAL GUARDRAIL
- OVERHEAD TRAFFIC

## LINE LEGEND

- LIMITS OF LAND PER
- LEGAL DESCRIPTION
- PARCEL LINE
- EASEMENT LINE
- CENTERLINE
- BUILDING SETBACK LINE
- SECTION LINE
- EXISTING CONTOUR

## ABBREVIATIONS

O.D.I.P. = OUTSIDE DIAMETER IRON PIPE
T/F = TOP OF FOUNDATION
FF = FINISHED FLOOR
FES = FLARED END SECTION
VCP = VITRIFIED CLAY PIPE
DIP = DUCTILE IRON PIPE
PVC = POLYVINYL CHLORIDE
RCP = REINFORCED CONCRETE PIPE
(C) = CORRUGATED METAL PIPE
(M) = RECORD BEARING OR DISTANCE
(M) = MEASURED BEARING OR DISTANCE
(C) = CALCULATED BEARING OR DISTANCE
(D) = DEED BEARING OF DISTANCE
N = NORTH
S = SOUTH
E = EAST
W = WEST
L = ARC LENGTH
R = RADIUS
CH = CHORD
CB = CHORD BEARING
B/L = BUILDING SETBACK LINE
U.E. = UTILITY EASEMENT
D.E. = DRAINAGE EASEMENT
P.U.E. = PUBLIC UTILITY EASEMENT
P.O.B. = POINT OF BEGINNING
P.O.C. = POINT OF COMMENCEMENT
D.E. = DRAINAGE EASEMENT
B/C = BACK OF CURB
BDC = BACK OF DEPRESSED
FL = FLOW LINE
C = CONCRETE
G = INVERT
GR = GRATE
RIM = RIM ELEVATION
% = PERCENT LINE
TC = TOP OF CURB
TW = TOP OF WALL
BW = BOTTOM OF WALL
B = BRICK
D = DEPRESSED CURB
P = PAVERS

---

COMPASS
SURVEYING LTD
ALTA SURVEYS ● TOPOGRAPHIC ● CONSTRUCTION STAKING

2631 GINGER WOODS PARKWAY, STE. 100
AURORA, IL 60502
PHONE: (630) 820-9100  FAX: (630) 820-7838  EMAIL: ADMIN@CLSURVEYING.COM

PROJECT
Addams Medill Survey - Chicago

CLIENT
Jones Lang LaSalle
200 E. Randolph, 45th Floor
Chicago IL 60601

| DATE : | 03-17-22 | PC | TK | DRAWN BY | RHM | CHECKED BY | DW | BOOK 625 PG 17 |
|--------|----------|-----|-----|----------|------|------------|-----|----------------|
| NO. | | REVISIONS | | | | | DATE | BY |
| 1. | ADDITIONAL TOPOGRAPHY & REVISED BOUNDARY | | | | | | 04-28-22 | RHM |
| 2. | LEGAL DESCRIPTION AND TITLE REVIEW | | | | | | 06-14-22 | RHM |
| 3. | ADD EXISTING EASEMENTS | | | | | | 06-23-22 | RHM |
| 4. | PER EMAIL DATED  07-19-2022 | | | | | | 07-26-22 | RHM |
| 5. | PER EMAIL DATED  07-27-2022 | | | | | | 07-27-22 | RHM |

J:\PSDATA\2022  PROJECTS\22.0017\22.0013-LTS-TOPO.DWG

UTILITY STATEMENT
THE UNDERGROUND UTILITIES SHOWN HAVE BEEN LOCATED FROM
FIELD SURVEY INFORMATION AND EXISTING DRAWINGS. MAPS AND
RECORDS SUPPLIED TO SURVEYOR. THE SURVEYOR MAKES NO
GUARANTEES THAT THE UNDERGROUND UTILITIES SHOWN COMPRISE
ALL SUCH UTILITIES IN THE AREA, EITHER IN SERVICE OR
ABANDONED. THE SURVEYOR FURTHER DOES NOT WARRANT THAT
THE UNDERGROUND UTILITIES SHOWN ARE IN THE EXACT LOCATION
INDICATED ALTHOUGH HE DOES CERTIFY THAT THEY ARE LOCATED
AS ACCURATELY AS POSSIBLE FROM INFORMATION AVAILABLE. THIS
SURVEY DOES NOT PURPORT TO SHOW UNDERGROUND UTILITIES.
PHYSICALLY LOCATED VISIBLE STRUCTURES, HOWEVER, HE HAS NOT
PHYSICALLY LOCATED THE UNDERGROUND LINES.

811
Know what's below.
Call before you dig.

Case: 1:23-cv-03476 Document #: 1-2 Filed: 06/01/23 Page 87 of 161 PageID #:465



# TOPOGRAPHIC SURVEY

PART OF THE WEST HALF OF THE NORTHWEST QUARTER OF
SECTION 20, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE
THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

GRAPHIC SCALE

( IN FEET )
1 inch = 30 ft.

PARCEL 1

PARCEL 2

W. 13TH ST

WEST HASTINGS STREET

W. 14TH ST

## LEGEND

## LINE LEGEND

## ABBREVIATIONS

COMPASS
SURVEYING LTD
ALTA SURVEYS • TOPOGRAPHY • CONSTRUCTION STAKING

2631 GINGER WOODS PARKWAY, STE. 100
AURORA, IL 60502
PHONE: (630) 820-9100 FAX: (630) 820-7030 EMAIL: ADMIN@CLSURVEYING.COM

PROJECT
Addams Medill Survey - Chicago

CLIENT
Jones Lang LaSalle
200 E. Randolph, 45th Floor
Chicago IL 60601

| DATE : | 03-17-22 | PC | TK | DRAWN BY | RHW | CHECKED BY | DW | BOOK | 625 | PG | 17 |
|--------|----------|----|----|----------|-----|------------|-----|------|-----|-----|-----|

| NO. | REVISIONS | DATE | BY |
|-----|-----------|------|-----|
| 1. | ADDITIONAL TOPOGRAPHY & REVISED BOUNDARY | 04-28-22 | RHW |
| 2. | LEGAL DESCRIPTION AND TITLE REVIEW | 06-14-22 | RHW |
| 3. | ADD. SPRINKLER CONTROL AND DOCUMENTATION | 06-23-22 | RHW |
| 4. | PER EMAIL DATED 07-19-2022 | 07-26-22 | RHW |
| 5. | PER EMAIL DATED 07-27-2022 | 07-27-22 | RHW |

UTILITY STATEMENT

Know what's below.
Call before you dig.

SCALE 1" = 30'
22.0013

# TOPOGRAPHIC SURVEY

PART OF THE WEST HALF OF THE NORTHWEST QUARTER OF
SECTION 20, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE
THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

GRAPHIC SCALE

( IN FEET )
1 inch = 30 ft.





## LEGEND

FOUND 7/8" O.D.I.P.
UNLESS OTHERWISE NOTED
(HELD LOCATION)
CONCRETE MONUMENT
CROSS IN CONCRETE
MANHOLE
STORM STRUCTURE
SANITARY MANHOLE
CLEANOUT
FLARED END SECTION
TRANSFORMER PAD
ELECTRIC MANHOLE
ELECTRIC BOX
ELECTRIC PEDESTAL
ELECTRIC MARKER
ELECTRIC METER
UTILITY POLE
UTILITY POLE W/LIGHT
UTILITY POLE W/TSF
GUY POLE
OVERHEAD TRAFFIC SIGNAL
TRAFFIC SIGNAL MANHOLE
LIGHT
LIGHT POLE
HAND HOLE
VALVE VAULT
FIRE HYDRANT
IRRIGATION CONTROL VALVE
POST INDICATOR VALVE
SIAMESE WATER CONNECTION
WATER MARKER
WATER METER
VALVE BOX
B/BOX
SPRINKLER CONTROL VALVE
TELEPHONE MANHOLE
TELEPHONE NETWORK INTERFACE
TELEPHONE MARKER
TELEPHONE PEDESTAL
CABLE TELEVISION PEDESTAL
CONTROL BOX
WETLAND FLAG
GAS METER
GAS VALVE
GAS MARKER
DOWN SPOUT
BORING HOLE
MONITORING WELL
GATE POST
BOLLARD POLE
SIGN
FLAG POLE
MAILBOX
STORM SEWER
WATER MAIN
GAS MAIN
ELECTRIC LINE
OVERHEAD WIRES
TELEPHONE LINE
CONIFEROUS TREE
W/APPROX. DIAMETER
DECIDUOUS TREE
W/APPROX. DIAMETER
MEASURED IN INCHES
(DRIP LINE SHOWN IS APPROXIMATE)
TREE LINE
ELEVATION
BITUMINOUS PAVEMENT
CONCRETE SURFACE
DEPRESSED CURB
GRAVEL SURFACE
LANDSCAPE AREA
STONE SURFACE
DETECTABLE TACTILE
WARNING SURFACE
BRICK PAVERS
WOOD FENCE
CHAIN LINK FENCE
METAL FENCE
GUARDRAIL
OVERHEAD TRAFFIC

## LINE LEGEND

LIMITS OF LAND PER
LEGAL DESCRIPTION
ADJACENT LAND
PARCEL LINE
EASEMENT LINE
CENTERLINE
BUILDING SETBACK LINE
SECTION LINE
EXISTING CONTOUR

## ABBREVIATIONS

O.D.I.P. = OUTSIDE DIAMETER IRON PIPE
T/F = TOP OF FOUNDATION
FF = FINISHED FLOOR
FES = FLARED END SECTION
VCP = VITRIFIED CLAY PIPE
DIP = DUCTILE IRON PIPE
PVC = POLYVINYL CHLORIDE
RCP = REINFORCED CONCRETE PIPE
CMP = CORRUGATED METAL PIPE
(R) = RECORD BEARING OR DISTANCE
(M) = MEASURED BEARING OR DISTANCE
(C) = CALCULATED BEARING OR DISTANCE
(D) = DEED BEARING OR DISTANCE
N = NORTH
S = SOUTH
E = EAST
W = WEST
A = ARC LENGTH
R = RADIUS
CH = CHORD
CH.B. = CHORD BEARING
B.S.L. = BUILDING SETBACK LINE
U.E. = UTILITY EASEMENT
D.E. = DRAINAGE EASEMENT
P.U.E. = PUBLIC UTILITY EASEMENT
P.O.B. = POINT OF BEGINNING
P.O.C. = POINT OF COMMENCEMENT
P.U. & D.E. = PUBLIC UTILITY AND
DRAINAGE EASEMENT
BC = BACK OF CURB
BDC = BACK OF DEPRESSED
CL = FLOW LINE
C = CONCRETE
P = PAVEMENT
G = GRAVEL
E# = EDGE OF WALK
TW = TOP OF WALL
BW = BOTTOM OF WALL
TP = TOP OF PIPE
IE = INVERT ELEVATION
PL = PROPERTY LINE
DS = DOWN SPOUT
TRANSFORMER
SW = SIDEWALK
FH = FIRE HYDRANT
B = PAVERS

WEST ROOSEVELT ROAD

S. LAFLIN ST.

SOUTH ASHLAND AVENUE

W. 14TH ST.



### UTILITY STATEMENT

THE UNDERGROUND UTILITIES SHOWN HAVE BEEN LOCATED FROM
FIELD SURVEY INFORMATION AND EXISTING DRAWINGS. THE SURVEYOR
MAKES NO GUARANTEE THAT THE UNDERGROUND UTILITIES SHOWN
COMPRISE ALL SUCH UTILITIES IN THE AREA, EITHER IN SERVICE OR
ABANDONED. THE SURVEYOR FURTHER DOES NOT WARRANT THAT
THE UNDERGROUND UTILITIES SHOWN ARE IN THE EXACT LOCATION
INDICATED, ALTHOUGH HE DOES CERTIFY THAT THEY ARE LOCATED AS
ACCURATELY AS POSSIBLE FROM INFORMATION AVAILABLE. THIS SURVEYOR HAS NOT
PHYSICALLY LOCATED THE UNDERGROUND UTILITIES.



# ALTA/NSPS LAND TITLE
## AND TOPOGRAPHIC SURVEY

GRAPHIC SCALE

( IN FEET )
1 inch = 60 ft.

NOTE

EXISTING TREE DOCUMENTATION PREPARED BY "CONFLUENCE"

### EXISTING TREES

| KEY | CANOPY TREES | |
|---|---|---|
| | BOTANICAL NAME | COMMON NAME |
| GLTR | GLEDITSIA TRICANTHOS | HONEY LOCUST |
| CEOC | CELTIS OCCIDENTALIS | HACKBERRY |
| ACPL | ACER PLATANOIDES | NORWAY MAPLE |
| ACSA | ACER SACCHARUM | SILVER MAPLE |
| MOAL | MORUS ALBA | MULBERRY |
| TISP | TILIA SPECIES (EXACT SPECIES UNKNOWN) | LINDEN |
| CRCR | CRATAEGUS CRUS-GALLI | COCKSPUR HAWTHORN |
| MASP | MALUS SPECIES (SPECIES UNKNOWN) | CRABAPPLE |
| ULSP | ULMUS SPECIES (SPECIES UNKNOWN) | ELM |
| ULCA | ULMUS CARPINIFOLIA | EUROPEAN ELM |
| QUBI | QUERCUS BICOLOR | SWAMP WHITE OAK |
| ALAL | AILANTHUS ALTISSIMA | TREE OF HEAVEN |
| GIBI | GINKGO BILOBA | GINKGO |

UTILITY STATEMENT

THE UNDERGROUND UTILITIES SHOWN HAVE BEEN LOCATED FROM FIELD SURVEY INFORMATION AND EXISTING DRAWINGS, MAPS, AND RECORDS SUPPLIED TO SURVEYOR. THE SURVEYOR MAKES NO GUARANTEES THAT THE UNDERGROUND UTILITIES SHOWN COMPRISE ALL SUCH UTILITIES IN THE AREA, EITHER IN SERVICE OR ABANDONED. THE SURVEYOR FURTHER DOES NOT WARRANT THAT THE UNDERGROUND UTILITIES SHOWN ARE IN THE EXACT LOCATION INDICATED ALTHOUGH HE/SHE DOES CERTIFY THAT THEY ARE LOCATED AS ACCURATELY AS POSSIBLE FROM INFORMATION AVAILABLE. THE SURVEYOR HAS NOT PHYSICALLY LOCATED THE UNDERGROUND STRUCTURES. HOWEVER, HE HAS NOT PHYSICALLY LOCATED THE UNDERGROUND UTILITIES.

J:\PSDATA\2022 PROJECTS\22.0013\22.0013-LT5-TOPO.DWG

| | DATE: 03-17-22 | PC TK | DRAWN BY RHM | CHECKED BY DW | BOOK 625 PG 17 | |
|---|---|---|---|---|---|---|
| PROJECT | | | | | | |
| Addams Medill Survey - Chicago | NO. | REVISIONS | | DATE | BY | |
| | 1. | ADDITIONAL TOPOGRAPHY & REVISED BOUNDARY | | 04-28-22 | RHM | |
| | 2. | LEGAL DESCRIPTION AND TITLE REVIEW | | 06-14-22 | RHM | |
| CLIENT | 3. | ADD EXISTING TREE DOCUMENTATION | | 06-15-22 | RHM | |
| Jones Lang LaSalle | 4. | PER EMAIL DATED 07-19-2022 | | 07-26-22 | RHM | |
| 200 E. Randolph, 47th Floor | 5. | PER EMAIL DATED 07-27-2022 | | 07-27-22 | RHM | |
| Chicago IL 60601 | 6. | | | | | |

COMPASS SURVEYING LTD

ALTA SURVEYS ● TOPOGRAPHY ● CONSTRUCTION STAKING

2631 GINGER WOODS PARKWAY, STE. 100
AURORA, IL 60502
PHONE: (630) 820-9100  FAX: (630) 820-7650  EMAIL: ADMIN@CLSURVEYING.COM

10 OF 10

SCALE 1" = 60'

**CBRE VALUATION & ADVISORY SERVICES**

# APPRAISAL REPORT

CHA LAND - CHICAGO FIRE FOOTBALL CLUB
DEVELOPMENT
1301 WEST 14TH STREET
CHICAGO, ILLINOIS 60608
CBRE FILE NO. CB22US044937-1

CLIENT: CHICAGO HOUSING AUTHORITY

**CBRE**

VALUATION & ADVISORY SERVICES



321 N. Clark St. Ste. 3400
Chicago, IL 60654

T (312) 233-8685
F (312) 277-3453

www.cbre.com

Date of Report: April 29, 2022

Mr. Christopher H. Stinson
Director, Procurement
CHICAGO HOUSING AUTHORITY
60 E Van Buren
Chicago, Illinois 60605

RE:     Appraisal of: CHA Land - Chicago Fire Football Club Development
        1301 West 14th Street
        Chicago, Cook County, Illinois
        CBRE, Inc. File No. CB22US044937-1

Dear Mr. Stinson:

At your request and authorization, CBRE, Inc. has prepared an appraisal of the market value of the referenced property.  Our analysis is presented in the following Appraisal Report.

The subject is a 25.50-acre (1,110,780 sq. ft.) tract of vacant land located at 1301 West 14th Street in Chicago, Illinois. The Chicago Fire Football Club is negotiating with the Chicago Housing Authority to create a ground lease for approximately 25.5-acres of the subject site, as a training facility for their major league soccer team.  The majority of the property is comprised of grassy land.  Per the Client instructions, CBRE, Inc. has not considered any of the existing improvement and only the subject's underlying land value.

Based on the analysis contained in the following report, the market value of the subject is concluded as follows:

| MARKET VALUE CONCLUSION | | | |
|---|---|---|---|
| Appraisal Premise | Interest Appraised | Date of Value | Value Conclusion |
| Land Value | Fee Simple Estate | April 17, 2022 | $23,330,000 |
| Compiled by CBRE | | | |

The report, in its entirety, including all assumptions and limiting conditions, is an integral part of, and inseparable from, this letter.

The following appraisal sets forth the most pertinent data gathered, the techniques employed, and the reasoning leading to the opinion of value.  The analyses, opinions and conclusions were developed based on, and this report has been prepared in conformance with, the guidelines and

Mr. Christopher H. Stinson
April 29, 2022
Page 2

recommendations set forth in the Uniform Standards of Professional Appraisal Practice (USPAP), and the requirements of the Code of Professional Ethics and Standards of Professional Appraisal Practice of the Appraisal Institute.  It also conforms to Title XI Regulations and the Financial Institutions Reform, Recovery, and Enforcement Act of 1989 (FIRREA) updated in 1994 and further updated by the Interagency Appraisal and Evaluation Guidelines promulgated in 2010.

The intended use and user of our report are specifically identified in our report as agreed upon in our contract for services and/or reliance language found in the report. As a condition to being granted the status of an intended user, any intended user who has not entered into a written agreement with CBRE in connection with its use of our report agrees to be bound by the terms and conditions of the agreement between CBRE and the client who ordered the report.  No other use or user of the report is permitted by any other party for any other purpose. Dissemination of this report by any party to any non-intended users does not extend reliance to any such party, and CBRE will not be responsible for any unauthorized use of or reliance upon the report, its conclusions or contents (or any portion thereof).

It has been a pleasure to assist you in this assignment.  If you have any questions concerning the analysis, or if CBRE can be of further service, please contact us.


Respectfully submitted,

CBRE - VALUATION & ADVISORY SERVICES



Randal D. Dawson, MAI, FRICS, CRE
Executive Vice President
State Certified General Real Estate Appraiser
State of Illinois License No. 553-001098
Expires: September 30, 2023
Phone: (312) 233-8685
Fax:      (312) 277-3453
Email:    randal.dawson@cbre.com



# Certification

We certify to the best of our knowledge and belief:

1. The statements of fact contained in this report are true and correct.

2. The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are our personal, impartial and unbiased professional analyses, opinions, and conclusions.

3. We have no present or prospective interest in or bias with respect to the property that is the subject of this report and have no personal interest in or bias with respect to the parties involved with this assignment.

4. Our engagement in this assignment was not contingent upon developing or reporting predetermined results.

5. Our compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

6. Our analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice, as well as the requirements of the State of Illinois.

7. The reported analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the requirements of the Code of Professional Ethics and Standards of Professional Appraisal Practice of the Appraisal Institute.

8. The use of this report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representatives.

9. As of the date of this report, Randal D. Dawson, MAI, FRICS, CRE has completed the continuing education program for Designated Members of the Appraisal Institute.

10. Randal D. Dawson, MAI, FRICS, CRE has made a personal inspection of the property that is the subject of this report.

11. No one provided significant real property appraisal assistance to the persons signing this report.

12. Valuation & Advisory Services operates as an independent economic entity within CBRE, Inc. Although employees of other CBRE, Inc. divisions may be contacted as a part of our routine market research investigations, absolute client confidentiality and privacy were maintained at all times with regard to this assignment without conflict of interest.

13. Randal D. Dawson, MAI, FRICS, CRE has not provided any services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding agreement to perform this assignment.



Randal D. Dawson, MAI, FRICS, CRE
Executive Vice President
State Certified General Real Estate Appraiser
State of Illinois License No. 553-001098
Expires: September 30, 2023
Phone: (312) 233-8685
Fax:      (312) 277-3453
Email:    randal.dawson@cbre.com

*CHA Land - Chicago Fire Football Club Development, Chicago, Illinois*



# Subject Photographs





Aerial View





Redevelopment Layout



## REDEVELOPMENT LAYOUT





## REDEVELOPMENT LAYOUT





# REDEVELOPMENT LAYOUT





**REDEVELOPMENT LAYOUT**



VIEW CORRIDOR - 14TH STREET

*CHA Land - Chicago Fire Football Club Development, Chicago, Illinois*

CBRE





Photo 1

Photo 2





Photo 3

Photo 4





Photo 5

Photo 6

*CHA Land - Chicago Fire Football Club Development, Chicago, Illinois*

CBRE

# Executive Summary

| | |
|---|---|
| **Property Name** | CHA Land - Chicago Fire Football Club Development |
| **Location** | 1301 West 14th Street<br>Chicago, Cook County, IL 60608 |
| **Parcel Number(s)** | Numerous - located in work file |
| **Client** | Chicago Housing Authority |
| **Highest and Best Use** | |
| As If Vacant | Commercial Use |
| As Proposed | Major League Soccer Team Training  Facility |
| **Property Rights Appraised** | Fee Simple Interest      Leasehold Interest |
| **Date of Inspection** | April 17, 2022 |
| **Estimated Exposure Time** | 6 - 12 Months |
| **Estimated Marketing Time** | 6 - 12 Months |
| **Primary Land Area** | 25.50 AC                                    1,110,780 SF |
| **Zoning** | PD-896; Planned District |
| **Buyer Profile** | Institutional |

| VALUATION | Total | Per SF |
|---|---|---|
| Land Value | $23,330,000 | $21.00 |
| Leasehold Value | $764,000 | $0.69 |

| CONCLUDED MARKET VALUE | | | |
|---|---|---|---|
| **Appraisal Premise** | **Interest Appraised** | **Date of Value** | **Value** |
| Land Value | Fee Simple Estate | April 17, 2022 | $23,330,000 |

Compiled by CBRE

## EXTRAORDINARY ASSUMPTIONS

An extraordinary assumption is defined as "an assignment-specific assumption as of the effective date regarding uncertain information used in an analysis which, if found to be false, could alter the appraiser's opinions or conclusions." [1]

- The appraisal assumes the proposed development is fully entitled and permitted for the construction of the improvements as specifically described herein and that the project will be completed on time and within budget and in accordance with the plans and assumed good level of specifications commensurate with other new developments in the surrounding area.
- The use of these extraordinary assumptions may have affected the assignment results.

---

[1] The Appraisal Foundation, *USPAP, 2020-2021*



## HYPOTHETICAL CONDITIONS

A hypothetical condition is defined as "a condition, directly related to a specific assignment, which is contrary to what is known by the appraiser to exist on the effective date of the assignment results but is used for the purposes of analysis."  [2]

- None noted

## OWNERSHIP AND PROPERTY HISTORY

| OWNERSHIP SUMMARY | |
|---|---|
| Item | Current |
| **Current Ownership** | |
| Owner: | Chicago Housing Authority |
| Purchase Price: | More than 5 years ago |
| Sale in Last 3 Years?: | No |
| County/Locality Name: | Cook |
| Buyer/Seller Relationship Type: | Arm's length and reasonable |
| At / Above / Below Market: | At Market |
| **Pending Sale** | |
| Under Contract: | No |
| **Current Listing** | |
| Currently Listed For Sale: | No |
| Compiled by CBRE | |

CBRE is unaware of any arm's length ownership transfers of the property within three years of the date of appraisal.  Further, the property is not reportedly being offered for sale as of the current date.

The Chicago Fire Football Club is negotiating with the Chicago Housing Authority to create a ground lease for approximately 29.3-acres of the subject site, as a training facility for their major league soccer team.

## EXPOSURE/MARKETING TIME

Current appraisal guidelines require an estimate of a reasonable time period in which the subject could be brought to market and sold.  This reasonable time frame can either be examined historically or prospectively.  In a historical analysis, this is referred to as exposure time.  Exposure time always precedes the date of value, with the underlying premise being the time a property would have been on the market prior to the date of value, such that it would sell at its appraised value as of the date of value.  On a prospective basis, the term marketing time is most often used.  The exposure/marketing time is a function of price, time, and use.  It is not an isolated estimate of time alone.  In consideration of these factors, we have analyzed the following:

- exposure periods for comparable sales used in this appraisal;

---

[2] The Appraisal Foundation, *USPAP, 2020-2021*



- exposure/marketing time information from the CBRE, Inc. National Investor Survey and the PwC Real Estate Investor Survey; and
- the opinions of market participants.

The following table presents the information derived from these sources.

| EXPOSURE/MARKETING TIME DATA | | | |
|---|---|---|---|
| | Exposure/Mktg. (Months) | | |
| Investment Type | Range | | Average |
| Comparable Sales Data | 3.0 - 4.0 | | 0.9 |
| *PwC Net Lease* | | | |
| National Data | 2.0 - 18.0 | | 6.2 |
| Local Market Professionals | 6.0 - 12.0 | | 9.0 |
| **CBRE Exposure Time Estimate** | **6 - 12 Months** | | |
| **CBRE Marketing Period Estimate** | **6 - 12 Months** | | |
| Various Sources Compiled by CBRE | | | |



# Table of Contents

Certification ............................................................................................................. i

Subject Photographs ............................................................................................. iii

Executive Summary .................................................................................................x

Table of Contents ................................................................................................ xiii

Scope of Work....................................................................................................... 1

Area Analysis ........................................................................................................ 5

Neighborhood Analysis ......................................................................................... 7

Site Analysis ........................................................................................................ 19

Zoning ................................................................................................................ 23

Tax and Assessment Data .................................................................................... 24

Highest and Best Use .......................................................................................... 25

Land Value .......................................................................................................... 26

Leasehold Analysis .............................................................................................. 29

Reconciliation of Value ........................................................................................ 33

Assumptions and Limiting Conditions .................................................................. 34

ADDENDA

A   Land Sale Data Sheets

B   Qualifications



# Scope of Work

This Appraisal Report is intended to comply with the reporting requirements set forth under Standards Rule 2 of USPAP.  The scope of the assignment relates to the extent and manner in which research is conducted, data is gathered, and analysis is applied.

## INTENDED USE OF REPORT

This appraisal is to be used for market rent study and no other use is permitted.

## CLIENT

The client is Chicago Housing Authority.

## INTENDED USER OF REPORT

This appraisal is to be used by Chicago Housing Authority. No other user(s) may rely on our report unless as specifically indicated in this report.

> Intended users are those who an appraiser intends will use the appraisal or review report. In other words, appraisers acknowledge at the outset of the assignment that they are developing their expert opinions for the use of the intended users they identify. Although the client provides information about the parties who may be intended users, ultimately it is the appraiser who decides who they are. This is an important point to be clear about: The client does not tell the appraiser who the intended users will be. Rather, the client tells the appraiser who the client needs the report to be speaking to, and given that information, the appraiser identifies the intended user or users. It is important to identify intended users because an appraiser's primary responsibility regarding the use of the report's opinions and conclusions is to those users. Intended users are those parties to whom an appraiser is responsible for communicating the findings in a clear and understandable manner. They are the audience. [3]

## PURPOSE OF THE APPRAISAL

The purpose of this appraisal to estimate of market rent of the referenced real estate:

- Leasehold Value of the Land; and

- Fair Market Rent for the Land.

## DEFINITION OF VALUE

The current economic definition of market value agreed upon by agencies that regulate federal financial institutions in the U.S. (and used herein) is as follows:

---

[3] Appraisal Institute, *The Appraisal of Real Estate*, 15th ed. (Chicago: Appraisal Institute, 2020), 40.

*CHA Land - Chicago Fire Football Club Development, Chicago, Illinois*



The most probable price which a property should bring in a competitive and open market under all condition's requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

1. buyer and seller are typically motivated;
2. both parties are well informed or well advised, and acting in what they consider their own best interests;
3. a reasonable time is allowed for exposure in the open market;
4. payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
5. the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale. [4]

## INTEREST APPRAISED

The value estimated represents Fee Simple Estate and Leasehold Interest as defined below:

*Fee Simple Estate* — Absolute ownership unencumbered by any other interest or estate, subject only to the limitations imposed by the governmental powers of taxation, eminent domain, police power and escheat. [5]

*Leasehold Interest* - The tenant's possessory interest created by a lease. [6]

### Extent to Which the Property is Identified

The property is identified through the following sources:

- postal address
- assessor's records
- legal description

### Extent to Which the Property is Inspected

The extent of the inspection included the following: land inspection.

### Type and Extent of the Data Researched

CBRE reviewed the following:

- applicable tax data
- zoning requirements
- flood zone status
- demographics
- comparable data

---

[4] Interagency Appraisal and Evaluation Guidelines; December 10, 2010, Federal Register, Volume 75 Number 237, Page 77472.

[5] Appraisal Institute, The Dictionary of Real Estate Appraisal, 6th ed. (Chicago: Appraisal Institute, 2015), 90.

[6] *Dictionary of Real Estate Appraisal*, 128.

CHA Land - Chicago Fire Football Club Development, *Chicago, Illinois*



### Type and Extent of Analysis Applied

CBRE, Inc. analyzed the data gathered through the use of appropriate and accepted appraisal methodology to arrive at a probable value indication via each applicable approach to value. For vacant land, the sales comparison approach has been employed for this assignment.

### Data Resources Utilized in the Analysis

| DATA SOURCES | |
|---|---|
| Item: | Source(s): |
| **Site Data** | |
| Size | Representatives of the Chicago Housing Authority |
| Area Breakdown/Use | Representatives of the Chicago Housing Authority |
| **Other** | |
| Land Sales Data | CBRE database |
| Flood Zoning | FEMA |
| Compiled by CBRE | |

## APPRAISAL METHODOLOGY

In appraisal practice, an approach to value is included or omitted based on its applicability to the property type being valued and the quality and quantity of information available. Depending on a specific appraisal assignment, any of the following four methods may be used to determine the market value of the fee simple interest of land:

- Sales Comparison Approach;
- Income Capitalization Procedures;
- Allocation; and
- Extraction.

The following summaries of each method are paraphrased from the text.

The first is the sales comparison approach. This is a process of analyzing sales of similar, recently sold parcels in order to derive an indication of the most probable sales price (or value) of the property being appraised. The reliability of this approach is dependent upon (a) the availability of comparable sales data, (b) the verification of the sales data regarding size, price, terms of sale, etc., (c) the degree of comparability or extent of adjustment necessary for differences between the subject and the comparables, and (d) the absence of nontypical conditions affecting the sales price. This is the primary and most reliable method used to value land (if adequate data exists).

The income capitalization procedures include three methods: land residual technique, ground rent capitalization, and Subdivision Development Analysis. A discussion of each of these three techniques is presented in the following paragraphs.

 The land residual method may be used to estimate land value when sales data on similar parcels of vacant land are lacking. This technique is based on the principle of balance and the related concept of contribution, which are concerned with equilibrium among the agents of production—i.e. labor, capital, coordination, and land. The



land residual technique can be used to estimate land value when: 1) building value is known or can be accurately estimated, 2) stabilized, annual net operating income to the property is known or estimable, and 3) both building and land capitalization rates can be extracted from the market. Building value can be estimated for new or proposed buildings that represent the highest and best use of the property and have not yet incurred physical deterioration or functional obsolescence.

The subdivision development method is used to value land when subdivision and development represent the highest and best use of the appraised parcel. In this method, an appraiser determines the number and size of lots that can be created from the appraised land physically, legally, and economically. The value of the underlying land is then estimated through a discounted cash flow analysis with revenues based on the achievable sale price of the finished product and expenses based on all costs required to complete and sell the finished product.

The ground rent capitalization procedure is predicated upon the assumption that ground rents can be capitalized at an appropriate rate to indicate the market value of a site. Ground rent is paid for the right to use and occupy the land according to the terms of the ground lease; it corresponds to the value of the landowner's interest in the land. Market-derived capitalization rates are used to convert ground rent into market value. This procedure is useful when an analysis of comparable sales of leased land indicates a range of rents and reasonable support for capitalization rates can be obtained.

The allocation method is typically used when sales are so rare that the value cannot be estimated by direct comparison. This method is based on the principle of balance and the related concept of contribution, which affirm that there is a normal or typical ratio of land value to property value for specific categories of real estate in specific locations. This ratio is generally more reliable when the subject property includes relatively new improvements. The allocation method does not produce conclusive value indications, but it can be used to establish land value when the number of vacant land sales is inadequate.

The extraction method is a variant of the allocation method in which land value is extracted from the sale price of an improved property by deducting the contribution of the improvements, which is estimated from their depreciated costs. The remaining value represents the value of the land. Value indications derived in this way are generally unpersuasive because the assessment ratios may be unreliable and the extraction method does not reflect market considerations.

For the purposes of this analysis, we have utilized the sales comparison approach is typically used for sites that are feasible for immediate development. The other methodologies are used primarily when comparable land sales data is non-existent. Therefore, these approaches have not been used.



# Area Analysis



The subject is located in the Chicago-Naperville-Elgin, IL-IN-WI Metropolitan Statistical Area. Key information about the area is provided in the following tables.

## POPULATION

The area has a population of 9,506,045 and a median age of 38, with the largest population group in the 30-39 age range and the smallest population in 80+ age range.



Population has increased by 44,940 since 2010, reflecting an annual increase of 0.0%. Population is projected to decrease by an additional -7,215 by 2026, reflecting 0.0% annual population growth.



Source: ESRI, downloaded on Apr, 14 2022

*CHA Land - Chicago Fire Football Club Development, Chicago, Illinois*



**Area Analysis**

## INCOME

The area features an average household income of $104,625 and a median household income of $76,081. Over the next five years, median household income is expected to increase by 10.5%, or $1,602 per annum.



## EDUCATION

A total of 39.8% of individuals over the age of 24 have a college degree, with 24.1% holding a bachelor's degree and 15.8% holding a graduate degree.



## EMPLOYMENT



The area includes a total of 4,564,271 employees and has a 5.1% unemployment rate. The top three industries within the area are Health Care/Social Assistance, Manufacturing and Prof/Scientific/Tech Services, which represent a combined total of 35% of the population.

Source: ESRI, downloaded on Apr, 14 2022; BLS.gov dated Jan, 1 2022 (preliminary)

In summary, the area is forecasted to experience a decrease in population and an increase in household income.

*CHA Land - Chicago Fire Football Club Development, Chicago, Illinois*



# Neighborhood Analysis



## LOCATION

| NEIGHBORHOOD CHARACTERISTICS – NEAR WEST SIDE | |
|---|---|
| Location: | Urban |
| Built-Up: | Over 75% |
| Life Cycle Stage | Stability |
| Change in Present Land Use: | Likely* |
| (*) From: Public Park | to Commercial Use |
| Neighborhood Boundaries | |
| North: | Interstate 290 |
| South: | 16th Street |
| East: | Interstate 90 |
| West: | Western Avenue |
| Source: CBRE | |



## NEIGHBORHOOD HOUSING TRENDS

| Property Values: | Stable | Owner Occupied %: | 41.1% |
|---|---|---|---|
| Demand/Supply: | In Balance | | |
| Marketing Time: | 3 - 6 Months | | |

| | Range with Fewest | Range with Most | Median Value |
|---|---|---|---|
| Housing Prices: | <$50,000 | $300,000 - $399,999 | $377,858 |
| Year Built: | 1950-1959 | 1939 or Earlier | 1984 |

Multiple Sources Compiled by CBRE

## NEIGHBORHOOD LAND USE

### Present Land Use %

| Single Unit Residential: | 40% | Industrial: | 10% |
|---|---|---|---|
| Multi-Housing: | 20% | Agricultural: | 0% |
| Commercial: | 25% | Other: | 5% |

### Commercial Land Use Patterns

| Primary Commercial Thoroughfares: | Western Ave, Damen Ave, Ashland Ave, Lommis St, Racine Ave, Halsted St, Harrison St, Roosevelt Rd |
|---|---|
| Major Commercial Developments: | Illinois Medical District, Rush University Medical Center, John Stroger Hosptial, Jesse Brown VA Medical Center, University of Illinois Hospital, Addams/Medill Park, University of Illinois Chicago |

Source: CBRE

## DEMOGRAPHICS

Selected neighborhood demographics in 0.5-, 1- and 2-mile radius from the subject are shown in the following table:



## SELECTED NEIGHBORHOOD DEMOGRAPHICS

| 1301 West 14th Street<br>Chicago, IL 60608 | 0.5 Mile Radius | 1 Mile Radius | 2 Mile Radius | Chicago-Naperville-Elgin, IL-IN-WI Metropolitan Statistical Area |
|---|---|---|---|---|
| **Population** | | | | |
| 2026 Total Population | 19,372 | 80,881 | 235,535 | 9,498,830 |
| 2021 Total Population | 17,899 | 72,645 | 218,211 | 9,506,045 |
| 2010 Total Population | 13,050 | 51,753 | 175,585 | 9,461,105 |
| 2000 Total Population | 7,322 | 26,760 | 126,094 | 9,098,316 |
| *Annual Growth 2021 - 2026* | 1.59% | 2.17% | 1.54% | -0.02% |
| *Annual Growth 2010 - 2021* | 2.91% | 3.13% | 2.00% | 0.04% |
| *Annual Growth 2000 - 2010* | 5.95% | 6.82% | 3.37% | 0.39% |
| **Households** | | | | |
| 2026 Total Households | 9,466 | 48,757 | 136,502 | 3,545,004 |
| 2021 Total Households | 8,549 | 43,390 | 125,677 | 3,536,711 |
| 2010 Total Households | 5,372 | 30,063 | 98,977 | 3,475,726 |
| 2000 Total Households | 3,144 | 16,047 | 69,129 | 3,280,055 |
| *Annual Growth 2021 - 2026* | 2.06% | 2.36% | 1.67% | 0.05% |
| *Annual Growth 2010 - 2021* | 4.31% | 3.39% | 2.19% | 0.16% |
| *Annual Growth 2000 - 2010* | 5.50% | 6.48% | 3.65% | 0.58% |
| **Income** | | | | |
| 2021 Median Household Income | $113,601 | $120,646 | $109,883 | $76,081 |
| 2021 Average Household Income | $149,018 | $160,836 | $152,000 | $104,625 |
| 2021 Per Capita Income | $75,247 | $96,027 | $87,762 | $38,998 |
| 2021 Pop 25+ College Graduates | 10,404 | 49,992 | 138,395 | 2,590,675 |
| Age 25+ Percent College Graduates - 2021 | 83.1% | 86.3% | 79.6% | 39.8% |

Source: ESRI

## CONCLUSION

As shown above, the population within the subject neighborhood exhibited positive growth from 2010-2021, with negative trends are expected over the next five years. The neighborhood currently has a middle-income demographic profile with a 2021 median household income of $149,018, $160,836 and $152,000 within 0.50, one and two-mile radius. The outlook for the neighborhood is for continued performance over the next several years. Generally, the neighborhood is expected to see a similar demographic pattern into the foreseeable future.



**PLAT MAP**



CHA Land - Chicago Fire Football Club Development, *Chicago, Illinois*



## FLOOD PLAIN MAP





## SITE OUTLINE





## NEIGHBORHOOD MAP





**IMMEDIATE SURROUNDING**





## REDEVELOPMENT LAYOUT



SITE PLAN

PEDESTRIAN CONNECTIVITY



## REDEVELOPMENT LAYOUT





# REDEVELOPMENT LAYOUT





**REDEVELOPMENT LAYOUT**



VIEW CORRIDOR - 14TH STREET

CHA Land - Chicago Fire Football Club Development, *Chicago, Illinois*



# Site Analysis

The following chart summarizes the salient characteristics of the subject site.

---

**SITE SUMMARY AND ANALYSIS**

---

**Physical Description**

| | | |
|---|---|---|
| Gross Site Area | 25.50 Acres | 1,110,780 Sq. Ft. |
| Net Site Area | 25.50 Acres | 1,110,780 Sq. Ft. |
| Primary Road Frontage | Roosevelt Road | n/a |
| Secondary Road Frontage | Loomis Street | n/a |
| Additional Road Frontage | Ashland Ave | n/a |
| Additional Road Frontage | 15th Street | n/a |
| Excess Land Area | None | n/a |
| Surplus Land Area | None | n/a |
| Shape | Rectangular | |
| Topography | Generally Level | |
| Parcel Number(s) | Numerous - located in work file | |
| | | |
| Zoning District | PD-896; Planned District | |
| Flood Map Panel No. & Date | 17031C0506J | 19-Aug-08 |
| Flood Zone | Zone X (Unshaded) | |
| Adjacent Land Uses | Residential and commercial uses. | |

**Comparative Analysis**      **Rating**

| | |
|---|---|
| Visibility | Average |
| Functional Utility | Average |
| Traffic Volume | Average |
| Adequacy of Utilities | Typical |
| Landscaping | Average |
| Drainage | Average |

**Utilities**      **Provider**      **Availability**

| | | |
|---|---|---|
| Water | City of Chicago | X |
| Sewer | City of Chicago | X |
| Natural Gas | Peoples Gas | X |
| Electricity | Commonwealth Edison | X |
| Telephone | Various | X |
| Mass Transit | Chicago Transit Authority | X |

**Other**      **Yes**      **No**      **Unknown**

| | Yes | No | Unknown |
|---|---|---|---|
| Detrimental Easements | | | X |
| Encroachments | | | X |
| Deed Restrictions | | | X |
| Reciprocal Parking Rights | | | X |

---

Various sources compiled by CBRE

---

*CHA Land - Chicago Fire Football Club Development, Chicago, Illinois*



## INGRESS/EGRESS

Ingress and egress are available to the site via Roosevelt Road, Loomis Street, Ashland Avenue, and 15th Street.

## EASEMENTS AND ENCROACHMENTS

There are no known easements or encroachments impacting the site that are considered to affect the marketability or highest and best use.  It is recommended that the client/reader obtain a current title policy outlining all easements and encroachments on the property, if any, prior to making a business decision.

## COVENANTS, CONDITIONS AND RESTRICTIONS

There are known covenants, conditions or restrictions impacting the site that are considered to affect the marketability or highest and best use.  It is recommended that the client/reader obtain a copy of the current covenants, conditions and restrictions, if any, prior to making a business decision.

## ENVIRONMENTAL ISSUES

An Environmental Site Assessment was provided and has been summarized below:

| ENVIRONMENTAL SITE ASSESSMENT SUMMARY | |
|---|---|
| Performed by: | Environmental Group Services Limited |
| Performed for: | Mansueto Office |
| Report Type: | Phase I |
| Report Date: | March 18, 2022 |
| Status: | Draft |
| Inspection Date: | February 16, 2022 |
| | |
| Conclusions: | The report found no evidence of any RERCs. |
| Recommendations: | EGSL recommends that a Ground Penetrating Radar (GPR) Survey be conducted within select portions of the site.  Furthermore, EGSL recommends a Phase II Sursurface investigation within the identified areas of concern. |

Compiled by CBRE

The appraiser is not qualified to detect the existence of potentially hazardous material or underground storage tanks which may be present on or near the site.  The existence of hazardous materials or underground storage tanks may affect the value of the property.  For this appraisal, CBRE, Inc. has specifically assumed that the property is not affected by any hazardous materials that may be present on or near the property.



## CONCLUSION

The site is well located and afforded average access and good visibility from roadway frontage. The size of the site is typical for the area and use, and there are no known detrimental uses in the immediate vicinity.  Overall, there are no known factors which are considered to prevent the site from development to its highest and best use, as if vacant, or adverse to the existing use of the site.

*CHA Land - Chicago Fire Football Club Development, Chicago, Illinois*



## ZONING MAP



CHA Land - Chicago Fire Football Club Development, *Chicago, Illinois*



# Zoning

The following chart summarizes the subject's zoning requirements.

| ZONING SUMMARY | |
|---|---|
| Current Zoning | PD-896; Planned District |
| Legally Conforming | Yes |
| Uses Permitted | Open space and residential uses |
| Zoning Change | Likely change to commercial uses |
| Source:  Planning & Zoning Dept. | |

## ANALYSIS AND CONCLUSION

Additional information may be obtained from the appropriate governmental authority.  For purposes of this appraisal, CBRE has assumed the information obtained is correct.

*CHA Land - Chicago Fire Football Club Development, Chicago, Illinois*



# Tax and Assessment Data

The following summarizes the local assessor's estimate of the subject's market value, assessed value, and taxes, and does not include any furniture, fixtures or equipment. The CBRE estimated tax obligation is also shown.

| AD VALOREM TAX INFORMATION | | |
|---|---|---|
| Parcel | Assessor's Parcel No. | Parcel Description |
| 1 | Numerous - located in work file | Tax Exempt |

Source: Assessor's Office

## DELINQUENCY

None



# Highest and Best Use

In appraisal practice, the concept of highest and best use represents the premise upon which value is based. The four criteria the highest and best use must meet are:

- legally permissible;
- physically possible;
- financially feasible; and
- maximally productive.

The highest and best use analysis of the subject is discussed below.

## AS VACANT

The property is zoned for residential land use and is of sufficient size to accommodate various types of development. The immediate area includes various residential and commercial land uses. Considering the surrounding land uses, location attributes, legal restrictions and other factors, it is our opinion that a residential and/or commercial land oriented use would be reasonable and appropriate. Therefore, it is our opinion that the highest and best use would be for redevelopment-related use, time and circumstances warranting.



# Land Value

The following map and table summarize the comparable data used in the valuation of the subject site. A detailed description of each transaction is included in the addenda.



| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **SUMMARY OF COMPARABLE LAND SALES** | | | | | | | | |
| No. | Property Location | Transaction Type | Date | Interest Transferred | Zoning | Actual Sale Price | Adjusted Sale Price [1] | Size (SF) | Price Per SF |
| 1 | 1300 N. Kostner Avenue Chicago, IL 60651 | Sale | Jun-21 | Fee Simple/Freehold | M-12 | $33,261,000 | $33,261,000 | 849,642 | $39.15 |
| 2 | 2500 S Corbett St Chicago, IL 60608 | Sale | Apr-21 | Fee Simple/Freehold | PMD-11 | $13,500,000 | $13,500,000 | 516,622 | $26.13 |
| 3 | 3700 South Morgan Street Chicago, IL 60609 | Sale | Mar-21 | Fee Simple/Freehold | RS - 3, Residential | $8,250,000 | $8,250,000 | 484,823 | $17.02 |
| 4 | 3711 S Ashland Ave Chicago, IL 60609 | Sale | Jan-19 | Fee Simple/Freehold | PMD-8 | $3,600,000 | $4,045,000 | 279,779 | $14.46 |
| 5 | 3900-3940 S Normal Ave Chicago, IL 60609 | Sale | Aug-18 | Fee Simple/Freehold | M2-3, Chicago | $5,300,000 | $5,300,000 | 357,192 | $14.84 |
| 6 | 2545 W. 24th Street Chicago, IL 60608 | Sale | May-18 | Fee Simple/Freehold | PD 1402, Manufacturing Planned Development Commercial | $5,575,000 | $5,575,000 | 358,118 | $15.57 |
| 7 | 8655 West Higgins Road Chicago, IL 60631 | Sale | Oct-17 | Fee Simple/Freehold | Commercial | $10,747,731 | $10,747,731 | 435,164 | $24.70 |
| 8 | 5370-5585 South Archer Avenue 5333 South Laramie Avenue Chicago, IL 60632 | Sale | Mar-16 | Fee Simple/Freehold | M2-1, Light Industry District | $50,000,000 | $50,000,000 | 2,187,148 | $22.86 |
| Subject | 1301 West 14th Street, Chicago, Illinois | --- | --- | | PD-896; Planned District | --- | --- | 1,110,780 | --- |

[1] Adjusted sale price for cash equivalency and/or development costs (where applicable)
Compiled by CBRE

*CHA Land - Chicago Fire Football Club Development, Chicago, Illinois*



The sales utilized represent the best data available for comparison with the subject and were selected from the greater Chicago area. These sales were chosen based upon similar overall utility.

## SUMMARY OF ADJUSTMENTS

Based on our comparative analysis, the following chart summarizes the adjustments warranted to each comparable.

| LAND SALES ADJUSTMENT GRID | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Comparable Number | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | Subject |
| Transaction Type | Sale | Sale | Sale | Sale | Sale | Sale | Sale | Sale | --- |
| Transaction Date | Jun-21 | Apr-21 | Mar-21 | Jan-19 | Aug-18 | May-18 | Oct-17 | Mar-16 | --- |
| Interest Transferred | Fee Simple/Freehold | Fee Simple/Freehold | Fee Simple/Freehold | Fee Simple/Freehold | Fee Simple/Freehold | Fee Simple/Freehold | Fee Simple/Freehold | Fee Simple/Freehold | --- |
| Zoning | M-12 | PMD-11 | RS - 3, Residential | PMD-8 | M2-3, Chicago | PD 1402, Manufacturing | Commercial | M2-1, Light Industry District | PD-896; Planned District |
| Actual Sale Price | $33,261,000 | $13,500,000 | $8,250,000 | $3,600,000 | $5,300,000 | $5,575,000 | $10,747,731 | $50,000,000 | --- |
| Adjusted Sale Price [1] | $33,261,000 | $13,500,000 | $8,250,000 | $4,045,000 | $5,300,000 | $5,575,000 | $10,747,731 | $50,000,000 | --- |
| Size (Acres) | 19.51 | 11.86 | 11.13 | 6.42 | 8.20 | 8.22 | 9.99 | 50.21 | 25.50 |
| Size (SF) | 849,642 | 516,622 | 484,823 | 279,779 | 357,192 | 358,118 | 435,164 | 2,187,148 | 1,110,780 |
| Price Per SF | $39.15 | $26.13 | $17.02 | $14.46 | $14.84 | $15.57 | $24.70 | $22.86 | --- |
| Price ($ PSF) | $39.15 | $26.13 | $17.02 | $14.46 | $14.84 | $15.57 | $24.70 | $22.86 | |
| Property Rights Conveyed ...attributable to: | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | |
| Financing Terms [1] ...due to: | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | |
| Conditions of Sale ...due to: | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | |
| Market Conditions (Time) ...reflects: | 1.0% the improved market conditions since the date of sale | 1.0% the improved market conditions since the date of sale | 1.0% the improved market conditions since the date of sale | 3.0% the improved market conditions since the date of sale | 4.0% the improved market conditions since the date of sale | 4.0% the improved market conditions since the date of sale | 5.0% the improved market conditions since the date of sale | 6.0% the improved market conditions since the date of sale | |
| Subtotal | $39.54 | $26.39 | $17.19 | $14.89 | $15.43 | $16.19 | $25.94 | $24.23 | |
| Size ...with respect to: | 0% | -5% economies of scale regarding parcel size | -5% economies of scale regarding parcel size | -5% economies of scale regarding parcel size | -5% economies of scale regarding parcel size | -5% economies of scale regarding parcel size | -5% economies of scale regarding parcel size | -5% economies of scale regarding parcel size | |
| Shape ...due to: | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | |
| Corner ...due to: | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | |
| Frontage ...based upon: | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | |
| Topography ...given: | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | |
| Location ...due to: | 0% | 0% | 25% located in an inferior industrial submarket | 20% located in an inferior industrial submarket | 20% located in an inferior industrial submarket | 5% located in an inferior industrial submarket | 0% | 0% | |
| Zoning/Density ...because of: | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | |
| Utilities ...given: | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | |
| Highest & Best Use ...due to: | -50% Purchased by Amazon for the fulfilment center | -15% Purchased by Prologis for development of an industrial building | -5% Purchased for development of an industrial building | 40% Purchased for industrial development on a small lot | 15% Purchased for industrial development on a small lot | 20% Purchased for industrial development on a small lot | -15% Purchased for development of a mixed-use deevelopment | -20% Purchased for development of a retail/office development. | |
| Total Other Adjustments | -20% | 15% | 15% | 55% | 30% | 20% | -20% | -15% | |
| Value Indication for Subject | $19.77 | $21.11 | $19.77 | $23.09 | $20.06 | $19.43 | $20.75 | $20.60 | |
| Absolute Adjustment | 51% | 21% | 36% | 68% | 44% | 34% | 25% | 31% | |

[1] Adjusted sale price for cash equivalency and/or development costs (where applicable)
Compiled by CBRE

## CONCLUSION

On an unadjusted basis the comparables ranged from $14.46 PSF to $39.15 PSF with a simple average of $21.84 PSF. Conversely, on an adjusted basis the comparables ranged from $19.43 PSF to $23.09 PSF with a simple average of $20.57 PSF.

Based on the preceding analysis, Comparables 2, 3, 6, 7 and 8 were the most representative of the subject site and warranted greatest consideration because they required the least amount of



gross and net adjustment. In conclusion, a price per square foot indication towards the middle of the range was most appropriate for the subject. The following table presents the valuation conclusion:

| CONCLUDED LAND VALUE | | | | | |
|---|---|---|---|---|---|
| $ PSF | | Subject SF | | Total | |
| $20.00 | x | 1,110,780 | = | $22,215,600 | |
| $22.00 | x | 1,110,780 | = | $24,437,160 | |
| **Indicated Value:** | | | | **$23,330,000** | |
| | | (Rounded $ PSF) | | $21.00 | |
| Compiled by CBRE | | | | | |



# Leasehold Analysis

### COMPARABLE GROUND LEASES

The following chart represents ground lease land sales.  We will use the following chart to select a ground lease capitalization rate to apply to the fee simple value of the land to develop a Year 1 annual ground lease rental rate.

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SUMMARY OF COMPARABLE LAND GROUND LEASEHOLD SALES |||||||||||||
| No. | Property Name | Transaction Type | Date | Interest Transferred | Land (Acres) | YOC / Reno'd | Property Subtype | Distance from Subj | Land (SF) | Actual Sale Price | Adjusted Sale Price [1] | Occ. | Land 'NOI Per SF | OAR |
| 1 | Slough Business Center II, 2435-2455 Alft Ln Elgin, IL 60124 | Sale | Jul-21 | Leasehold | 5.21 | 2000 | Misc. Freestanding Retail | 39 Miles | 226,965 | $10,482,464 | $10,482,464 | 100% | $2.68 | 5.80% |
| 2 | The Home Depot, 251 Springhill Road Carpentersville, IL 60110 | Sale | Mar-21 | Leasehold | 12.98 | 2004 | Big Box / Hypermarket | 38 Miles | 565,409 | $3,500,000 | $3,500,000 | 100% | $0.49 | 7.86% |
| 3 | 947 Meacham Rd, 947 Meacham Rd Elk Grove Village, IL 60007 | Sale | Jul-19 | Leasehold | 9.34 | 2018 | Restaurant | 23 Miles | 406,850 | $2,325,581 | $2,325,581 | 100% | $0.25 | 4.30% |
| 4 | The Meadows Apartment Homes, 450 Sullivan Lake Blvd Lakemoor, IL 60051 | Sale | Sep-18 | Leasehold | 48.08 | 1990 / 2000 | Neighborhood / Community | 42 Miles | 2,094,363 | $55,200,000 | $55,200,000 | 98% | $1.61 | 6.10% |
| 5 | Home Depot - Ground Lease, 440 S. Randall South Elgin, IL 60177 | Sale | Aug-18 | Leasehold | 11.57 | 2008 | Big Box / Hypermarket | 37 Miles | 503,989 | $8,800,000 | $8,800,000 | 100% | $0.79 | 4.50% |
| 6 | 920 W Taylor Rd, 920 W Taylor Rd Romeoville, IL 60446 | Sale | Sep-17 | Leasehold | 51.77 | 2012 | Misc. Freestanding Retail | 30 Miles | 2,255,101 | $51,030,000 | $51,030,000 | 100% | $1.27 | 5.61% |
| 7 | Fedex Ground Lease, 9500 W Sergo Dr La Grange, IL 60525 | Sale | Sep-17 | Leasehold | 16.04 | 1998 | Misc. Freestanding Retail | 13 Miles | 698,702 | $12,757,500 | $12,757,500 | 100% | $1.02 | 5.61% |
| 8 | Mariano's Fresh Market, 345 W. Roosevelt Rd. Lombard, IL 60148 | Sale | Aug-17 | Leasehold | 8.79 | 1969 / 1990 | Misc. Freestanding Retail | 20 Miles | 382,892 | $20,000,000 | $20,000,000 | 100% | $2.74 | 5.25% |
| Subj Pro Forma | CHA Land - Chicago Fire Football Club Development, 1301 West 14th Street Chicago, IL 60608 | --- | --- | --- | 25.50 | | Retail/Commercial | --- | 1,110,780 | --- | --- | 100.00% | --- | --- |

[1] Adjusted sale price for cash equivalency, lease-up and/or deferred maintenance (where applicable)
Compiled by CBRE

Given, that all of the ground leases were NNN, the ground lease rental rates are effectively the same as the Land NOI per square foot.  The rental rates ranged from $0.25 to $2.74 per square foot of land area with a simple average of $1.36 per square foot of land area.  Our concluded rental rate of $0.95 of the subjects land area is bracketed by the comparable ground leases.

### GROUND LEASE CAPITALIZATION RATES

| | | COMPARABLE GROUND LEASE CAPITALIZATION RATES | | |
|---|---|---|---|---|
| Sale | Sale Date | Sale Price $/SF | Occupancy | OAR |
| 1 | Jul-21 | $46.19 | 100% | 5.80% |
| 2 | Mar-21 | $6.19 | 100% | 7.86% |
| 3 | Jul-19 | $5.72 | 100% | 4.30% |
| 4 | Sep-18 | $26.36 | 98% | 6.10% |
| 5 | Aug-18 | $17.46 | 100% | 4.50% |
| 6 | Sep-17 | $22.63 | 100% | 5.61% |
| 7 | Sep-17 | $18.26 | 100% | 5.61% |
| 8 | Aug-17 | $52.23 | 100% | 5.25% |
| **Indicated OAR:** | | | 100% | **4.30%-7.86%** |
| Compiled by CBRE | | | | |



The ground lease capitalization rates ranged from 4.30% to 7.86% with a simple average of 5.63%. Given the strength of the subject location and size, a capitalization rate towards the lower aspect of the range is considered reasonable.

## ESTIMATE OF MARKET GROUND RENT

| RENT BASED ON FEE SIMPLE LAND VALUE | | |
|---|---|---|
| Fee Simple Land Value | | $23,330,000 |
| Market Return - Ground Rent Capitalization Rate | x | 4.50% |
| Estimated Year 1 Ground Rent (Rounded) | | $1,050,000 |
| Land Square Footage | / | 1,110,780 |
| Annual Rent/Sq. Ft. | | $0.95 |
| Compiled by CBRE | | |

## GROUND LEASE SUMMARY

As previously indicated, the subject is owned subject to a proposed 60 Year ground lease. The following table provides a summary of the proposed ground lease terms:

| GROUND LEASE SUMMARY | | |
|---|---|---|
| Lessor | | Chicago Housing Authority |
| Lessee | | Chicago Fire Football Club |
| Size (SF) | | 1,110,780 |
| Commence Date | | 1/1/2023 |
| Expiration Date (Base Lease) | | 12/31/2062 |
| Remaining Lease Term (Base Lease) | | 480 Months |
| No. & Term of Options | | 2 options @ 10 years |
| Expiration Date (Base + All Options) | | 12/31/2082 |
| Remaining Lease Term (Base + All Options) | | 720 Months |
| Contract Rental Rate | Total $/Yr. | $/SF/Yr. |
| Base Lease Term | $1,050,000 | $0.95 |
| Expenses | | Paid by Lessee |
| % Rent Clause: (CPI Estimate) | | Annual 2.0% increases |
| Source: CBRE Estimate | | |

## LEASEHOLD CASH FLOW ANALYSIS

The value of the subject's leasehold estate is calculated by first estimating the value of the leased fee interest, and then deducting this amount from the fee simple value indication. The leased fee valuation is accomplished by discounting the projected annual cash flow to the lessor. A 60 Year discounted cash flow analysis has been prepared, inclusive of all options. At the end of the 60 Year lease term, a reversion is estimated based on an 1% annual escalation of the current fee simple value indication $23,330,000 to $42,383,534 as calculated. The following table provides an illustration of this analysis.



| | | LEASED FEE ANALYSIS CASH FLOW SCHEDULE | | | |
|---|---|---|---|---|---|
| Year | Contract Rent | Reversion Proceeds | Net Cash Flow | PV Factor @ 6.50% | PV of Cash Flow |
| 2023 | $1,050,000 | | $1,050,000 | 0.9389671 | $985,915 |
| 2024 | 1,071,000 | | 1,071,000 | 0.8816593 | $944,257 |
| 2025 | 1,092,420 | | 1,092,420 | 0.8278491 | $904,359 |
| 2026 | 1,114,268 | | 1,114,268 | 0.7773231 | $866,147 |
| 2027 | 1,136,554 | | 1,136,554 | 0.7298808 | $829,549 |
| 2028 | 1,159,285 | | 1,159,285 | 0.6853341 | $794,497 |
| 2029 | 1,182,471 | | 1,182,471 | 0.6435062 | $760,927 |
| 2030 | 1,206,120 | | 1,206,120 | 0.6042312 | $728,775 |
| 2031 | 1,230,242 | | 1,230,242 | 0.5673532 | $697,982 |
| 2032 | 1,254,847 | | 1,254,847 | 0.5327260 | $668,490 |
| 2033 | 1,279,944 | | 1,279,944 | 0.5002122 | $640,244 |
| 2034 | 1,305,543 | | 1,305,543 | 0.4696829 | $613,191 |
| 2035 | 1,331,654 | | 1,331,654 | 0.4410168 | $587,282 |
| 2036 | 1,358,287 | | 1,358,287 | 0.4141002 | $562,467 |
| 2037 | 1,385,453 | | 1,385,453 | 0.3888245 | $538,701 |
| 2038 | 1,413,162 | | 1,413,162 | 0.3650953 | $515,939 |
| 2039 | 1,441,425 | | 1,441,425 | 0.3428125 | $494,139 |
| 2040 | 1,470,253 | | 1,470,253 | 0.3218897 | $473,259 |
| 2041 | 1,499,659 | | 1,499,659 | 0.3022438 | $453,263 |
| 2042 | 1,529,652 | | 1,529,652 | 0.2837970 | $434,111 |
| 2043 | 1,560,245 | | 1,560,245 | 0.2664761 | $415,768 |
| 2044 | 1,591,450 | | 1,591,450 | 0.2502123 | $398,200 |
| 2045 | 1,623,279 | | 1,623,279 | 0.2349411 | $381,375 |
| 2046 | 1,655,744 | | 1,655,744 | 0.2206020 | $365,260 |
| 2047 | 1,688,859 | | 1,688,859 | 0.2071380 | $349,827 |
| 2048 | 1,722,636 | | 1,722,636 | 0.1944958 | $335,046 |
| 2049 | 1,757,089 | | 1,757,089 | 0.1826252 | $320,889 |
| 2050 | 1,792,231 | | 1,792,231 | 0.1714790 | $307,330 |
| 2051 | 1,828,075 | | 1,828,075 | 0.1610132 | $294,344 |
| 2052 | 1,864,637 | | 1,864,637 | 0.1511861 | $281,907 |
| 2053 | 1,901,930 | | 1,901,930 | 0.1419587 | $269,996 |
| 2054 | 1,939,968 | | 1,939,968 | 0.1332946 | $258,587 |
| 2055 | 1,978,768 | | 1,978,768 | 0.1251592 | $247,661 |
| 2056 | 2,018,343 | | 2,018,343 | 0.1175204 | $237,197 |
| 2057 | 2,058,710 | | 2,058,710 | 0.1103478 | $227,174 |
| 2058 | 2,099,884 | | 2,099,884 | 0.1036130 | $217,575 |
| 2059 | 2,141,882 | | 2,141,882 | 0.0972892 | $208,382 |
| 2060 | 2,184,719 | | 2,184,719 | 0.0913513 | $199,577 |
| 2061 | 2,228,414 | | 2,228,414 | 0.0857759 | $191,144 |
| 2062 | 2,272,982 | | 2,272,982 | 0.0805408 | $183,068 |
| 2063 | 2,318,442 | | 2,318,442 | 0.0756251 | $175,332 |
| 2064 | 2,364,810 | | 2,364,810 | 0.0710095 | $167,924 |
| 2065 | 2,412,107 | | 2,412,107 | 0.0666756 | $160,829 |
| 2066 | 2,460,349 | | 2,460,349 | 0.0626062 | $154,033 |
| 2067 | 2,509,556 | | 2,509,556 | 0.0587852 | $147,525 |
| 2068 | 2,559,747 | | 2,559,747 | 0.0551973 | $141,291 |
| 2069 | 2,610,942 | | 2,610,942 | 0.0518285 | $135,321 |
| 2070 | 2,663,161 | | 2,663,161 | 0.0486652 | $129,603 |
| 2071 | 2,716,424 | | 2,716,424 | 0.0456951 | $124,127 |
| 2072 | 2,770,752 | | 2,770,752 | 0.0429062 | $118,882 |
| 2073 | 2,826,167 | | 2,826,167 | 0.0402875 | $113,859 |
| 2074 | 2,882,691 | | 2,882,691 | 0.0378286 | $109,048 |
| 2075 | 2,940,345 | | 2,940,345 | 0.0355198 | $104,441 |
| 2076 | 2,999,151 | | 2,999,151 | 0.0333519 | $100,028 |
| 2077 | 3,059,135 | | 3,059,135 | 0.0313164 | $95,801 |
| 2078 | 3,120,317 | | 3,120,317 | 0.0294051 | $91,753 |
| 2079 | 3,182,724 | | 3,182,724 | 0.0276104 | $87,876 |
| 2080 | 3,246,378 | | 3,246,378 | 0.0259252 | $84,163 |
| 2081 | 3,311,306 | | 3,311,306 | 0.0243429 | $80,607 |
| 2082 | 3,972,621 | $42,383,534 | 46,356,155 | 0.0228572 | $1,059,573 |
| Indicated Leased Fee Value (Rounded) | | | | | $22,565,800 |

Compiled By: CBRE

The following table illustrates different sources for deriving a discount rate applicable to the leased fee position.



| DISCOUNT RATE - CONCLUSION | | | |
|---|---|---|---|
| Investment Type | Rate Range | | Average |
| *Market Participants* | | | |
| Investment Sales Broker / CBRE, Inc. | 6.00% - 7.00% | | 6.50% |
| Investment Sales Broker/ Cushman & Wakefield | 5.50% - 7.50% | | 6.50% |
| **CBRE Estimate** | | | 6.50% |
| Source: CBRE | | | |

A number of factors are considered in the determination of the discount rate applicable to the leased fee position. These include the length of the remaining ground lease term, the spread between contract and market rent, and the demographic and economic trends of the immediate area.

The following table presents a summary of the leasehold value indication for the subject.

| LEASEHOLD ANALYSIS | |
|---|---|
| Fee Simple Value | $23,330,000 |
| Less: Leased Fee Interest | ($22,565,800) |
| **Indicated Leasehold Value (Rounded)** | **$764,000** |
| Compiled By: CBRE | |



# Reconciliation of Value

In the sales comparison approach, the subject is compared to similar properties that have been sold recently or for which listing prices or offers are known. The sales used in this analysis are considered somewhat comparable to the subject, yet the required adjustments were based on reasonable and well-supported rationale. In addition, market participants are currently analyzing purchase prices on other properties as they relate to available substitutes in the market. Therefore, the sales comparison approach is considered to provide a reliable value indication.

Based on the foregoing, the market value of the subject has been concluded as follows:

| MARKET VALUE CONCLUSION | | | |
|---|---|---|---|
| Appraisal Premise | Interest Appraised | Date of Value | Value Conclusion |
| Land Value | Fee Simple Estate | April 17, 2022 | $23,330,000 |
| Compiled by CBRE | | | |

*CHA Land - Chicago Fire Football Club Development, Chicago, Illinois*



# Assumptions and Limiting Conditions

1.  CBRE, Inc. through its appraiser (collectively, "CBRE") has inspected through reasonable observation the subject property. However, it is not possible or reasonably practicable to personally inspect conditions beneath the soil and the entire interior and exterior of the improvements on the subject property. Therefore, no representation is made as to such matters.

2.  The report, including its conclusions and any portion of such report (the "Report"), is as of the date set forth in the letter of transmittal and based upon the information, market, economic, and property conditions and projected levels of operation existing as of such date. The dollar amount of any conclusion as to value in the Report is based upon the purchasing power of the U.S. Dollar on such date. The Report is subject to change as a result of fluctuations in any of the foregoing. CBRE has no obligation to revise the Report to reflect any such fluctuations or other events or conditions which occur subsequent to such date.

3.  Unless otherwise expressly noted in the Report, CBRE has assumed that:

    (i)   Title to the subject property is clear and marketable and that there are no recorded or unrecorded matters or exceptions to title that would adversely affect marketability or value. CBRE has not examined title records (including without limitation liens, encumbrances, easements, deed restrictions, and other conditions that may affect the title or use of the subject property) and makes no representations regarding title or its limitations on the use of the subject property. Insurance against financial loss that may arise out of defects in title should be sought from a qualified title insurance company.

    (ii)  Existing improvements on the subject property conform to applicable local, state, and federal building codes and ordinances, are structurally sound and seismically safe, and have been built and repaired in a workmanlike manner according to standard practices; all building systems (mechanical/electrical, HVAC, elevator, plumbing, etc.) are in good working order with no major deferred maintenance or repair required; and the roof and exterior are in good condition and free from intrusion by the elements. CBRE has not retained independent structural, mechanical, electrical, or civil engineers in connection with this appraisal and, therefore, makes no representations relative to the condition of improvements. CBRE appraisers are not engineers and are not qualified to judge matters of an engineering nature, and furthermore structural problems or building system problems may not be visible. It is expressly assumed that any purchaser would, as a precondition to closing a sale, obtain a satisfactory engineering report relative to the structural integrity of the property and the integrity of building systems.

    (iii) Any proposed improvements, on or off-site, as well as any alterations or repairs considered will be completed in a workmanlike manner according to standard practices.

    (iv)  Hazardous materials are not present on the subject property. CBRE is not qualified to detect such substances. The presence of substances such as asbestos, urea formaldehyde foam insulation, contaminated groundwater, mold, or other potentially hazardous materials may affect the value of the property.

    (v)   No mineral deposit or subsurface rights of value exist with respect to the subject property, whether gas, liquid, or solid, and no air or development rights of value may be transferred. CBRE has not considered any rights associated with extraction or exploration of any resources, unless otherwise expressly noted in the Report.

    (vi)  There are no contemplated public initiatives, governmental development controls, rent controls, or changes in the present zoning ordinances or regulations governing use, density, or shape that would significantly affect the value of the subject property.

    (vii) All required licenses, certificates of occupancy, consents, or other legislative or administrative authority from any local, state, nor national government or private entity or organization have been or can be readily obtained or renewed for any use on which the Report is based.

    (viii) The subject property is managed and operated in a prudent and competent manner, neither inefficiently or super-efficiently.

    (ix)  The subject property and its use, management, and operation are in full compliance with all applicable federal, state, and local regulations, laws, and restrictions, including without limitation environmental laws, seismic hazards, flight patterns, decibel levels/noise envelopes, fire hazards, hillside ordinances, density, allowable uses, building codes, permits, and licenses.

    (x)   The subject property is in full compliance with the Americans with Disabilities Act (ADA). CBRE is not qualified to assess the subject property's compliance with the ADA, notwithstanding any discussion of possible readily achievable barrier removal construction items in the Report.



(xi)  All information regarding the areas and dimensions of the subject property furnished to CBRE are correct, and no encroachments exist.  CBRE has neither undertaken any survey of the boundaries of the subject property nor reviewed or confirmed the accuracy of any legal description of the subject property.

Unless otherwise expressly noted in the Report, no issues regarding the foregoing were brought to CBRE's attention, and CBRE has no knowledge of any such facts affecting the subject property.  If any information inconsistent with any of the foregoing assumptions is discovered, such information could have a substantial negative impact on the Report.  Accordingly, if any such information is subsequently made known to CBRE, CBRE reserves the right to amend the Report, which may include the conclusions of the Report.  CBRE assumes no responsibility for any conditions regarding the foregoing, or for any expertise or knowledge required to discover them.  Any user of the Report is urged to retain an expert in the applicable field(s) for information regarding such conditions.

4. CBRE has assumed that all documents, data and information furnished by or behalf of the client, property owner, or owner's representative are accurate and correct, unless otherwise expressly noted in the Report.  Such data and information include, without limitation, numerical street addresses, lot and block numbers, Assessor's Parcel Numbers, land dimensions, square footage area of the land, dimensions of the improvements, gross building areas, net rentable areas, usable areas, unit count, room count, rent schedules, income data, historical operating expenses, budgets, and related data.  Any error in any of the above could have a substantial impact on the Report.  Accordingly, if any such errors are subsequently made known to CBRE, CBRE reserves the right to amend the Report, which may include the conclusions of the Report.  The client and intended user should carefully review all assumptions, data, relevant calculations, and conclusions of the Report and should immediately notify CBRE of any questions or errors within 30 days after the date of delivery of the Report.

5. CBRE assumes no responsibility (including any obligation to procure the same) for any documents, data or information not provided to CBRE, including without limitation any termite inspection, survey or occupancy permit.

6. All furnishings, equipment and business operations have been disregarded with only real property being considered in the Report, except as otherwise expressly stated and typically considered part of real property.

7. Any cash flows included in the analysis are forecasts of estimated future operating characteristics based upon the information and assumptions contained within the Report.  Any projections of income, expenses and economic conditions utilized in the Report, including such cash flows, should be considered as only estimates of the expectations of future income and expenses as of the date of the Report and not predictions of the future.  Actual results are affected by a number of factors outside the control of CBRE, including without limitation fluctuating economic, market, and property conditions.  Actual results may ultimately differ from these projections, and CBRE does not warrant any such projections.

8. The Report contains professional opinions and is expressly not intended to serve as any warranty, assurance or guarantee of any particular value of the subject property.  Other appraisers may reach different conclusions as to the value of the subject property.  Furthermore, market value is highly related to exposure time, promotion effort, terms, motivation, and conclusions surrounding the offering of the subject property.  The Report is for the sole purpose of providing the intended user with CBRE's independent professional opinion of the value of the subject property as of the date of the Report.  Accordingly, CBRE shall not be liable for any losses that arise from any investment or lending decisions based upon the Report that the client, intended user, or any buyer, seller, investor, or lending institution may undertake related to the subject property, and CBRE has not been compensated to assume any of these risks.  Nothing contained in the Report shall be construed as any direct or indirect recommendation of CBRE to buy, sell, hold, or finance the subject property.

9. No opinion is expressed on matters which may require legal expertise or specialized investigation or knowledge beyond that customarily employed by real estate appraisers.  Any user of the Report is advised to retain experts in areas that fall outside the scope of the real estate appraisal profession for such matters.

10. CBRE assumes no responsibility for any costs or consequences arising due to the need, or the lack of need, for flood hazard insurance.  An agent for the Federal Flood Insurance Program should be contacted to determine the actual need for Flood Hazard Insurance.

11. Acceptance or use of the Report constitutes full acceptance of these Assumptions and Limiting Conditions and any special assumptions set forth in the Report.  It is the responsibility of the user of the Report to read in full, comprehend and thus become aware of all such assumptions and limiting conditions.  CBRE assumes no responsibility for any situation arising out of the user's failure to become familiar with and understand the same.

12. The Report applies to the property as a whole only, and any pro ration or division of the title into fractional interests will invalidate such conclusions, unless the Report expressly assumes such pro ration or division of interests.



13. The allocations of the total value estimate in the Report between land and improvements apply only to the existing use of the subject property. The allocations of values for each of the land and improvements are not intended to be used with any other property or appraisal and are not valid for any such use.

14. The maps, plats, sketches, graphs, photographs, and exhibits included in this Report are for illustration purposes only and shall be utilized only to assist in visualizing matters discussed in the Report. No such items shall be removed, reproduced, or used apart from the Report.

15. The Report shall not be duplicated or provided to any unintended users in whole or in part without the written consent of CBRE, which consent CBRE may withhold in its sole discretion. Exempt from this restriction is duplication for the internal use of the intended user and its attorneys, accountants, or advisors for the sole benefit of the intended user. Also exempt from this restriction is transmission of the Report pursuant to any requirement of any court, governmental authority, or regulatory agency having jurisdiction over the intended user, provided that the Report and its contents shall not be published, in whole or in part, in any public document without the written consent of CBRE, which consent CBRE may withhold in its sole discretion. Finally, the Report shall not be made available to the public or otherwise used in any offering of the property or any security, as defined by applicable law. Any unintended user who may possess the Report is advised that it shall not rely upon the Report or its conclusions and that it should rely on its own appraisers, advisors and other consultants for any decision in connection with the subject property. CBRE shall have no liability or responsibility to any such unintended user.



**ADDENDA**

**Addendum A**

# LAND SALE DATA SHEETS

| Sale | Land – Retail / Commercial | No. 1 |
|---|---|---|

| | |
|---|---|
| Property Name | Multi-Tenant Industrial Building Site |
| Address | 1300 N. Kostner Avenue |
| | Chicago, IL 60651 |
| | United States |
| | |
| Government Tax Agency | Cook |
| Govt./Tax ID | 16-03-106-017, 019 |

**Site/Government Regulations**

| | Acres | Square feet |
|---|---|---|
| Land Area Net | 19.505 | 849,642 |
| Land Area Gross | 19.505 | 849,642 |

| | |
|---|---|
| Site Development Status | Raw |
| Shape | Irregular |
| Topography | Level, At Street Grade |
| Utilities | All to site |

| | |
|---|---|
| Maximum FAR | 0.00 |
| Min Land to Bldg Ratio | N/A |
| Maximum Density | 0.00 per ac |

| | | |
|---|---|---|
| Frontage Distance/Street | N/A | 192' Kostner |

| | |
|---|---|
| General Plan | N/A |
| Specific Plan | N/A |
| Zoning | M-12 |
| Entitlement Status | N/A |

**Sale Summary**

| | | | |
|---|---|---|---|
| Recorded Buyer | Amazoncom Services Llc | Marketing Time | N/A |
| True Buyer | Amazon | Buyer Type | N/A |
| Recorded Seller | Allied Metal Company | Seller Type | N/A |
| True Seller | Joel Fink | Primary Verification | Costar, public records |
| | | | |
| Interest Transferred | Fee Simple/Freehold | Type | Sale |
| Current Use | N/A | Date | 6/14/2021 |
| Proposed Use | Industrial | Sale Price | $33,261,000 |
| Listing Broker | N/A | Financing | Cash to Seller |
| Selling Broker | N/A | Cash Equivalent | $33,261,000 |
| Doc # | 2116855134 | Capital Adjustment | $0 |
| | | Adjusted Price | $33,261,000 |

**Transaction Summary plus Five-Year CBRE View History**

| Transaction Date | Transaction Type | Buyer | Seller | Price | Price/ac and /sf |
|---|---|---|---|---|---|
| 06/2021 | Sale | Amazoncom Services Llc | Allied Metal Company | $33,261,000 | $1,705,246 / $39.15 |



| Sale | Land - Retail / Commercial | No. 1 |
|---|---|---|

**Units of Comparison**

$39.15 / sf        N/A / Unit

$1,705,246.32 / ac      N/A / Allowable Bldg. Units

                                 N/A / Building Area

**Financial**

<div align="center">No information recorded</div>

**Map & Comments**

* Owner would prefer to lease.
* 8.9 acres of vacant improved industrial land zoned M1-2. Installed to  site: water, sanitary sewer, storm sewer, gas lines and electric.
* Subject is paved and is ideal for vehicle/truck parking or storage.



| Sale | Land - Retail / Commercial | No. 2 |
|---|---|---|

| | |
|---|---|
| Property Name | 11.86 acres |
| Address | 2500 S Corbett St |
| | Chicago, IL 60608 |
| | United States |
| | |
| Government Tax Agency | Cook |
| Govt./Tax ID | Multiple |



**Site/Government Regulations**

| | Acres | Square feet |
|---|---|---|
| Land Area Net | 11.860 | 516,622 |
| Land Area Gross | 11.860 | 516,622 |

| | |
|---|---|
| Site Development Status | Raw |
| Shape | Irregular |
| Topography | Generally Level |
| Utilities | At Sites |

| | |
|---|---|
| Maximum FAR | N/A |
| Min Land to Bldg Ratio | N/A |
| Maximum Density | N/A |

| | |
|---|---|
| General Plan | N/A |
| Specific Plan | N/A |
| Zoning | PMD-11 |
| Entitlement Status | N/A |

## Sale Summary

| | | | |
|---|---|---|---|
| Recorded Buyer | Prologis, Inc. | Marketing Time | N/A |
| True Buyer | Hamid Moghadam | Buyer Type | N/A |
| Recorded Seller | Yard Crowleys Yacht | Seller Type | N/A |
| True Seller | John G Crowley | Primary Verification | Costar, public records |
| | | | |
| Interest Transferred | Fee Simple/Freehold | Type | Sale |
| Current Use | N/A | Date | 4/16/2021 |
| Proposed Use | Commercial, Industrial, Retail, Office, Distribution, Medical | Sale Price | $13,500,000 |
| Listing Broker | VCRE | Financing | Cash to Seller |
| Selling Broker | William Tom | Cash Equivalent | $13,500,000 |
| Doc # | 2110957026 | Capital Adjustment | $0 |
| | | Adjusted Price | $13,500,000 |

## Transaction Summary plus Five-Year CBRE View History

| Transaction Date | Transaction Type | Buyer | Seller | Price | Price/ac and /sf |
|---|---|---|---|---|---|
| 04/2021 | Sale | Prologis, Inc. | Yard Crowleys Yacht | $13,500,000 | $1,138,280 / $26.13 |



| Sale | Land – Retail / Commercial | No. 2 |
|---|---|---|

### Units of Comparison

| | |
|---|---|
| $26.13 / sf | N/A / Unit |
| $1,138,279.93 / ac | N/A / Allowable Bldg. Units |
| | N/A / Building Area |

### Financial

**No information recorded**

### Map & Comments



On April 16th 2021 the 11.86 acres of land at 2500 S Corbett St in Chicago, IL sold for $13,500,000, or $1,138,279.93 per acre. The land was originialy developed, but in 2011 the existing industrial buildings were demolished leaving an open lot with riverfront views. Prologis purchased this property and have plans to break ground for a distribution warehouse shortly with a slated delivery of summer 2022. Sean Austin of Lee & Associates and Larry Goldwasser represented Prologis in this sale, while William Tom of VCRE represented the seller.

This property was under contract for much longer than expected due to Covid-19. Chicago's City Counsil met in January of 2021 to approved the plans for this property clearing the way for the sale. Details of this transaction were confirmed by both the selling and buying side.



## Sale                    Land - Industrial                    No. 3

| | |
|---|---|
| Property Name | 3700 South Morgan Street |
| Address | 3700 South Morgan Street |
| | Chicago, IL 60609 |
| | United States |
| | |
| Government Tax Agency | Cook |
| Govt./Tax ID | Multiple |



**Site/Government Regulations**

| | Acres | Square feet |
|---|---|---|
| Land Area Net | 11.130 | 484,823 |
| Land Area Gross | 11.130 | 484,823 |

| | |
|---|---|
| Site Development Status | Raw |
| Shape | Rectangular |
| Topography | Generally Level |
| Utilities | All Available |

| | |
|---|---|
| Maximum FAR | 0.00 |
| Min Land to Bldg Ratio | N/A |
| Maximum Density | 0.00  per ac |

| | | |
|---|---|---|
| Frontage Distance/Street | 641 ft | Morgan Street |
| Frontage Distance/Street | N/A | 37th Place |

| | |
|---|---|
| General Plan | N/A |
| Specific Plan | N/A |
| Zoning | RS - 3, Residential |
| Entitlement Status | N/A |

### Sale Summary

| | | | |
|---|---|---|---|
| Recorded Buyer | Idil 3700 Morgan Llc | Marketing Time | N/A |
| True Buyer | Thomas Pastor | Buyer Type | N/A |
| Recorded Seller | Joslyn Manufacturing Co. | Seller Type | N/A |
| True Seller | Prasser, Gary Phillip | Primary Verification | Costar and Public Records |
| | | | |
| Interest Transferred | Fee Simple/Freehold | Type | Sale |
| Current Use | N/A | Date | 3/30/2021 |
| Proposed Use | Industrial/Industrial Park | Sale Price | $8,250,000 |
| Listing Broker | Colliers International | Financing | Cash to Seller |
| Selling Broker | Matthew Stauber | Cash Equivalent | $8,250,000 |
| Doc # | 2109934037 | Capital Adjustment | $0 |
| | | Adjusted Price | $8,250,000 |

### Transaction Summary plus Five-Year CBRE View History

| Transaction Date | Transaction Type | Buyer | Seller | Price | Price/ac and /sf |
|---|---|---|---|---|---|
| 03/2021 | Sale | Idil 3700 Morgan Llc | Joslyn Manufacturing Co. | $8,250,000 | $741,240 / $17.02 |



| Sale | Land - Industrial | No. 3 |
|------|-------------------|-------|

### Units of Comparison

| | |
|---|---|
| $17.02  / sf | N/A  / Unit |
| $741,239.89  / ac | N/A  / Allowable Bldg. Units |
| | N/A  / Building Area |

### Financial

**No information recorded**

### Map & Comments



On 3/30/2021 the property listed at 3700 S Morgan St in Chicago sold for a total amount of $8,250,000. This property is currently 11.13 acres of vacant land. The motivation for this sale was for invstment purposes. The seller of the property is listed as Gary Prasser of Joslyn Manufacturing, and the buyer is listed as IDI Logistics. IDI Logistics purchased the property in order to construct and lease a 178,850 square-foot build-to-suit industrial building. This industrial building is currently under construction as of June 2021. Both the seller and the buyer were represented by Patrick, Tom, and Matthew of Colliers International.



| Sale | Land - Industrial | No. 4 |
|------|-------------------|-------|

| Property Name | 3711 S Ashland Ave |
|---|---|
| Address | 3711 S Ashland Ave |
| | Chicago, IL 60609 |
| | United States |



| Government Tax Agency | Cook |
|---|---|
| Govt./Tax ID | Multiple |

**Site/Government Regulations**

| | Acres | Square feet |
|---|---|---|
| Land Area Net | 6.423 | 279,779 |
| Land Area Gross | N/A | N/A |

| Site Development Status | Raw |
|---|---|
| Shape | Irregular |
| Topography | Generally Level |
| Utilities | At Sites |

| Maximum FAR | N/A |
|---|---|
| Min Land to Bldg Ratio | N/A |
| Maximum Density | N/A |

| General Plan | N/A |
|---|---|
| Specific Plan | N/A |
| Zoning | PMD-8 |
| Entitlement Status | N/A |

### Sale Summary

| Recorded Buyer | LPC Ashland I, LLC | Marketing Time | N/A |
|---|---|---|---|
| True Buyer | Aaron Martell | Buyer Type | Developer |
| Recorded Seller | Ics Fire Llc | Seller Type | N/A |
| True Seller | Matt Joyce | Primary Verification | Buyer |
| Interest Transferred | Fee Simple/Freehold | Type | Sale |
| Current Use | N/A | Date | 1/2/2019 |
| Proposed Use | Industrial/Industrial Park | Sale Price | $3,600,000 |
| Listing Broker | N/A | Financing | Cash to Seller |
| Selling Broker | N/A | Cash Equivalent | $3,600,000 |
| Doc # | 1900706220 | Capital Adjustment | $445,000 |
| | | Adjusted Price | $4,045,000 |

### Transaction Summary plus Five-Year CBRE View History

| Transaction Date | Transaction Type | Buyer | Seller | Price | Price/ac and /sf |
|---|---|---|---|---|---|
| 01/2019 | Sale | LPC Ashland I, LLC | Ics Fire Llc | $3,600,000 | $629,788 / $14.46 |

CBRE

| Sale | Land - Industrial | No. 4 |
|------|-------------------|-------|

**Units of Comparison**

| | |
|---|---|
| $14.46 / sf | N/A / Unit |
| $629,787.63 / ac | N/A / Allowable Bldg. Units |
| | N/A / Building Area |

**Financial**

No information recorded

**Map & Comments**



This comparable represents the sale of industrial land located at 3711 S. Ashland Avenue in Chicago, IL. The site is 6.42-acres and zoned PMD-8 for industrial use. The sale took place in January 2019 for a consideration of $3,600,000; however subsequent to the purchase, approximately $445,000 was spend to break up the existing foundation and basements from the previously demolished buildings. As such, the adjusted sales price was $4,045,000 or $14.46 per square foot. The site was subsequently developed with a 137,992-square foot industrial building that was completed in January 2021 with 25.4% office finish, 32' clear heights, and leased to a single tenant.



| Sale | Land - Industrial | No. 5 |
|---|---|---|

| Property Name | 3900-3940 S Normal Ave |
|---|---|
| Address | 3900-3940 S Normal Ave |
| | Chicago, IL 60609 |
| | United States |
| Government Tax Agency | Cook |
| Govt./Tax ID | 20-04-104-010-0000, 20-04-104-012-0000, 20-04-104-013-0000 |



### Site/Government Regulations

| | Acres | Square feet |
|---|---|---|
| Land Area Net | 8.200 | 357,192 |
| Land Area Gross | 8.200 | 357,192 |

| Site Development Status | Raw |
|---|---|
| Shape | Irregular |
| Topography | Generally Level |
| Utilities | At Sites |

| Maximum FAR | N/A |
|---|---|
| Min Land to Bldg Ratio | N/A |
| Maximum Density | N/A |

| General Plan | N/A |
|---|---|
| Specific Plan | N/A |
| Zoning | M2-3, Chicago |
| Entitlement Status | N/A |

## Sale Summary

| Recorded Buyer | N/A | Marketing Time | N/A |
|---|---|---|---|
| True Buyer | N/A | Buyer Type | N/A |
| Recorded Seller | N/A | Seller Type | N/A |
| True Seller | N/A | Primary Verification | N/A |
| | | | |
| Interest Transferred | Fee Simple/Freehold | Type | Sale |
| Current Use | N/A | Date | 8/20/2018 |
| Proposed Use | Hold for Development | Sale Price | $5,300,000 |
| Listing Broker | N/A | Financing | Cash to Seller |
| Selling Broker | N/A | Cash Equivalent | $5,300,000 |
| Doc # | N/A | Capital Adjustment | $0 |
| | | Adjusted Price | $5,300,000 |

## Transaction Summary plus Five-Year CBRE View History

| Transaction Date | Transaction Type | Buyer | Seller | Price | Price/ac and /sf |
|---|---|---|---|---|---|
| 08/2018 | Sale | N/A | N/A | $5,300,000 | $646,341 / $14.84 |

CBRE

| Sale | Land - Industrial | No. 5 |
|---|---|---|

### Units of Comparison

| | |
|---|---|
| $14.84 / sf | N/A / Unit |
| $646,341.46 / ac | N/A / Allowable Bldg. Units |
| | N/A / Building Area |

### Financial

**No information recorded**

### Map & Comments



On August 20, 2018, 8.2 acres at 3900-3940 Normal Ave, in Chicago, IL sold for $5,300,000, or $646,341.46 an acre. The property was on the market for eight months. The property was in escrow for approximately three months. Mark Nelson and Michael Nelson with NelsonHill represented the seller. Dan Reynolds with JLL represented the buyer. The details of this report were verified by the seller's brokers and the buyer's broker.



| Sale | Land - Industrial | No. 6 |
|------|-------------------|-------|

Property Name      2545 W. 24th Street
Address      2545 W. 24th Street
     Chicago, IL 60608
     United States



Government Tax Agency      Cook
Govt./Tax ID      Multiple

**Site/Government Regulations**

| | Acres | Square feet |
|---|---|---|
| Land Area Net | 8.221 | 358,118 |
| Land Area Gross | 8.221 | 358,118 |

| Site Development Status | Finished |
|---|---|
| Shape | Rectangular |
| Topography | Generally Level |
| Utilities | All Available |

| Maximum FAR | N/A |
|---|---|
| Min Land to Bldg Ratio | N/A |
| Maximum Density | N/A |

| Frontage Distance/Street | N/A | 24th Street |
|---|---|---|
| Frontage Distance/Street | N/A | Rockwell Street |
| Frontage Distance/Street | N/A | 25th Street |

| General Plan | N/A |
|---|---|
| Specific Plan | N/A |
| Zoning | PD 1402, Manufacturing Planned Development |
| Entitlement Status | N/A |

## Sale Summary

| Recorded Buyer | USRLP Rockwell LLC | Marketing Time | N/A |
|---|---|---|---|
| True Buyer | Venture One | Buyer Type | Developer |
| Recorded Seller | 2445 S Rockwell LLC | Seller Type | Private Investor |
| True Seller | N/A | Primary Verification | Public Record |

| Interest Transferred | Fee Simple/Freehold | Type | Sale |
|---|---|---|---|
| Current Use | N/A | Date | 5/17/2018 |
| Proposed Use | N/A | Sale Price | $5,575,000 |
| Listing Broker | N/A | Financing | All Cash |
| Selling Broker | N/A | Cash Equivalent | $5,575,000 |
| Doc # | 1814506119 | Capital Adjustment | $0 |
| | | Adjusted Price | $5,575,000 |

## Transaction Summary plus Five-Year CBRE View History

| Transaction Date | Transaction Type | Buyer | Seller | Price | Price/ac and /sf |
|---|---|---|---|---|---|
| 05/2018 | Sale | USRLP Rockwell LLC | 2445 S Rockwell LLC | $5,575,000 | $678,117 / $15.57 |



| Sale | Land - Industrial | No. 6 |
| --- | --- | --- |

**Units of Comparison**

| | |
| --- | --- |
| $15.57 / sf | N/A / Unit |
| $678,116.60 / ac | N/A / Allowable Bldg. Units |
| | N/A / Building Area |

**Financial**

**No information recorded**

**Map & Comments**



This comparable represents the sale of a 358,118 square foot land site located at 2545 West 24th Street in Chicago, Illinois. The rectangular-shaped parcel is zoned PD 1402. The property was purchased by Venture One Real Estate in May 2018 for $5,575,000, or $15.57 per square foot. The buyer purchased the site to construct a 174,536 square foot industrial property.



| Sale | Land – Retail / Commercial | No. 7 |
|---|---|---|



**Property Name** Vacant Land
**Address** 8655 West Higgins Road
Chicago, IL 60631
United States

**Government Tax Agency** Cook
**Govt./Tax ID** 12-02-301-007 & 013

**Site/Government Regulations**

|  | Acres | Square feet |
|---|---|---|
| Land Area Net | 9.990 | 435,164 |
| Land Area Gross | 9.990 | 435,164 |

| Site Development Status | Finished |
|---|---|
| Shape | Rectangular |
| Topography | Level, At Street Grade |
| Utilities | All to site |

| Maximum FAR | N/A |
|---|---|
| Min Land to Bldg Ratio | N/A |
| Maximum Density | N/A |

| Frontage Distance/Street | N/A | Interstate 90 |
|---|---|---|
| Frontage Distance/Street | N/A | West Higgins Road |

| General Plan | N/A |
|---|---|
| Specific Plan | N/A |
| Zoning | Commercial |
| Entitlement Status | N/A |

| **Sale Summary** | | | |
|---|---|---|---|
| Recorded Buyer | GlenStar Properties, LLC | Marketing Time | N/A |
| True Buyer | GlenStar Properties, LLC | Buyer Type | Developer |
| Recorded Seller | Host Hotels & Resorts | Seller Type | Corporation |
| True Seller | Host Hotels & Resorts | Primary Verification | Broker, Public Records |
| | | | |
| Interest Transferred | Fee Simple/Freehold | Type | Sale |
| Current Use | N/A | Date | 10/17/2017 |
| Proposed Use | mixed-use office/retail | Sale Price | $10,747,731 |
| Listing Broker | N/A | Financing | All Cash |
| Selling Broker | CBRE - Wendell Hollan | Cash Equivalent | $10,747,731 |
| Doc # | N/A | Capital Adjustment | $0 |
| | | Adjusted Price | $10,747,731 |

| **Transaction Summary plus Five-Year CBRE View History** | | | | | |
|---|---|---|---|---|---|
| **Transaction Date** | **Transaction Type** | **Buyer** | **Seller** | **Price** | **Price/ac and /sf** |
| 10/2017 | Sale | GlenStar Properties, LLC | Host Hotels & Resorts | $10,747,731 | $1,075,849 / $24.70 |



| Sale | Land - Retail / Commercial | No. 7 |
|---|---|---|

### Units of Comparison

$24.70 / sf          N/A / Unit

$1,075,848.95 / ac      N/A / Allowable Bldg. Units

                                   N/A / Building Area

### Financial

**No information recorded**

### Map & Comments



This comparable represents the sale of a 9.99-acre tract of land located at 8655 West Higgins Road in Chicago, Illinois. The property sold in October 2017 for $10,747,731, or $24.70 per square foot. At the time of sale, the property had an intended use for mixed-use office/retail development.



| Sale | Land - Industrial | No. 8 |
|---|---|---|

| | |
|---|---|
| Property Name | Midway Business Park |
| Address | 5370-5585 South Archer Avenue |
| | 5333 South Laramie Avenue |
| | Chicago, IL 60632 |
| | United States |
| Government Tax Agency | Cook |
| Govt./Tax ID | 19-09-412-034 and -035 |



### Site/Government Regulations

| | Acres | Square feet |
|---|---|---|
| Land Area Net | 50.210 | 2,187,148 |
| Land Area Gross | 50.210 | 2,187,148 |

| | |
|---|---|
| Site Development Status | Other(See Comments) |
| Shape | Irregular |
| Topography | Generally Level |
| Utilities | N/A |

| | |
|---|---|
| Maximum FAR | N/A |
| Min Land to Bldg Ratio | N/A |
| Maximum Density | N/A |

| | | |
|---|---|---|
| Frontage Distance/Street | 2,299 ft | Archer Avenue |
| Frontage Distance/Street | 645 ft | Laramie Avenue |
| Frontage Distance/Street | 787 ft | Cicero Avenue |

| | |
|---|---|
| General Plan | N/A |
| Specific Plan | N/A |
| Zoning | M2-1, Light Industry District |
| Entitlement Status | N/A |

### Sale Summary

| | | | |
|---|---|---|---|
| Recorded Buyer | CP-Midway Business Center, LLC | Marketing Time | N/A |
| True Buyer | N/A | Buyer Type | Corporation |
| Recorded Seller | Midway Business Center LLC | Seller Type | Corporation |
| True Seller | Flying Food Group | Primary Verification | Deed, Broker, CoStar, Public Records |
| | | | |
| Interest Transferred | Fee Simple/Freehold | Type | Sale |
| Current Use | Industrial | Date | 3/31/2016 |
| Proposed Use | Parking and Industrial | Sale Price | $50,000,000 |
| Listing Broker | CBRE, Martin Stern | Financing | Market Rate Financing |
| Selling Broker | N/A | Cash Equivalent | $50,000,000 |
| Doc # | 1609229047 | Capital Adjustment | $0 |
| | | Adjusted Price | $50,000,000 |

### Transaction Summary plus Five-Year CBRE View History

| Transaction Date | Transaction Type | Buyer | Seller | Price | Price/ac and /sf |
|---|---|---|---|---|---|
| 03/2016 | Sale | CP-Midway Business Center, LLC | Midway Business Center LLC | $50,000,000 | $995,818 / $22.86 |



| Sale | Land - Industrial | No. 8 |
|---|---|---|

### Units of Comparison

$22.86  / sf

$995,817.57  / ac

N/A  / Unit

N/A  / Allowable Bldg. Units

N/A  / Building Area

### Financial

**No information recorded**

### Map & Comments



This comparable represents the sale of a 50.21-acre, irregular shaped corner site located in the SW quadrant of S. Cicero and Archer Avenue, at 5370-5585 South Archer Avenue/5333 South Laramie Avenue, in Chicago, Cook County, IL. The property is zoned M2-1, Light Industry District. The property is known as the Midway Business Center, which currently houses 1,289,463 SF of industrial and flex space. The 5333 Building once served as an American Airlines training center. The properties will be razed at an unknown date. The buyer is a privately-held parking company who specializes in event parking, airport parking, and valet parking. Midway Business Center is located within a half of a mile of Chicago Midway International Airport with immediate access to I-55. In December 2015, the Chicago city government approved a 1,600-space airport parking project for the site as the buyer plans to build a big parking complex on a portion of the property. A portion of the property will remain as the existing industrial building in the interim until an ultimate development can be decided upon for the remainder of the property.  The property sold in March 2016 for $22.86 per square foot.



Addendum B

# QUALIFICATIONS

# Randal D. Dawson, MAI, FRICS, CRE, NACD.DC

**CBRE**

*Executive Vice President, Chicago, Illinois*



T + 312-233-8685
M + 312-515-7074
randal.dawson@cbre.com

CBRE, Inc.
321 North Clark Street |
34th Floor
Chicago, IL 60654

## Clients Represented

- Alliant Credit Union
- United Community Bank
- Baker & Hostetler LLP
- Hinshaw & Culberson LLP
- Town Center Bank
- Centier Bank
- 1st Source Bank
- US Dept. of Justice
- Reed Smith LLP
- Prologis
- Cole Law
- Extensia Financial
- Royal Bank
- Valero Companies
- United Bank & Trust
- Brotherhood Bank & Trust
- Bryan Cave
- Korein Tillery
- Morgan Stanley
- Baker & McKenzie
- Blue Vista Capital
- Huntington Bank
- Berkeley Point Capital
- Home State Bank

## Experience

I am a seasoned expert in real estate valuations, tax appeals and counseling with more than 25 years of experience. My background includes valuations of all types of commercial and special-use properties, with an emphasis on industrial, retail, multifamily properties, hospitals, healthcare facilities, readapted uses of real estate, highest and best use studies, feasibility studies and real estate valuations. I have prepared and reviewed valuation and feasibility studies throughout the country for litigation support, ad valorem, condemnation, trust and estate matters, family law, financial reporting, conventional financing, bond financing, fair rental studies, data centers, movie studios, telecommunications and insurance purposes. As a qualified expert witness, I have testified numerous times in federal, state, and local jurisdictions around the country. Litigation cases have included insurance claims, shareholder disputes, bankruptcy, tax appeal, divorce, IRS tax disputes, and condemnation, diminution in value related to historical preservation easements and conservation easements. I am a Co-National Litigation Practice Leader and I lead the Consulting Practice for CBRE, Inc. Midwest Region, and hold the CRE designation from the Counselors of Real Estate, the MAI designation from the Appraisal Institute, the FRICS designation from the Royal Institute of Chartered Surveyors, and the NACD Directorship Certification from the National Association of Corporate Directors.

## Professional Affiliations / Accreditations

- National Association of Corporate Directors – NACD Directorship Certified®
- Urban Land Institute – Full Member
    - Industrial and Office Park Development Product Council – Silver Flight
    - ULI Chicago Property Tax Incidence Task Force 2021 - Member
    - ULI Technical Assistance Panel (TAP) 2018 Mundelein, IL - Panelist
- National Association of Industrial and Office Professionals (NAIOP)
    - NAIOP Board of Directors – Chicago Area
    - NAIOP Chairman Scholarship Committee – Chicago Area
- Royal Institute of Chartered Surveyors - Fellow (FRICS)
    - Global Valuation Standards Expert Working Group (EWG) – Member
- Junior Achievement of Chicago – Board of Directors – Development Committee
- The Economic Club of Chicago – Member
- The Realty Club of Chicago – Member
- Real Estate Executive Council – Member
- Business Leadership Council - Member
- Appraisal Institute (MAI) - Designated Member
- The Counselors of Real Estate (CRE) –Board of Directors - Midwest
- Valuation of Conservation Easements – Professional Development Program – Appraisal Institute
- Appraising Historic Preservation Easements - Professional Development Program – Appraisal Institute
- Multifamily Accelerated Processing (MAP): Third Party Technical Valuation Certification. – US Department of Housing and Urban Development (HUD)
- National Council of Housing Market Analysts, Professional Designation
- American Bar Association – Associate Member
- Certified General Real Estate Appraiser – State of Illinois
- Certified General Real Estate Appraiser – State of Indiana
- Certified General Real Estate Appraiser – State of Missouri
- Certified General Real Estate Appraiser – State of Wisconsin

## Education

- University of Kansas, Bachelor of General Studies (BGS) in Liberal Arts and Sciences